## Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHAEL RENO,          )
                       )
    Plaintiff,         )
                       )
vs.                    ) No. 10 CV 06114
                       )
City of Chicago Police ) Judge St. Eve
Officer KEITH HARRIS,  )
Star #19542; City of   )
Chicago Police Officer )
JEROME HOFFMAN, Star   )
#19110; City of Chicago)
Police Officer SCHER;  )
City of Chicago Police )
Officer NELSON GONZALEZ, )
Star #7235; and the CITY )
OF CHICAGO,            )
                       )
    Defendants.        )

The discovery deposition of MICHAEL RENO, taken in the above-entitled cause, before Rebecca Dalton, a notary public of Cook County, Illinois, on September 8, 2011 at 200 West Adams Street, Suite 430, Chicago, Illinois, pursuant to notice.

Rebecca Dalton, CSR, RPR
License No.: 084-004726

## Page 2

1   APPEARANCES:
2       ED FOX & ASSOCIATES
3       BY: MR. ED FOX
4       300 West Adams Street
5       Suite 330
6       Chicago, Illinois 60606
7       (312) 345-8877
8           Representing the Plaintiff;
9
10      CUISINIER, FARAHVAR & BENSON, LTD.
11      BY: MS. VICTORIA R. BENSON
12      200 West Adams Street
13      Suite 430
14      Chicago, Illinois 60606
15      (312) 624-9865
16          Representing the Defendants.
17
18
19
20
21
22
23
24

## Page 3

1                    I N D E X
2   WITNESS                        EXAMINATION
3   MICHAEL RENO
4       By Ms. Benson                   4
5       By Mr. Fox                     38
6
7
8
9
10
11
12                   E X H I B I T S
13  NUMBER                     MARKED FOR ID
14      (NO EXHIBITS WERE MARKED.)
15
16
17
18
19
20
21
22
23
24

## Page 4

1               (Whereupon, the witness was duly
2           sworn.)
3               MICHAEL RENO,
4   called as a witness herein, was examined and
5   testified as follows:
6       MS. BENSON: Let the record reflect that this
7   is the deposition of plaintiff, Michael Reno,
8   being taken today pursuant to notice and on
9   today's date by agreement of the parties. This
10  deposition is being taken pursuant to and
11  subject to the Federal Rules of Civil Procedure,
12  Federal Rules of Evidence, and all applicable
13  local rules of the United States District Court
14  for the Northern District of Illinois.
15              EXAMINATION
16  BY MS. BENSON:
17      Q. Have you ever had your deposition taken
18  before?
19      A. Yes.
20      Q. I'm going to go through just a couple
21  ground rules. If you can make all of your
22  answers to my questions verbal, no nods of the
23  head, shakes of the head, uh-huhs, shrugs of the
24  shoulder as it's difficult for that to come

DEFENDANT'S EXHIBIT D

**Page 5**

1  through on the transcript.
2      You're going to know where I'm going
3  with a question, but if you can just wait to
4  answer it until I'm finished with that question,
5  this way the court reporter doesn't have to try
6  to take both of us down at the same time, and
7  I'll do the same for you as you're answering
8  your questions.
9      If you need to take a break at any
10 time, I'm happy to do so. I just ask that you
11 not do so when a question is pending, and
12 lastly, if you answer a question that I ask --
13 well, let me start that over. If you don't
14 understand a question that I ask you or if you
15 want me to rephrase it, let me know. I'm happy
16 to do so. However, if you answer the question,
17 I'm going to assume that you understood it; is
18 that fair?
19  A. Yes, ma'am.
20  Q. What is your current address?
21  A. 7947 South Colfax.
22  Q. And how long have you been living at
23 the Colfax address?
24  A. I've been there about a year.

**Page 6**

1  Q. And do you live there with anyone?
2  A. Yes.
3  Q. Who do you live there with?
4  A. My cousin.
5  Q. What's your cousin's name?
6  A. Wanda, Wanda Smith.
7  Q. Anybody else?
8  A. My girlfriend.
9  Q. What's your girlfriend's name?
10 A. Maria Frances Hernandez.
11 Q. Going to take that to mean that is not
12 your sister. That's your girlfriend?
13 A. That's my girlfriend, Frances, yes,
14 ma'am.
15 Q. Prior to 7947 South Colfax, where were
16 you living?
17 A. I was living -- I was living up north,
18 Devon and Ridge.
19 Q. And how long were you living at Devon
20 and Ridge?
21 A. That was for about a year and a half.
22 Q. Before Devon and Ridge, where were you
23 at?
24 A. 14711 Avalon, Dolton, Illinois.

**Page 7**

1  Q. When you were living at Devon and
2  Ridge, were you living with anybody?
3  A. Yes, ma'am.
4  Q. Who were you living with?
5  A. Karinda (Phonetic) Portwood.
6  Q. And who is Ms. Portwood?
7  A. She's my ex.
8  Q. I'm going to try my best to do the math
9  here. So you would have been living at Devon
10 and Ridge in 2010? Does that sound about right?
11 A. No, I was living at Devon and Ridge in
12 2009 prior of this --
13 Q. Okay, before. Have you ever been
14 married?
15 A. No, ma'am.
16 Q. And what is your date of birth?
17 A. 4/27/68.
18 Q. And what's your Social Security number?
19 A. 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.
20 Q. And do you have any children?
21 A. No, ma'am.
22 Q. What's the highest level of education
23 you've completed?
24 A. 9th grade.

**Page 8**

1  Q. Other than the lawsuit that we're here
2  about today, do you have any other pending
3  lawsuits?
4  A. No, ma'am.
5  Q. Have you ever filed a lawsuit -- well,
6  strike that.
7      Have you ever filed a civil lawsuit
8  against another party?
9  A. Yes.
10 MR. FOX: She wants to know if you ever sued
11 anybody else.
12 THE WITNESS: Yeah, CTA.
13 BY MS. BENSON:
14 Q. When did you sue the CTA?
15 A. That was back in 2008.
16 Q. And why did you sue the CTA?
17 A. I was on the bus, and the car ran in
18 back -- crashed in the back of the bus.
19 Q. Is that case still pending?
20 A. No, ma'am.
21 Q. Did it settle?
22 A. No, ma'am.
23 Q. Dismissed?
24 A. The person that crashed in the back of

```
 1   the car of the CTA was in a stolen car so --
 2       Q.  Are you taking any medications,
 3   prescription or otherwise, that would impair
 4   your ability to complete the deposition today?
 5       A.  No, ma'am.
 6       Q.  Did you review any documents to prepare
 7   for your deposition today?
 8       A.  Yes, yes, ma'am.
 9       Q.  What did you take a look at?
10       A.  I took a look at my --
11       MR. FOX:  Interrogatory.
12   BY MS. BENSON:
13       Q.  The document where there's some
14   questions and you provided some answers to it
15   and then signed?
16       A.  Yes, ma'am.
17       Q.  Are you currently employed?
18       A.  No, ma'am.
19       Q.  Do you use any aliases?
20       A.  No, ma'am.
21       Q.  Have you ever used the name Michael
22   Anderson?
23       A.  No, ma'am.
24       Q.  How about Kelvin Reno, K-e-l-v-i-n?
                                                    9
```

```
 1   felony?
 2       MR. FOX:  Objection.  Relevance as to time
 3   but you can answer.
 4       THE WITNESS:  Yes, ma'am.
 5   BY MS. BENSON:
 6       Q.  And when was that?
 7       A.  1994.
 8       Q.  What was the charge?
 9       A.  Robbery.
10       Q.  Have you ever been convicted of a
11   misdemeanor involving dishonesty?
12       A.  No, ma'am.
13       Q.  Okay.  Now, we're here today in
14   connection with an arrest that took place on
15   March 28, 2009; is that right?
16       A.  Yes, ma'am.
17       Q.  Where is it that you were arrested?
18       A.  79th and Essex.
19       Q.  And was it at a particular location at
20   79th and Essex?
21       A.  Yeah, I was arrested in a shop on 79th
22   and Essex.  I don't know the address.
23       Q.  That's fine.  It was a record shop?
24       A.  Yes, ma'am.
                                                   11
```

```
 1       A.  No, ma'am.  That was my uncle.
 2       Q.  Do you have any nicknames?
 3       A.  Tubs.
 4       Q.  And how did you get the nickname Tubs?
 5       A.  My Auntie gave me that name when I was
 6   a little baby.
 7       Q.  Do you have any tattoos?
 8       A.  Yes, ma'am.
 9       Q.  What tattoos do you have?
10       MR. FOX:  Objection.  Relevance.  You can go
11   ahead and answer.
12       THE WITNESS:  I have a pyramid right here.  I
13   have my name.  I have my girlfriend's name on my
14   neck.  I have my brother, rest in peace, his
15   name on my arm.
16   BY MS. BENSON:
17       Q.  With the pyramid, what's the -- does
18   the pyramid have any significance to you?
19       MR. FOX:  Again, objection relevance, but you
20   can go ahead and answer.
21       THE WITNESS:  This was when I was about 15,
22   supposed to symbol the Black, Black P. Stones.
23   BY MS. BENSON:
24       Q.  Have you ever been convicted of a
                                                   10
```

```
 1       Q.  Am I correct you were arrested around
 2   5:00 o'clock in the afternoon?
 3       A.  Yes, ma'am.
 4       Q.  What time did you get to the record
 5   store?
 6       A.  It was somewhere between 4:30 -- I'm
 7   not sure.
 8       Q.  Okay.  Had you been there long before
 9   you were arrested?
10       A.  I was in there about five minutes.
11       Q.  Do you happen to know the name of the
12   record store?
13       A.  S and K Records.
14       Q.  Had you been there before?
15       A.  Yes, ma'am.
16       Q.  Often?
17       A.  Yes, ma'am.
18       Q.  Do you know anybody that worked there?
19       A.  Yes, ma'am.
20       Q.  Who did you know that worked there?
21       A.  I know the guy that owns the place.
22       Q.  And what's the owner's name?
23       A.  The owner's name is Sue and Kenny but I
24   know they (Sic) son.
                                                   12
```

**Page 13**

1  Q. What's their son's name?
2  A. I don't know his real name. I just
3  call him RT.
4  Q. Like the letters, RT?
5  A. Yes, ma'am.
6  Q. And how long have you known RT?
7  A. I've been knowing him about 20, 30
8  years.
9  Q. How did you meet him?
10  A. I lived around -- I lived over there
11  all my life, and the record shop has been over
12  there about 30 years.
13  Q. So you -- did you grow up in that area?
14  A. Yes, ma'am.
15  Q. Now, at the time of your arrest, you
16  were living at 14711 Avalon; is that right?
17  A. No, ma'am, that's not right.
18  Q. Okay. Where were you living at the
19  time of the address?
20  A. I was living at Devon and Ridge.
21  Q. So how did you get over to 79th and
22  Essex that day?
23  A. On the train.
24  Q. Red Line?

**Page 14**

1  A. Yes, ma'am.
2  Q. I'm assuming since you described it as
3  a record store that they sold records?
4  A. They sold CDs and cell phones.
5  Q. Can you describe the layout for me of
6  the store?
7  A. Yes, ma'am.
8  Q. Okay. What's the layout?
9  A. When you come in, it's a game room.
10  It's a game room right there where you play --
11  it's like a car that you -- it's a game that you
12  play. You drive a little car but it's a game
13  right there. You got the counter. You got the
14  counter right here. You got two -- you got a
15  counter right here and a counter over --
16  MR. FOX: Instead of saying like right here,
17  why don't you say to your left or to your right?
18  THE WITNESS: Okay. To your left.
19  BY MS. BENSON:
20  Q. So if I walk in the door, I've got a
21  counter to my left?
22  A. Yes, ma'am.
23  Q. And a counter in front of me?
24  A. Yes, ma'am.

**Page 15**

1  Q. And this video car game, is that to my
2  right?
3  A. It's to your left.
4  Q. To my left, okay. Do they have any
5  racks for CDs in the store?
6  A. The racks is behind the counter. They
7  got the CDs inside the glass counter, glass
8  case.
9  Q. Other than the -- strike that.
10  You've been to the intersection of 79th
11  and Essex before March 28, 2009, right?
12  A. Yes, ma'am.
13  Q. On that date, are there any -- were
14  there any other businesses at that intersection?
15  A. Yes, ma'am.
16  Q. Okay. What other businesses were
17  there?
18  A. It's a budget liquor store.
19  Q. Okay.
20  A. And exactly across the street from the
21  record shop is an ABC. They sell cell phones
22  and liquor too.
23  Q. Which corner is the record store on in
24  terms of northeast, southeast, northwest,

**Page 16**

1  southwest? Best you can tell me if you can.
2  A. It's the northeast -- I'm not sure.
3  Q. Okay. That's fine, but the ABC
4  cellular and liquor store is directly across the
5  street?
6  A. Across the street, yes, ma'am.
7  Q. So why were you at the record store
8  that day?
9  A. I went there to play the game.
10  Q. What did you do earlier that day?
11  A. I was over at a friend's house that
12  day.
13  Q. Where does your friend live?
14  A. 3020 South 80th Place.
15  Q. What's your friend's name?
16  A. I can't exactly remember. I have his
17  name written down on a piece of paper.
18  Q. If that will help you, take a look.
19  A. Isaac Jones.
20  Q. And were you at Mr. Jones' place
21  immediately before you went to the record store?
22  A. I spent the night over at Mr. Isaac
23  Jones' house.
24  Q. Did you spend the day there?

## Page 17

1  A. I spent the night there and left in the
2  daytime.
3  Q. Where did you go?
4  A. I went to 79th Street.
5  Q. What time did you leave Mr. Jones'
6  house?
7  A. Somewhere between 3:00 -- 3:00 and
8  3:30.
9  Q. How long did it take you to get from
10 Mr. Jones' house to get to 79th and Essex?
11 A. It's about a 20-minute walk.
12 Q. And if I understood correctly, you
13 hadn't been at the record store very long before
14 you had been arrested; correct?
15 A. Right.
16 Q. When you were in the store and the --
17 well, I take it the officers approached you; is
18 that right?
19 A. Yes, ma'am.
20 Q. Okay. Where were you in the store when
21 the police approached you?
22 A. I was standing up by the game, but I
23 was at the counter.
24 Q. Now, was RT there at the time?

## Page 18

1  A. Yes, ma'am.
2  Q. Do you know how we can get ahold of RT?
3  A. Yes, ma'am.
4  MR. FOX: Tell her whatever --
5  THE WITNESS: Yeah. I gave my lawyer the
6  number.
7  MR. FOX: I have the number of the store.
8  THE WITNESS: The number of the store to the
9  owner.
10 BY MS. BENSON:
11 Q. Okay. Other than RT, was there anybody
12 else in the store when the police approached
13 you?
14 A. Yes, ma'am.
15 Q. Who else was there?
16 A. His mother.
17 Q. And that was Sue?
18 A. Yes, ma'am.
19 Q. Anybody else than the three of you?
20 A. There was another guy in there, but I
21 don't know his name.
22 Q. Did you know him though?
23 A. Yes, ma'am.
24 Q. Okay. You just don't know his name?

## Page 19

1  A. No, I just seen him around.
2  Q. Can you describe what he looked like
3  for me if you can remember?
4  A. Dark skinned guy about five nine, about
5  225.
6  Q. Hair style?
7  A. He had little cut waves in his hair.
8  MR. FOX: What was the last thing you said?
9  What was the last of your testimony? I didn't
10 hear.
11 THE WITNESS: Waves hair cut.
12 BY MS. BENSON:
13 Q. How many police officers approached
14 you?
15 A. Two.
16 Q. Had you ever seen them before?
17 A. No, ma'am.
18 Q. Do you happen to know their names?
19 A. No, ma'am.
20 Q. Can you describe them for me?
21 A. Yes, ma'am. One was -- he's a white
22 guy. And the other one was, I think, Mexican.
23 Q. When did you first see these two
24 officers?

## Page 20

1  A. When I first seen them?
2  Q. Uh-huh.
3  A. They came up in the restaurant -- I
4  mean, the record shop and grabbed me and put the
5  handcuffs on me.
6  Q. Did they say anything to you before
7  they grabbed you and handcuffed you?
8  A. No, ma'am.
9  Q. What happened after they grabbed you
10 and handcuffed you?
11 A. They go -- they went in my pocket.
12 They took out my money. I had about five $1
13 bills, five singles. They take my money. They
14 take me outside the record shop. One officer
15 went to the trunk of the car and went in the
16 trunk and got a clipboard.
17 Q. Okay.
18 A. They got a clipboard and they looked at
19 the clipboard and looked at my money. I don't
20 know if they was trying to see the serial
21 numbers match or what, whatever. They put my
22 money back in my pocket. They put the clipboard
23 in the trunk, and they put me in the back of the
24 seat.

```
 1      Q.  At any point when they took the money
 2  out of your pocket, went to the clipboard,
 3  checked the clipboard, put the money back in
 4  your pocket, did either of the officers say
 5  anything to you?
 6      A.  Did they say anything to me?
 7      Q.  Yes, did they say anything to you?
 8      A.  No, ma'am.  They didn't say anything
 9  until I got to the station.
10      Q.  Okay.  About how long were you outside
11  with the officers while they were checking your
12  pockets, checking the money against the
13  clipboard?
14      A.  How long?
15      Q.  Yes.
16      A.  Wasn't but a few --
17      Q.  Few minutes?
18      A.  Yes, ma'am.
19      Q.  More than ten?
20      A.  No, it wasn't more than ten.
21      Q.  More than five?
22      A.  I can't --
23      Q.  If you can't, that's fine.
24      MR. FOX:  Answer as best you can.
                                                  21
```

```
 1      THE WITNESS:  I'd say about five.  I'd say
 2  about five minutes, somewhere around there.
 3  BY MS. BENSON:
 4      Q.  Why did you think that you were being
 5  handcuffed?
 6      A.  I have no idea.
 7      Q.  I understand that the officers didn't
 8  say anything to you when they handcuffed you and
 9  took you outside, but did you say anything to
10  the officers?
11      A.  Yes, ma'am.
12      Q.  Okay.  What did you tell the officers?
13      A.  I asked them what I'm being arrested
14  for.
15      Q.  And what did they say?
16      A.  They didn't say nothing.
17      Q.  They didn't answer you whatsoever?
18      A.  They didn't answer until I got down to
19  the station.  They told me what I was being
20  arrested for.
21      Q.  You mentioned the car.  What kind of
22  car was it?
23      A.  It was a brown four-door police -- it
24  was a detective car.
                                                  22
```

```
 1      Q.  M plates?
 2      A.  I don't remember all that.
 3      Q.  But it didn't have the City of Chicago
 4  logo on the outside of the car?
 5      A.  No, ma'am.
 6      Q.  When the officers first came into the
 7  record store while you were inside, did you do
 8  anything when the officers approached you?
 9      A.  No, ma'am.
10      Q.  While you were inside the record store
11  with the officers, did either Sue or RT say
12  anything to the officers?
13      A.  Sue said -- she came up and said
14  something to the officers.
15      Q.  Did you happen to hear what she said?
16      A.  No, ma'am.
17      Q.  How about RT?  Did he say anything?
18      A.  No.  RT, he didn't say nothing.
19      Q.  What, if anything -- well, strike that.
20          The officers didn't ask you for
21  identification before you got into the car?
22      A.  No, ma'am.
23      Q.  And you said you were placed in
24  handcuffs, right?
                                                  23
```

```
 1      A.  Yes, ma'am.
 2      Q.  You were placed in handcuffs when you
 3  were inside the store?
 4      A.  Yes, ma'am.
 5      Q.  Which officer placed you in handcuffs?
 6      A.  It was the white guy.
 7      Q.  Did you resist him at all?
 8      A.  No, ma'am.
 9      Q.  You said he grabbed you and handcuffed
10  you.  Explain to me a little how -- what the
11  movements were when he handcuffed you.
12      A.  He came in the record shop.  He came in
13  aggressive and grabbed me and put the handcuffs
14  on me and -- they come in and grab me and
15  aggressive put the handcuffs on me.
16      Q.  Do you remember which arm he grabbed
17  first?
18      A.  He grabbed my left arm.
19      Q.  And put them behind your back?
20      A.  Yes, ma'am.
21      Q.  And then did he ask you to go outside?
22      A.  He took me outside, ma'am.
23      Q.  Okay.  Did he push you outside?  Did he
24  lead you outside?
                                                  24
```

```
 1    A.  He led me out.
 2    Q.  While you were in the record store with
 3  the officers, did the officers say anything to
 4  one another?
 5    A.  Not that I recall.
 6    Q.  How about outside?  Did the officers
 7  say anything to each other when you were outside
 8  with them that you can remember?
 9    A.  I don't remember, ma'am.
10    Q.  Okay.  Were you ever told that you had
11  the right to remain silent?
12    A.  They did tell me that I --
13    Q.  Had the right to remain silent?
14    A.  Yes, ma'am.
15    Q.  So after you -- well, strike that.
16        After they put the money in your pocket
17  and put the clipboard back in the trunk, they
18  put you inside the car; correct?
19    A.  Yes, ma'am.
20    Q.  Was there anybody else in the car?
21    A.  Just the two officers.
22    Q.  Okay.  Do you remember which one of
23  them was driving?
24    A.  No, ma'am.
                                              25
```

```
 1    Q.  Did you see any other police cars
 2  around in the car?
 3    A.  Yeah, there was another detective car
 4  out there.
 5    Q.  Where was the other detective car?
 6    A.  It was right there on the corner too.
 7    Q.  When you say on the corner, 79th and
 8  Essex?
 9    A.  Yes, ma'am.
10    Q.  Was the car that you were placed into
11  directly in front of the other detective car?
12    A.  No, ma'am.
13    Q.  Okay.  Were they across the street from
14  one another?
15    A.  They was like -- it was one right here
16  and the other was like directly right --
17    Q.  Were they across the intersection from
18  each other?
19    A.  They was on the same side.
20    Q.  Did you ever see the officer in the
21  other detective car?
22    A.  No, ma'am.
23    Q.  You were taken to the police station,
24  correct?
                                              26
```

```
 1    A.  Yes, ma'am.
 2    Q.  Do you remember which station you were
 3  taken to?
 4    A.  Yes, ma'am.
 5    Q.  Which one?
 6    A.  111th.
 7    Q.  Did the officers talk to you when you
 8  were being transported to the police station?
 9    A.  They was on they phone.  They was
10  talking to whoever they was on they phone.  They
11  was trying to get directions how to get to
12  111th.
13    Q.  Did they ever ask you any questions
14  while you were being transported?
15    A.  No, ma'am.
16    Q.  Did you ever say anything to the
17  officers while you were being transported?
18    A.  I asked them what I was being arrested
19  for.
20    Q.  Still no answer?
21    A.  No answer.
22    Q.  What happened when you got to the
23  police station?
24    A.  They put me -- they took me upstairs
                                              27
```

```
 1  and put me in a room.  One officer came and told
 2  me that I ain't got no warrants or nothing, but
 3  I'm being arrested because they said I sold
 4  drugs to a crack head and the crack head gave me
 5  up.  They bust the crack head and the crack head
 6  said that I sold him the drugs.
 7    Q.  Did you sell any drugs to anybody that
 8  day?
 9    A.  No, ma'am.
10    Q.  The room that you were placed inside,
11  you were placed in there alone?
12    A.  Yes, ma'am.
13    Q.  Which officer told you that you were
14  being arrested because you sold drugs to a crack
15  head?
16    A.  It was the -- I think it was the white
17  officer.
18    Q.  Did you talk with any other officers at
19  the -- while you were in that room at the
20  station?
21    A.  Another officer did come back there,
22  but I ain't never seen him before.
23    Q.  Did you and this officer talk?
24    A.  He took my cigarettes and my money and
                                              28
```

Page 29:

```
 1  stuff.
 2    Q.  Did he say anything to you though?
 3    A.  No, he didn't.
 4    Q.  Now, when you say the white officer
 5  told you that you had sold drugs to the crack
 6  head, is this the same white officer that had
 7  handcuffed you at the record store?
 8    A.  Yes, ma'am.
 9    Q.  Did you talk to any other officers
10  other than the two you just told me about while
11  you were in the room at the station?
12    A.  No.
13    Q.  Okay.  You were placed in lockup?
14    A.  Yes, ma'am.
15    Q.  Did you speak with anybody in lockup?
16    A.  No, ma'am.
17    Q.  You were eventually transferred from
18  the police station to Cook County jail, is that
19  right?
20    A.  Yes, ma'am.
21    Q.  How long had you been in Cook County
22  jail?
23    A.  Nine months.
24    Q.  Had you ever been to Cook County jail
```

Page 30:

```
 1  before?
 2    A.  Yes, ma'am.
 3    Q.  About how many times?
 4    A.  '94.  Other than '94 and '89 (Sic).
 5    Q.  Did you ever have to appear before a
 6  judge in criminal court with connection to the
 7  arrest on March 28, 2009?  Did you have to go to
 8  court?
 9    A.  Oh, yes, ma'am.
10    Q.  Did you testify?
11    A.  No, ma'am.
12    Q.  Okay.  Did you have to hire an
13  attorney?
14    A.  No, ma'am.
15    Q.  Had a public defender?
16    A.  Yes, ma'am.
17    Q.  Did you suffer any physical injuries as
18  a result of the March 28, 2009 arrest?
19    A.  No, ma'am.
20    Q.  Did you ever make any complaints to the
21  officers that your handcuffs were too tight?
22    A.  I did tell them they were just a little
23  tight.
24    Q.  Do you remember which officer you
```

Page 31:

```
 1  complained to about that?
 2    A.  No, ma'am.
 3    Q.  Do you remember what the officer said
 4  to you in response?
 5    A.  Put me in the car.
 6    Q.  And you say that the handcuffs were a
 7  little too tight.  Did they leave any marks?
 8    A.  Not no real -- no.  Just little marks.
 9    Q.  Any mark that was there -- any little
10  mark or otherwise --
11    A.  Yeah, they showed the handcuffs.  They
12  showed the marks around my wrist.
13    Q.  That's resolved?  You don't have any
14  other permanent marks?
15    A.  No, ma'am.
16    Q.  You don't have any problems using your
17  wrists today, do you?
18    A.  No, ma'am.
19    Q.  Are you making a claim for lost wages
20  or loss of income?
21    A.  No, ma'am.
22    Q.  Did you suffer any emotional injuries
23  as a result of the arrest?
24    A.  I was stressed out, yes, ma'am.
```

Page 32:

```
 1    Q.  When you say you were stressed out,
 2  what do you mean?
 3    A.  They locked me up for nine months, and
 4  I was in there going crazy.  I was stressed up
 5  for something I didn't do.  I sat in there for
 6  nine months.
 7    Q.  Did you ever seek any treatment for
 8  being stressed out?
 9    A.  No, ma'am.
10    Q.  Never saw a doctor?
11    A.  Yeah, I seen a doctor at 26th.  When
12  you go downstairs, they let you see the doctor.
13  The doctor gives you tests and all that.
14    Q.  But other than asking specifically to
15  see somebody with Cermak that you were having
16  anxiety problems or increased heart rate or
17  anything like that?
18    A.  No, ma'am.
19    Q.  Never talked to a pastor about your
20  feelings being stressed out?
21    A.  No, ma'am.
22    Q.  I understand that you suffered some
23  emotional injury when your brother was killed in
24  2001?
```

```
 1   A.  Yes, ma'am.
 2   Q.  Did you seek any treatment for that?
 3   A.  No, no, I didn't.
 4   Q.  Is this emotional injury that you're
 5   complaining of in this case, is it different
 6   from that that you complained of as a result of
 7   your brother's death?
 8       MR. FOX:  Ask her again to repeat it if you
 9   don't understand.
10       THE WITNESS:  Would you repeat it?
11       MS. BENSON:  Sure.
12   BY MS. BENSON:
13   Q.  You suffered an emotional injury when
14   your brother passed away?
15   A.  Yes, ma'am.
16   Q.  You suffered an emotional injury from
17   this arrest, correct?
18   A.  Yes, ma'am.
19   Q.  Are those two different?
20   A.  Yes, ma'am.
21   Q.  How are they different?
22   A.  Being locked up for something I didn't
23   do.  I'm locked up like a caged animal.  I'm
24   locked up nine months.  They got me locked up in
                                                  33
```

```
 1   a cell all day.  I'm going crazy for something I
 2   didn't do.  I'm just sitting in there, not
 3   knowing what's going to happen or nothing.
 4   Q.  You've been locked up in Cook County
 5   jail at least two other times that you told me
 6   about, correct?
 7   A.  Yes, ma'am.
 8   Q.  Okay.  So this on March 28, 2009 wasn't
 9   the first time you've been locked up there?
10   A.  Wasn't the first time.  It wasn't no
11   nine months though.
12   Q.  Who is Deborah Bay?
13   A.  That's my mother.
14   Q.  You talked to her about this arrest?
15   A.  Yes, ma'am.
16   Q.  When did you talk to her about it?
17   A.  I talk to her just about every day on
18   the phone.
19   Q.  About this arrest though?
20   A.  Yes, ma'am.
21   Q.  What did you tell her?
22   A.  That they locked me up for something I
23   didn't do and I'm stressed out, going crazy.
24   Q.  You talked to her about this lawsuit?
                                                  34
```

```
 1   A.  Yes, ma'am.
 2   Q.  What did you tell her about the
 3   lawsuit?
 4   A.  I told her I'm suing the police.  They
 5   locked me up for wrongful arrest.  They locked
 6   me up for something I didn't do.
 7   Q.  Now, you were living at Devon and Ridge
 8   at the time of the arrest; right?
 9   A.  Yes, ma'am.
10   Q.  You were living with Karinda Portwood?
11   A.  Yes, ma'am.
12   Q.  Did you ever talk to her about the
13   arrest?
14   A.  She used to come and see me every week
15   in the County.
16   Q.  Do you know where she's living now?
17   A.  Yes, ma'am.  She moved from up north.
18   She's down 103rd and King Drive.  I don't have
19   the address.
20       MR. FOX:  And you also know where she works,
21   is that right?
22       THE WITNESS:  Yes, yes.  She works at
23   Portillo's.
24
                                                  35
```

```
 1   BY MS. BENSON:
 2   Q.  Do you know which one?
 3   A.  Out there by Evergreen Plaza.
 4   Q.  And have you talked to Maria Frances
 5   Hernandez about the arrest?
 6   A.  Yes.
 7   Q.  And that's your current girlfriend,
 8   right?
 9   A.  Yeah.
10   Q.  What did you tell her about the arrest?
11   A.  I told her that they locked me up and I
12   was stressed out, you know.  So I talked to her.
13   I talked to her.
14   Q.  Other than your attorney, your mother,
15   and your girlfriends, have you talked about your
16   arrest of March 28, 2009 with anybody else?
17   A.  No.
18   Q.  Did you talk about it with RT?
19   A.  No, ma'am.
20   Q.  Have you been over there since your
21   arrest?
22   A.  I walked through there, yeah.
23   Q.  Have you talked to Sue about it at all?
24   A.  Well, Sue is in -- she came to court,
                                                  36
```

**Page 37**

1  yes.
2  Q. Other than coming to court, have you
3  talked to Sue since then about the arrest?
4  A. Yes.
5  Q. What did you tell Sue?
6  A. I told her that -- she knew about the
7  lawsuit and she's supposed to come to court on
8  the trial that I went to, but she came one time.
9  I really -- she just -- I just told her that I
10 was suing.
11 Q. The --
12 MR. FOX: Just for the record so I can -- I
13 guess for discovery purposes, we have sent and
14 investigator over there to talk with her. We
15 haven't gotten very far with that yet. Just so
16 you know.
17 MS. BENSON: Oh, that's fine. That's fine.
18 MR. FOX: We have no statement like that or
19 anything but --
20 MS. BENSON: Okay.
21 BY MS. BENSON:
22 Q. The stress that you've been talking
23 about, is there anything that you can no longer
24 do as a result of that stress?

**Page 38**

1  A. No, ma'am.
2  Q. Just a minute. I think I'm done.
3  One other question. Have you seen
4  either the white officer or the Mexican officer
5  since your March 28, 2009 arrest other than
6  perhaps your trial?
7  A. No, ma'am.
8  Q. At any point did any officer tell you
9  that you were being arrested for selling drugs
10 to an undercover officer?
11 A. When I got to -- when I got to 26th and
12 California, I got in front of the judge. They
13 told me that I supposedly sold drugs to an
14 undercover officer.
15 Q. But you hadn't been told that when you
16 were at the police station?
17 A. No, ma'am.
18 Q. Okay. That's all I have. Thank you.
19 MR. FOX: I just have a few follow-up I just
20 want to be clear about.
21         EXAMINATION
22 BY MR. FOX:
23 Q. You said that you were in the county in
24 '84 -- or '89 and '94?

**Page 39**

1  A. '89 -- yeah, '94 and '89, yes, sir.
2  Q. And '89, what was that for? Was that a
3  felony?
4  A. I think it was for residential
5  burglary.
6  Q. Was that a -- she asked you if you had
7  any other -- do you know if that was a felony?
8  A. Yes.
9  Q. So that would be another felony you had
10 other than the '94 robbery that you mentioned?
11 A. Yes.
12 Q. Were you convicted on the one in '89?
13 A. Yes.
14 Q. And then you mentioned a fellow named
15 Isaac Jones whose house you were at?
16 A. Yes.
17 Q. What do you know of him -- what name do
18 you know him by?
19 A. Tall, too tall.
20 Q. Too tall?
21 A. Yes, sir.
22 Q. And you gave some times about things,
23 like when you left Isaac's house and how long it
24 took you to get to 79th and Essex. Are you

**Page 40**

1  certain about those times, or are they
2  approximate or what?
3  A. I'm not certain, but I'm -- I'm not
4  certain, but it was not exact, but I know it was
5  about 2:30, 3:00, 3:30 that I left his house.
6  I'm not exact, but I know it was about 3:00.
7  Q. All right.
8  MR. FOX: That's it. Nothing further.
9  MS. BENSON: Okay. We're all set then.
10 (FURTHER DEPONENT SAITH NOT.)
11 (Whereupon, proceedings
12 concluded at 2:30 p.m.)

McCorkle Court Reporters, Inc.
Chicago, Illinois  (312) 263-0052

```
 1   STATE OF ILLINOIS    )
 2                        ) SS:
 3   COUNTY OF COOK       )
 4        I, Rebecca Dalton, a notary public within
 5   and for the County of Cook and State of
 6   Illinois, do hereby certify that heretofore,
 7   to-wit, on September 8, 2011, personally
 8   appeared before me, at 200 West Adams Street,
 9   Suite 430, Chicago, Illinois, MICHAEL RENO, in a
10   cause now pending and undetermined in the
11   Circuit Court of Cook County, Illinois, wherein
12   MICHAEL RENO is the Plaintiff, and City of
13   Chicago Police Officer KEITH HARRIS, Star
14   #19542; City of Chicago Police Officer JEROME
15   HOFFMAN, Star #19110; City of Chicago Police
16   Officer SCHER; City of Chicago Police Officer
17   NELSON GONZALEZ, Star #7235; and the CITY OF
18   CHICAGO are the Defendants.
19        I further certify that the said
20   MICHAEL RENO was first duly sworn to testify the
21   truth, the whole truth and nothing but the truth
22   in the cause aforesaid; that the testimony then
23   given by said witness was reported
24   stenographically by me in the presence of the
                                                  41
```

```
 1   said witness, and afterwards reduced to
 2   typewriting by Computer-Aided Transcription, and
 3   the foregoing is a true and correct transcript
 4   of the testimony so given by said witness as
 5   aforesaid.
 6        I further certify that the signature to
 7   the foregoing deposition was waived by counsel
 8   for the respective parties.
 9        I further certify that the taking of this
10   deposition was pursuant to notice and that there
11   were present at the deposition the attorneys
12   hereinbefore mentioned.
13        I further certify that I am not counsel
14   for nor in any way related to the parties to
15   this suit, nor am I in any way interested in the
16   outcome thereof.
17        IN TESTIMONY WHEREOF: I have hereunto
18   set my hand and affixed my notarial seal this
19   16th of January, 2012.
20
21
22   Rebecca Dalton
23        NOTARY PUBLIC, COOK COUNTY, ILLINOIS
24        LIC. NO. 084-004726
                                                  42
```

11 (Pages 41 to 42)

McCorkle Court Reporters, Inc.
Chicago, Illinois   (312) 263-0052

**A**
abc 15:21 16:3
ability 9:4
aboveentitled 1:16
adams 1:18 2:4,12
  41:8
address 5:20,23
  11:22 13:19
  35:19
affixed 42:18
aforesaid 41:22
  42:5
afternoon 12:2
aggressive 24:13
  24:15
agreement 4:9
ahead 10:11,20
ahold 18:2
aint 28:2,22
aliases 9:19
anderson 9:22
animal 33:23
answer 5:4,12,16
  10:11,20 11:3
  21:24 22:17,18
  27:20,21
answering 5:7
answers 4:22 9:14
anxiety 32:16
anybody 6:7 7:2
  8:11 12:18 18:11
  18:19 25:20 28:7
  29:15 36:16
appear 30:5
appearances 2:1
appeared 41:8
applicable 4:12
approached 17:17
  17:21 18:12
  19:13 23:8
approximate 40:2
area 13:13
arm 10:15 24:16
  24:18
arrest 11:14 13:15
  30:7,18 31:23

33:17 34:14,19
35:5,8,13 36:5,10
36:16,21 37:3
38:5
arrested 11:17,21
  12:1,9 17:14
  22:13,20 27:18
  28:3,14 38:9
asked 22:13 27:18
  39:6
asking 32:14
associates 2:2
assume 5:17
assuming 14:2
attorney 30:13
  36:14
attorneys 42:11
auntie 10:5
avalon 6:24 13:16

**B**
baby 10:6
back 8:15,18,18,24
  20:22,23 21:3
  24:19 25:17
  28:21
bay 34:12
benson 2:10,11 3:4
  4:6,16 8:13 9:12
  10:16,23 11:5
  14:19 18:10
  19:12 22:3 33:11
  33:12 36:1 37:17
  37:20,21 40:9
best 7:8 16:1 21:24
bills 20:13
birth 7:16
black 10:22,22
break 5:9
brother 10:14
  32:23 33:14
brothers 33:7
brown 22:23
budget 15:18
burglary 39:5
bus 8:17,18
businesses 15:14

15:16
bust 28:5

**C**
caged 33:23
california 38:12
call 13:3
called 4:4
cant 16:16 21:22
  21:23
car 8:17 9:1,1
  14:11,12 15:1
  20:15 22:21,22
  22:24 23:4,21
  25:18,20 26:2,3,5
  26:10,11,21 31:5
cars 26:1
case 8:19 15:8 33:5
cause 1:16 41:10
  41:22
cds 14:4 15:5,7
cell 14:4 15:21
  34:1
cellular 16:4
cermak 32:15
certain 40:1,3,4
certify 41:6,19
  42:6,9,13
charge 11:8
checked 21:3
checking 21:11,12
chicago 1:7,8,9,10
  1:12,19 2:6,14
  23:3 41:9,13,14
  41:15,16,18
children 7:20
cigarettes 28:24
circuit 41:11
city 1:7,8,9,10,11
  23:3 41:12,14,15
  41:16,17
civil 4:11 8:7
claim 31:19
clear 38:20
clipboard 20:16,18
  20:19,22 21:2,3
  21:13 25:17

colfax 5:21,23 6:15
come 4:24 14:9
  24:14 28:21
  35:14 37:7
coming 37:2
complained 31:1
  33:6
complaining 33:5
complaints 30:20
complete 9:4
completed 7:23
computeraided
  42:2
concluded 40:12
connection 11:14
  30:6
convicted 10:24
  11:10 39:12
cook 1:17 29:18,21
  29:24 34:4 41:3,5
  41:11 42:23
corner 15:23 26:6
  26:7
correct 12:1 17:14
  25:18 26:24
  33:17 34:6 42:3
correctly 17:12
counsel 42:7,13
counter 14:13,14
  14:15,15,21,23
  15:6,7 17:23
county 1:17 29:18
  29:21,24 34:4
  35:15 38:23 41:3
  41:5,11 42:23
couple 4:20
court 1:1 4:13 5:5
  30:6,8 36:24 37:2
  37:7 41:11
cousin 6:4
cousins 6:5
crack 28:4,4,5,5,14
  29:5
crashed 8:18,24
crazy 32:4 34:1,23
criminal 30:6

csr 1:23
cta 8:12,14,16 9:1
cuisinier 2:10
current 5:20 36:7
currently 9:17
cut 19:7,11
cv 1:6

**D**
dalton 1:17,23
  41:4
dark 19:4
date 4:9 7:16 15:13
day 13:22 16:8,10
  16:12,24 28:8
  34:1,17
daytime 17:2
death 33:7
deborah 34:12
defendants 1:13
  2:16 41:18
defender 30:15
deponent 40:10
deposition 1:15 4:7
  4:10,17 9:4,7
  42:7,10,11
describe 14:5 19:2
  19:20
described 14:2
detective 22:24
  26:3,5,11,21
devon 6:18,19,22
  7:1,9,11 13:20
  35:7
didnt 19:9 21:8
  22:7,16,17,18
  23:3,18,20 29:3
  32:5 33:3,22 34:2
  34:23 35:6
different 33:5,19
  33:21
difficult 4:24
directions 27:11
directly 16:4 26:11
  26:16
discovery 1:15
  37:13

dishonesty 11:11
dismissed 8:23
district 1:1,2 4:13
    4:14
division 1:3
doctor 32:10,11,12
    32:13
document 9:13
documents 9:6
doesnt 5:5
dolton 6:24
dont 5:13 11:22
    13:2 14:17 18:21
    18:24 20:19 23:2
    25:9 31:13,16
    33:9 35:18
door 14:20
downstairs 32:12
drive 14:12 35:18
driving 25:23
drugs 28:4,6,7,14
    29:5 38:9,13
duly 4:1 41:20

**E**
earlier 16:10
eastern 1:3
ed 2:2,3
education 7:22
either 21:4 23:11
    38:4
emotional 31:22
    32:23 33:4,13,16
employed 9:17
essex 11:18,20,22
    13:22 15:11
    17:10 26:8 39:24
eve 1:7
eventually 29:17
evergreen 36:3
evidence 4:12
ex 7:7
exact 40:4,6
exactly 15:20
    16:16
examination 3:2
    4:15 38:21

examined 4:4
exhibits 3:14
explain 24:10

**F**
fair 5:18
far 37:15
farahvar 2:10
federal 4:11,12
feelings 32:20
fellow 39:14
felony 11:1 39:3,7
    39:9
filed 8:5,7
fine 11:23 16:3
    21:23 37:17,17
finished 5:4
first 19:23 20:1
    23:6 24:17 34:9
    34:10 41:20
five 12:10 19:4
    20:12,13 21:21
    22:1,2
follows 4:5
followup 38:19
foregoing 42:3,7
fourdoor 22:23
fox 2:2,3 3:5 8:10
    9:11 10:10,19
    11:2 14:16 18:4,7
    19:8 21:24 33:8
    35:20 37:12,18
    38:19,22 40:8
frances 6:10,13
    36:4
friend 16:13
friends 16:11,15
front 14:23 26:11
    38:12
further 40:8,10
    41:19 42:6,9,13

**G**
game 14:9,10,11
    14:12 15:1 16:9
    17:22
girlfriend 6:8,12

6:13 36:7
girlfriends 6:9
    10:13 36:15
given 41:23 42:4
gives 32:13
glass 15:7,7
go 4:20 10:10,20
    17:3 20:11 24:21
    30:7 32:12
going 4:20 5:2,2,17
    6:11 7:8 32:4
    34:1,3,23
gonzalez 1:11
    41:17
gotten 37:15
grab 24:14
grabbed 20:4,7,9
    24:9,13,16,18
grade 7:24
ground 4:21
grow 13:13
guess 37:13
guy 12:21 18:20
    19:4,22 24:6

**H**
hadnt 17:13 38:15
hair 19:6,7,11
half 6:21
hand 42:18
handcuffed 20:7
    20:10 22:5,8 24:9
    24:11 29:7
handcuffs 20:5
    23:24 24:2,5,13
    24:15 30:21 31:6
    31:11
happen 12:11
    19:18 23:15 34:3
happened 20:9
    27:22
happy 5:10,15
harris 1:7 41:13
havent 37:15
head 4:23,23 28:4
    28:4,5,5,15 29:6
hear 19:10 23:15

heart 32:16
help 16:18
hereinbefore 42:12
heretofore 41:6
hereunto 42:17
hernandez 6:10
    36:5
hes 19:21
highest 7:22
hire 30:12
hoffman 1:9 41:15
house 16:11,23
    17:6,10 39:15,23
    40:5

**I**
id 3:13 22:1,1
idea 22:6
identification
    23:21
ill 5:7
illinois 1:2,18,19
    2:6,14 4:14 6:24
    41:1,6,9,11 42:23
im 4:20 5:2,4,10,15
    5:17 7:8 12:6
    14:2 16:2 22:13
    28:3 33:23,23
    34:1,2,23 35:4
    38:2 40:3,3,3,6
immediately 16:21
impair 9:3
income 31:20
increased 32:16
injuries 30:17
    31:22
injury 32:23 33:4
    33:13,16
inside 15:7 23:7,10
    24:3 25:18 28:10
interested 42:15
interrogatory 9:11
intersection 15:10
    15:14 26:17
investigator 37:14
involving 11:11
isaac 16:19,22

39:15
isaacs 39:23
ive 5:24 13:7 14:20

**J**
jail 29:18,22,24
    34:5
january 42:19
jerome 1:9 41:14
jones 16:19,20,23
    17:5,10 39:15
judge 1:7 30:6
    38:12

**K**
karinda 7:5 35:10
keith 1:7 41:13
kelvin 9:24,24
kenny 12:23
killed 32:23
kind 22:21
king 35:18
knew 37:6
know 5:2,15 8:10
    11:22 12:11,18
    12:20,21,24 13:2
    18:2,21,22,24
    19:18 20:20
    35:16,20 36:2,12
    37:16 39:7,17,18
    40:4,6
knowing 13:7 34:3
known 13:6

**L**
lastly 5:12
lawsuit 8:1,5,7
    34:24 35:3 37:7
lawsuits 8:3
lawyer 18:5
layout 14:5,8
lead 24:24
leave 17:5 31:7
led 25:1
left 14:17,18,21
    15:3,4 17:1 24:18
    39:23 40:5

letters 13:4
level 7:22
lic 42:24
license 1:24
life 13:11
line 13:24
liquor 15:18,22
  16:4
little 10:6 14:12
  19:7 24:10 30:22
  31:7,8,9
live 6:1,3 16:13
lived 13:10,10
living 5:22 6:16,17
  6:17,19 7:1,2,4,9
  7:11 13:16,18,20
  35:7,10,16
local 4:13
location 11:19
locked 32:3 33:22
  33:23,24,24 34:4
  34:9,22 35:5,5
  36:11
lockup 29:13,15
logo 23:4
long 5:22 6:19 12:8
  13:6 17:9,13
  21:10,14 29:21
  39:23
longer 37:23
look 9:9,10 16:18
looked 19:2 20:18
  20:19
loss 31:20
lost 31:19

**M**

maam 5:19 6:14
  7:3,15,21 8:4,20
  8:22 9:5,8,16,18
  9:20,23 10:1,8
  11:4,12,16,24
  12:3,15,17,19
  13:5,14,17 14:1,7
  14:22,24 15:12
  15:15 16:6 17:19
  18:1,3,14,18,23

19:17,19,21 20:8
21:8,18 22:11
23:5,9,16,22 24:1
24:4,8,20,22 25:9
25:14,19,24 26:9
26:12,22 27:1,4
27:15 28:9,12
29:8,14,16,20
30:2,9,11,14,16
30:19 31:2,15,18
31:21,24 32:9,18
32:21 33:1,15,18
33:20 34:7,15,20
35:1,9,11,17
36:19 38:1,7,17
making 31:19
march 11:15 15:11
  30:7,18 34:8
  36:16 38:5
maria 6:10 36:4
mark 31:9,10
marked 3:13,14
marks 31:7,8,12
  31:14
married 7:14
match 20:21
math 7:8
mean 6:11 20:4
  32:2
medications 9:2
meet 13:9
mentioned 22:21
  39:10,14 42:12
mexican 19:22
  38:4
michael 1:4,15 3:3
  4:3,7 9:21 41:9
  41:12,20
minute 38:2
minutes 12:10
  21:17 22:2
misdemeanor
  11:11
money 20:12,13,19
  20:22 21:1,3,12
  25:16 28:24

months 29:23 32:3
  32:6 33:24 34:11
mother 18:16
  34:13 36:14
moved 35:17
movements 24:11

**N**

name 6:5,9 9:21
  10:5,13,13,15
  12:11,22,23 13:1
  13:2 16:15,17
  18:21,24 39:17
named 39:14
names 19:18
neck 10:14
need 5:9
nelson 1:11 41:17
never 28:22 32:10
  32:19
nickname 10:4
nicknames 10:2
night 16:22 17:1
nine 19:4 29:23
  32:3,6 33:24
  34:11
nods 4:22
north 6:17 35:17
northeast 15:24
  16:2
northern 1:2 4:14
northwest 15:24
notarial 42:18
notary 1:17 41:4
  42:23
notice 1:20 4:8
  42:10
number 3:13 7:18
  18:6,7,8
numbers 20:21

**O**

objection 10:10,19
  11:2
oclock 12:2
officer 1:7,8,10,11
  20:14 24:5 26:20

28:1,13,17,21,23
29:4,6 30:24 31:3
38:4,4,8,10,14
41:13,14,16,16
officers 17:17
  19:13,24 21:4,11
  22:7,10,12 23:6,8
  23:11,12,14,20
  25:3,3,6,21 27:7
  27:17 28:18 29:9
  30:21
oh 30:9 37:17
okay 7:13 11:13
  12:8 13:18 14:8
  14:18 15:4,16,19
  16:3 17:20 18:11
  18:24 20:17
  21:10 22:12
  24:23 25:10,22
  26:13 29:13
  30:12 34:8 37:20
  38:18 40:9
outcome 42:16
outside 20:14
  21:10 22:9 23:4
  24:21,22,23,24
  25:6,7
owner 18:9
owners 12:22,23
owns 12:21

**P**

paper 16:17
particular 11:19
parties 4:9 42:8,14
party 8:8
passed 33:14
pastor 32:19
peace 10:14
pending 5:11 8:2
  8:19 41:10
permanent 31:14
person 8:24
personally 41:7
phone 27:9,10
  34:18
phones 14:4 15:21

phonetic 7:5
physical 30:17
piece 16:17
place 11:14 12:21
  16:14,20
placed 23:23 24:2
  24:5 26:10 28:10
  28:11 29:13
plaintiff 1:5 2:8
  4:7 41:12
plates 23:1
play 14:10,12 16:9
plaza 36:3
pocket 20:11,22
  21:2,4 25:16
pockets 21:12
point 21:1 38:8
police 1:7,8,10,10
  17:21 18:12
  19:13 22:23 26:1
  26:23 27:8,23
  29:18 35:4 38:16
  41:13,14,15,16
portillos 35:23
portwood 7:5,6
  35:10
prepare 9:6
prescription 9:3
presence 41:24
present 42:11
prior 6:15 7:12
problems 31:16
  32:16
procedure 4:11
proceedings 40:11
provided 9:14
public 1:17 30:15
  41:4 42:23
purposes 37:13
pursuant 1:19 4:8
  4:10 42:10
push 24:23
put 20:4,21,22,23
  21:3 24:13,15,19
  25:16,17,18
  27:24 28:1 31:5

pyramid 10:12,17
   10:18

———— Q ————
question 5:3,4,11
   5:12,14,16 38:3
questions 4:22 5:8
   9:14 27:13

———— R ————
racks 15:5,6
ran 8:17
rate 32:16
real 13:2 31:8
really 37:9
rebecca 1:17,23
   41:4
recall 25:5
record 4:6 11:23
   12:4,12 13:11
   14:3 15:21,23
   16:7,21 17:13
   20:4,14 23:7,10
   24:12 25:2 29:7
   37:12
records 12:13 14:3
red 13:24
reduced 42:1
reflect 4:6
related 42:14
relevance 10:10,19
   11:2
remain 25:11,13
remember 16:16
   19:3 23:2 24:16
   25:8,9,22 27:2
   30:24 31:3
reno 1:4,15 3:3 4:3
   4:7 9:24 41:9,12
   41:20
repeat 33:8,10
rephrase 5:15
reported 41:23
reporter 5:5
representing 2:8
   2:16
residential 39:4

resist 24:7
resolved 31:13
respective 42:8
response 31:4
rest 10:14
restaurant 20:3
result 30:18 31:23
   33:6 37:24
review 9:6
ridge 6:18,20,22
   7:2,10,11 13:20
   35:7
right 7:10 10:12
   11:15 13:16,17
   14:10,13,14,15
   14:16,17 15:2,11
   17:15,18 23:24
   25:11,13 26:6,15
   26:16 29:19 35:8
   35:21 36:8 40:7
robbery 11:9
   39:10
room 14:9,10 28:1
   28:10,19 29:11
rpr 1:23
rt 13:3,4,6 17:24
   18:2,11 23:11,17
   23:18 36:18
rules 4:11,12,13,21

———— S ————
saith 40:10
sat 32:5
saw 32:10
saying 14:16
scher 1:10 41:16
seal 42:18
seat 20:24
security 7:18
see 19:23 20:20
   26:1,20 32:12,15
   35:14
seek 32:7 33:2
seen 19:1,16 20:1
   28:22 32:11 38:3
sell 15:21 28:7
selling 38:9

sent 37:13
september 1:18
   41:7
serial 20:20
set 40:9 42:18
settle 8:21
shakes 4:23
shes 7:7 35:16,18
   37:7
shop 11:21,23
   13:11 15:21 20:4
   20:14 24:12
shoulder 4:24
showed 31:11,12
shrugs 4:23
sic 12:24 30:4
side 26:19
signature 42:6
signed 9:15
significance 10:18
silent 25:11,13
singles 20:13
sir 39:1,21
sister 6:12
sitting 34:2
skinned 19:4
smith 6:6
social 7:18
sold 14:3,4 28:3,6
   28:14 29:5 38:13
somebody 32:15
son 12:24
sons 13:1
sound 7:10
south 5:21 6:15
   16:14
southeast 15:24
southwest 16:1
speak 29:15
specifically 32:14
spend 16:24
spent 16:22 17:1
ss 41:2
st 1:7
standing 17:22
star 1:8,9,11 41:13

41:15,17
start 5:13
state 41:1,5
statement 37:18
states 1:1 4:13
station 21:9 22:19
   26:23 27:2,8,23
   28:20 29:11,18
   38:16
stenographically
   41:24
stolen 9:1
stones 10:22
store 12:5,12 14:3
   14:6 15:5,18,23
   16:4,7,21 17:13
   17:16,20 18:7,8
   18:12 23:7,10
   24:3 25:2 29:7
street 1:19 2:4,12
   15:20 16:5,6 17:4
   26:13 41:8
stress 37:22,24
stressed 31:24 32:1
   32:4,8,20 34:23
   36:12
strike 8:6 15:9
   23:19 25:15
stuff 29:1
style 19:6
subject 4:11
sue 8:14,16 12:23
   18:17 23:11,13
   36:23,24 37:3,5
sued 8:10
suffer 30:17 31:22
suffered 32:22
   33:13,16
suing 35:4 37:10
suit 42:15
suite 1:19 2:5,13
   41:9
supposed 10:22
   37:7
supposedly 38:13
sure 12:7 16:2

33:11
sworn 4:2 41:20
symbol 10:22

———— T ————
take 5:6,9 6:11 9:9
   16:18 17:9,17
   20:13,14
taken 1:16 4:8,10
   4:17 26:23 27:3
talk 27:7 28:18,23
   29:9 34:16,17
   35:12 36:18
   37:14
talked 32:19 34:14
   34:24 36:4,12,13
   36:15,23 37:3
talking 27:10
   37:22
tall 39:19,19,20
tattoos 10:7,9
tell 16:1 18:4 22:12
   25:12 30:22
   34:21 35:2 36:10
   37:5 38:8
ten 21:19,20
terms 15:24
testified 4:5
testify 30:10 41:20
testimony 19:9
   41:22 42:4,17
tests 32:13
thank 38:18
thats 6:12,13 11:23
   13:17 16:3 21:23
   31:13 34:13 36:7
   37:17,17 38:18
   40:8
thereof 42:16
theres 9:13
thing 19:8
things 39:22
think 19:22 22:4
   28:16 38:2 39:4
three 18:19
tight 30:21,23 31:7
time 5:6,10 11:2

12:4 13:15,19
17:5,24 34:9,10
35:8 37:8
times 30:3 34:5
39:22 40:1
today 4:8 8:2 9:4,7
11:13 31:17
todays 4:9
told 22:19 25:10
28:1,13 29:5,10
34:5 35:4 36:11
37:6,9 38:13,15
towit 41:7
train 13:23
transcript 5:1 42:3
transcription 42:2
transferred 29:17
transported 27:8
27:14,17
treatment 32:7
33:2
trial 37:8 38:6
true 42:3
trunk 20:15,16,23
25:17
truth 41:21,21,21
try 5:5 7:8
trying 20:20 27:11
tubs 10:3,4
two 14:14 19:15,23
25:21 29:10
33:19 34:5
typewriting 42:2

U

uhhuh 20:2
uhhuhs 4:23
uncle 10:1
undercover 38:10
38:14
understand 5:14
22:7 32:22 33:9
understood 5:17
17:12
undetermined
41:10
united 1:1 4:13

upstairs 27:24
use 9:19

V

verbal 4:22
victoria 2:11
video 15:1
vs 1:6

W

wages 31:19
wait 5:3
waived 42:7
walk 14:20 17:11
walked 36:22
wanda 6:6,6
want 5:15 38:20
wants 8:10
warrants 28:2
wasnt 21:16,20
34:8,10,10
waves 19:7,11
way 5:5 42:14,15
week 35:14
went 16:9,21 17:4
20:11,15,15 21:2
37:8
west 1:18 2:4,12
41:8
whats 6:5,9 7:18
7:22 10:17 12:22
13:1 14:8 16:15
34:3
whatsoever 22:17
whereof 42:17
white 19:21 24:6
28:16 29:4,6 38:4
witness 3:2 4:1,4
8:12 10:12,21
11:4 14:18 18:5,8
19:11 22:1 33:10
35:22 41:23 42:1
42:4
worked 12:18,20
works 35:20,22
wrist 31:12
wrists 31:17

written 16:17
wrongful 35:5

X

Y

yeah 8:12 11:21
18:5 26:3 31:11
32:11 36:9,22
39:1
year 5:24 6:21
years 13:8,12
youre 5:2,7 33:4
youve 7:23 15:10
34:4,9 37:22

Z

0

00 12:2 17:7,7 40:5
40:6
06114 1:6
084004726 1:24
42:24

1

1 20:12
10 1:6
103rd 35:18
111th 27:6,12
14711 6:24 13:16
15 10:21
16th 42:19
19110 1:9 41:15
19542 1:8 41:14
1994 11:7

2

2 40:5,12
20 13:7
200 1:18 2:12 41:8
2001 32:24
2008 8:15
2009 7:12 11:15
15:11 30:7,18
34:8 36:16 38:5
2010 7:10

2011 1:18 41:7
2012 42:19
20minute 17:11
225 19:5
26th 32:11 38:11
27 7:17
28 11:15 15:11
30:7,18 34:8
36:16 38:5

3

3 17:7,7,8 40:5,5,6
30 12:6 13:7,12
17:8 40:5,5,12
300 2:4
3020 16:14
312 2:7,15
330 2:5
336762821 7:19
3458877 2:7
38 3:5

4

4 3:4 7:17 12:6
430 1:19 2:13 41:9

5

5 12:2

6

60606 2:6,14
6249865 2:15
68 7:17

7

7235 1:11 41:17
7947 5:21 6:15
79th 11:18,20,21
13:21 15:10 17:4
17:10 26:7 39:24

8

8 1:18 41:7
80th 16:14
84 38:24
89 30:4 38:24 39:1
39:1,2,12

9

94 30:4,4 38:24
39:1,10
9th 7:24