Reno vs. City of Chicago

10 CV 6114

Deposition of: Officer Jerome Hoffman

Taken on: August 03, 2011



---

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011  Page 1

```
 1            IN THE UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF ILLINOIS
 3                      EASTERN DIVISION
 4
 5   MICHAEL RENO,                  )
 6        Plaintiff,                )
 7                                  )
 8        vs.                       ) No. 10 CV 06114
 9                                  )
10   City of Chicago Police Officer )
11   KEITH HARRIS, Star #19542,     )
12   City of Chicago Police Officer )
13   JEROME HOFFMAN, Star #19110,   )
14   City of Chicago Police Officer )
15   SHAAR, City of Chicago Police  )
16   Officer NELSON GONZALEZ, Star  )
17   #7235, and the CITY OF         )
18   CHICAGO,                       )
19        Defendants.               )
20
21        The deposition of OFFICER HOFFMAN, called
22   by the Plaintiff for examination, taken pursuant to
23   notice and by the provisions of the Rules of Civil
24   Procedure for the United States District Courts
```

---

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011  Page 2

```
 1   pertaining to the taking of depositions, taken
 2   before June M. Funkhouser, CSR No. 084-003024, RMR,
 3   a Notary Public within and for the County of Kane,
 4   State of Illinois, and a Certified Shorthand
 5   Reporter of said State, at the offices of Ed Fox &
 6   Associates, 300 West Adams Street, Suite 330,
 7   Chicago, Illinois, on August 3, 2011, commencing at
 8   3:09 p.m.
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

---

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011  Page 3

```
 1   APPEARANCES:
 2
 3        ED FOX & ASSOCIATES
 4        BY:  MR. ED FOX
 5             300 West Adams Street, Suite 330
 6             Chicago, Illinois  60606
 7             312.345.8877
 8                  on behalf of the Plaintiff;
 9
10        CUISINIER, PARAHVAR & BENSON, LTD.
11        BY:  MS. VICTORIA R. BENSON,
12             200 West Adams Street, Suite 430
13             Chicago, Illinois 60606
14             312.634.0412
15                  on behalf of the Defendants.
16
17
18
19
20
21
22
23
24
```

DEFENDANT'S EXHIBIT F

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011                                  Page 4

```
                    I N D E X

WITNESS:                                            Page
OFFICER HOFFMAN
    Direct Examination by Mr. Fox                     5


                    E X H I B I T S

Hoffman Exhibit No.                                 Page
   1  (Arrest Report)                                54

Harris Exhibit No. *
   2  (Property Inventory Report)                    56
   3  (Narcotics Section Supplementary Report)       18
   8  (Chicago Police Department
       Debriefing Report)                            66


       * Exhibits previously marked in the
         deposition of Officer Keith Harris
```

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011                                  Page 5

```
 1              (Whereupon the witness was
 2                     duly sworn.)
 3                  OFFICER HOFFMAN
 4  one of the Defendants herein, called by the
 5  Plaintiff for examination, having been first duly
 6  sworn, was examined and testified as follows:
 7                  DIRECT EXAMINATION
 8  BY MR. FOX:
 9      Q    Can you state your name and spell your
10  name for the record?
11      A    Officer Hoffman, H-o-f-f-m-a-n.
12           MR. FOX:  And for the record, this is the
13  deposition of Officer Hoffman being taken pursuant
14  to notice and pursuant to the Federal Rules of
15  Civil Procedure.
16           And, Officer Hoffman, have you had
17  your deposition taken before?
18           THE WITNESS:  I have had one, yeah.
19           MR. FOX:  All right.  So this is going to
20  probably be along the same lines, but I'll just
21  tell you in advance some of the rules.
22           I'm going to ask you a series of
23  questions, and the oath that you take is the same
24  oath that you take in a court of law so you're
```

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011                                  Page 6

```
 1  under the same penalties of perjury; do you
 2  understand that?
 3           THE WITNESS:  Yes.
 4           MR. FOX:  All right.  And so just like
 5  you've done, answer out loud.  Nods of the head
 6  don't work well.  Try and wait for me to be done
 7  with my question before you answer.  Likewise, I'll
 8  wait for you to be done with your answer before I
 9  ask the next question so that we don't talk over
10  each other.
11           If you don't understand a question,
12  make sure you let me know, or if you haven't heard
13  it clearly, make sure you let me know and I'll
14  repeat or rephrase it, okay?
15           THE WITNESS:  Okay.
16           MR. FOX:  And then if you want to take a
17  break and we're not in the middle of a question,
18  just let me know and then we'll do that as well,
19  okay?
20           THE WITNESS:  Okay.
21           MR. FOX:  All right; good.
22  BY MR. FOX:
23      Q    You're a police officer for how long?
24      A    Over ten and a half years.
```

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011                                  Page 7

```
 1      Q    And you're currently with the Chicago
 2  Police Department?
 3      A    Yes.
 4      Q    All right.  And then in preparation for
 5  this deposition today what documents did review?
 6      A    Supplemental reports, arrest reports.
 7  That's about it.
 8      Q    Did you review the transcript of the
 9  trial?
10      A    Oh, yes, I did.
11      Q    And you testified, correct?
12      A    Yes.
13      Q    Did you testify?  Okay.
14           And then have you talked with any of
15  the other Defendants in this case outside the
16  presence of your attorney within the last couple
17  weeks about this case?
18      A    Not really.
19      Q    All right.  All right.  What is your
20  current rank and assignment?
21      A    Police officer.
22      Q    And are you in the narcotics unit?
23      A    Yes.
24      Q    And for how long?
```

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Page 8

1  A   I've been in narcotics for about five
2  years, I think.
3  Q   And before you were in the narcotics unit
4  what was your assignment?
5  A   I got out of the academy. I went to the
6  2nd District as a patrolman. I went to the tag
7  team in area -- or 2nd District, and then I went to
8  the gang team in the 2nd District.
9  Q   And then from the gang team you went to
10 the narcotics unit?
11 A   Yes.
12 Q   What did you do to get on the narcotics
13 unit?
14 A   Applied.
15 Q   Okay. And what was that? Describe what
16 you did to apply.
17 A   I actually was detailed over there
18 before, and then I submitted an application.
19 Q   Was it something you wanted to do?
20 A   Yeah.
21 Q   Okay. And based on your understanding
22 what were the qualifications you needed to have in
23 order to get onto the narcotics unit?
24 A   I believe you have to have five years on,

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Page 9

1  and I am not sure about the rest.
2  Q   All right. Were you interviewed?
3  A   Yes.
4  Q   All right. Do you remember who
5  interviewed you?
6  A   Not exactly, no.
7  Q   Okay. And then I think I have an
8  understanding of this stuff now, but I just want to
9  make sure.
10         On the day of the arrest of Reno you
11 were part of a surgical strike mission?
12 A   Yes.
13 Q   Can you describe what that is, a surgical
14 strike mission?
15 A   It was basically a mission, you have like
16 certain areas sent out specified that you're
17 supposed to do buy-busts in.
18 Q   Okay. And then as a -- as a member of
19 the narcotics unit you were on a particular team?
20 A   Yes.
21 Q   Okay. Are you still in the narcotics
22 unit?
23 A   Yes.
24 Q   Are you still on the same team?

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Page 10

1  A   Yes, I am.
2  Q   All right. The team that you were on at
3  the time of the arrest of Reno was a different team
4  than, for example, Officer Harris was on; is that
5  correct?
6  A   We were working with them.
7  Q   But he's on a different narcotics team?
8  A   Yes.
9  Q   Okay. Do you know how it was that you
10 guys were assigned to work together on this
11 particular surgical strike mission?
12 A   I believe my sergeant was maybe on
13 furlough or something like that because we were
14 under the direction of his sergeant, as far as I
15 can remember.
16 Q   All right. And a surgical strike
17 mission, is it just a particular assignment to do a
18 buy-bust in a particular area by a group of
19 officers that are assigned to do that; is that a
20 fair statement?
21 A   Yes.
22 Q   All right. And when that's done -- well,
23 let me ask it this way: Do officers apply to do a
24 surgical strike mission or is that just something

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Page 11

1  you're assigned once you're on the narcotics unit?
2  A   From my understanding, every -- back then
3  every week you had to -- you had -- every week a
4  certain team ran it. So it would move from team to
5  team.
6  Q   Okay. And then so how many would you do,
7  surgical strike missions would you do, roughly in a
8  month back in '09?
9  A   My team or the narcotics, the whole --
10 Q   Your team. Your team.
11 A   It depends. I mean, we might -- it
12 depends on -- for instance, our sergeant was off,
13 so we worked with another team who had to do it.
14 So it can be vary.
15         I mean, maybe once every two months or
16 you could get it a couple times a month depending
17 on who you're working with.
18 Q   All right. So anywhere from like zero to
19 two times a month it could happen?
20 A   Roughly.
21 Q   Just a rough range I'm looking for.
22 A   Yeah.
23 Q   All right. And so you had done these --
24 had you done a surgical strike mission before the

## Page 12

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011

1  day of the arrest of Reno?
2      A    I'm pretty sure, yes.
3      Q    And had you been an enforcement -- you
4  were an enforcement officer on that day; is that
5  correct?
6      A    Yes, that's correct.
7      Q    All right. And had you acted as an
8  enforcement officer in a surgical strike mission at
9  any time before the arrest of Reno?
10     A    I believe so, yes.
11     Q    Had you ever acted as a buy officer?
12     A    Not in a surgical strike mission.
13     Q    All right. What about a surveillance
14 officer, had you taken on that role before?
15     A    Before, but not in a surgical strike
16 mission.
17     Q    Okay. What other kind of -- what other
18 kind of -- give me an example of what kind of
19 activity you would be undertaking where you would
20 be acting as a surveillance officer but you're not
21 doing a surgical strike mission?
22     A    We move around in different areas. At
23 times I've been asked to be a buy officer. Other
24 times I've been asked to be a surveillance officer.

## Page 13

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011

1  We go throughout the city.
2      Q    All right. Okay. Now, on this
3  particular day were you aware that marked money was
4  being used before you detained -- let me back up a
5  minute.
6            You assisted in detaining Reno; is
7  that correct?
8      A    Yes.
9      Q    Okay. And before you detained him were
10 you aware that marked money had been used in a
11 purchase of narcotics?
12           MS. BENSON: Objection to form, marked
13 money.
14 BY MR. FOX:
15     Q    Okay. I'll rephrase it.
16           You know what 1505 funds are, right?
17     A    Yes.
18     Q    And what is your understanding of 1505
19 funds?
20     A    Serial numbers have been prerecorded.
21     Q    Okay. Were you aware before you detained
22 Reno that 1505 funds had been used in connection
23 with Reno that day before you detained him?
24     A    Yes.

## Page 14

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011

1      Q    And what is your understanding of the
2  purpose of 1505 funds, of using them?
3      A    So that we know what money's ours.
4      Q    And for what purpose?
5      A    To recover our money and to show that
6  they have our money.
7      Q    To show the person that sold the
8  narcotics has your money; is that correct?
9      A    Yes.
10     Q    All right. Is it your understanding when
11 1505 funds are used in a purchase of narcotics your
12 goal is to try and recover that money?
13     A    One of them, yeah.
14     Q    All right. Okay. And is 1505 money
15 used, to your knowledge, time and time again when
16 you guys recover it, if you know?
17     A    Back then it was. I think things have
18 maybe changed now.
19     Q    All right. How have things changed to
20 your knowledge?
21     A    Now I'm not sure, but I believe now if
22 you use it and you recover it you try not to use it
23 again, you want to use a different serial numbered
24 money.

## Page 15

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011

1      Q    Okay. Do you know when that change came
2  about?
3      A    I would say within the last couple
4  months.
5      Q    All right. How often were you a part of
6  any sort of activity -- let me withdraw it and
7  start over.
8            Before the arrest of Reno, how often
9  had you participated in an arrest of an individual
10 roughly in which 1505 funds were used?
11     A    Hundreds.
12     Q    All right. And then buy-bust operations,
13 can you give me a percentage of times that the
14 money is not recovered roughly?
15     A    Roughly -- it depends on so much. I
16 mean, I --
17     Q    Is it more than half or less than half
18 the time it's recovered in a buy-bust operation?
19     A    Maybe right around half maybe, depending
20 on circumstances.
21     Q    All right. And then on the day of the
22 arrest of Reno how were you guys communicating with
23 one another, the officers that were participating
24 in the arrest?

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Page 16

```
 1    A    We were using Nextel walkie-talkies.
 2    Q    And to your knowledge are those recorded
 3  in any fashion?
 4    A    I don't know.
 5    Q    All right.  Did you know prior to the day
 6  of the arrest of Reno that you were going to be on
 7  a surgical strike mission that day?
 8    A    Yes.
 9    Q    And do you remember the arrest of Reno as
10  you sit here today?
11    A    Yes.
12    Q    What did you -- before that day what did
13  you know about the fact that you were going to be
14  doing a surgical strike mission?  What else did you
15  know about it, if anything?
16    A    I mean, I -- usually a day or two before
17  the sarge will tell us if we got one coming up, and
18  that's basically about it.
19    Q    All right.  And then on this particular
20  day you had found out at some point in time that
21  you were going to be assigned to a certain group of
22  officers who were participating in this; is that
23  correct?
24    A    Yes.
```

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Page 18

```
 1    A    I'm not sure.  I would have to look at a
 2  supp. report to see if any of my other teammates
 3  were on there.
 4    Q    And I'm going to show you what we marked
 5  as -- let's see -- as exhibit -- H 3, Harris 3.
 6  I'm sorry.  I'll show you.
 7    A    It would probably be in the -- oh, yeah.
 8  This one.
 9    Q    So if you look at those names, that would
10  tell you -- what do these names represent?
11    A    The individuals that were working at that
12  time that were out there.
13    Q    Okay.
14    A    I believe Paris Thompson might have been
15  on my team at that time, but I'm not sure.  At one
16  point he was, but I don't know if that date and
17  time he was.  But he's the only one that might have
18  been on my actual team that was working that day.
19    Q    Okay.  Because -- all right.  We'll go
20  through this in a few moments then.
21         What team were you on?  Was it B3 or
22  B2?
23    A    B2.
24    Q    All right.  By the way, on your team do
```

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Page 17

```
 1    Q    Okay.  And when did you find that out,
 2  which group of officers it would be?
 3    A    I can't recall.  I would assume when I
 4  found out we were doing the surgical strike with
 5  them.
 6    Q    All right.  And had you ever worked with
 7  Officer Harris prior to the day of the arrest of
 8  Reno?
 9    A    Yes.
10    Q    Okay.  So you knew who he was?
11    A    Yes.
12    Q    What about Officer Shaar, did you know
13  who he was prior to that day?
14    A    Yes.
15    Q    And was he on your team?
16    A    He was on Officer Harris's team.
17    Q    Officer Shaar?
18    A    Yeah, Officer Shaar was on Officer
19  Harris's team.
20    Q    Okay.  What about Officer Gonzalez?
21    A    Officer Harris's team.
22    Q    Okay.  So were you the only -- were you
23  the only person from your team that was working on
24  that surgical strike mission that day?
```

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Page 19

```
 1  you guys track the number of arrests that you've
 2  made over a period of time?
 3    A    I personally don't.  I don't know if the
 4  sergeant has to.
 5    Q    Do you know of the arrests that you've
 6  made or that you've been involved with personally
 7  or do you track those at all?
 8    A    I personally -- like the amount?
 9    Q    Right, how many.
10    A    I don't track mine, no.
11    Q    Have you ever looked it up, the number?
12    A    Not that I can recall.
13    Q    All right.  Has any supervisor ever
14  talked to you about the number of arrests that
15  you've participated in?
16    A    No.
17    Q    Okay.  Now, let's go to the day of Reno's
18  arrest.
19         You were working the second watch that
20  day?
21    A    Yes.
22    Q    And so you started at roughly, what, 8:00
23  or 9:00 o'clock in the morning?
24    A    I don't know my exact start time.
```

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Page 20

```
 1  Sometimes we might start early, but we're working
 2  days.  So, yeah, maybe 8:00 or 9:00 would be a good
 3  estimate.
 4      Q   Okay.  So what did you guys go out and do
 5  that day initially after -- I take it in the
 6  morning when you get to work you have a role call,
 7  is that right, and a brief --
 8      A   Yes.
 9      Q   And then you have a briefing before you
10  go out on the street?
11      A   Yeah.  Usually, you know, he'll give us
12  some areas that they want us to work within.
13      Q   Okay.  And then -- and they're telling
14  you that this is a hot spot for narcotics,
15  something to that effect; is that right?
16      A   Yeah, something sort of like that.  Yeah.
17  I mean, I don't know if it's for narcotics or maybe
18  a homicide happened there.  I'm not sure.
19      Q   You guys worked on a narcotics team, so
20  you would be focused on narcotics, is that right,
21  or am I wrong?
22      A   Yes.
23      Q   All right.  And so what would have
24  happened on this particular day -- well, not would
```

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Page 21

```
 1  have happened but what did happen on this day?  You
 2  had a briefing in the morning; is that correct?
 3      A   Yes.  The best I can recall, yes.
 4      Q   All right.  And then you're given your
 5  assignment for the day; is that how it goes?
 6      A   Yeah.  We'll usually -- I usually work
 7  enforcement, so I was working enforcement that day
 8  and then usually the sarge would, you know, say,
 9  okay, we're going to hit this area first and so on
10  and so on.
11      Q   All right.  And so when you say the sarge
12  will say "we're going to hit this area first," that
13  means referring to the area that you guys are going
14  to try to make a buy-bust; is that what he means?
15      A   Yeah.
16      Q   All right.  And then on this particular
17  day of, what day was it, March 28th I believe it
18  was -- yes, March 28th of '09 -- where did you guys
19  first go, what area of the city?
20      A   I can't recall.
21      Q   Okay.  The arrest of Reno took place in
22  the area of 79th and Essex; do you recall that?
23      A   Yes.
24      Q   Okay.  Had you hit any other areas before
```

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Page 22

```
 1  that that day?
 2      A   Yes.
 3      Q   Do you remember if you had made --
 4  because this arrest of Reno, I believe, took place
 5  after 4:00 o'clock in the afternoon; is that right?
 6      A   Yes.
 7      Q   And you would have started sometime in
 8  the morning; is that correct?
 9      A   That's correct.
10      Q   All right.  So do you recall having made
11  any other arrests that day before arresting Reno?
12      A   I don't personally recall it, no, but
13  I -- I'm pretty sure that we did.  I just don't
14  remember it.
15      Q   Okay.  Do you remember -- okay.  Do you
16  remember what areas of the city you went to prior
17  to going to the vicinity of 79th and Essex?
18      A   No.
19      Q   Okay.  Do the same group of guys that
20  participated in the arrest of Reno, was it the same
21  group of guys that were working together earlier
22  that day as well or did it change over the course
23  of the day?
24      A   I don't really recall.  I'm assuming it
```

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Page 23

```
 1  is, yes.
 2      Q   So you're usually an enforcement officer
 3  you said?
 4      A   Yeah, most of the time.
 5      Q   And describe to me -- in the context of a
 6  surgical strike mission describe to me what your
 7  responsibilities are.
 8      A   Foremost is just for safety, want to be
 9  in the area in case anything happens, anything goes
10  wrong with the buy officer, such that, and then
11  also to detain individuals for identification
12  purposes and taking them into custody.
13      Q   All right.  And would that responsibility
14  also include recovering any 1505 funds if they're
15  used or trying to recover 1505 funds if they're
16  used?
17      A   Yes.
18      Q   Okay.  So on this particular day of
19  March 28th, at some point in time you found out
20  that you were going to try and do a buy-bust in the
21  vicinity of 79th and Essex; is that right?
22      A   Yes, that's correct.
23      Q   So once you found that out, that would
24  have been toward the end of your shift that day; is
```



Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Page 24

```
 1  that correct?
 2       A    Usually when we first started doing
 3  these, sometimes we would work all day.  So, I
 4  mean, it would -- on my normal shift it would be,
 5  but we might keep on going.  I don't know, you
 6  know.
 7       Q    Okay.  Did you -- did you make -- did
 8  you -- after you were done with the paperwork for
 9  Reno that day, did you go out and try and do any
10  other buy-busts on that particular day?
11       A    I don't believe so.
12       Q    All right.  And if you do work over
13  your -- if you do work over your normal time, you
14  would be working overtime; is that right?
15       A    Yes, that's correct.
16       Q    All right.  And you would get paid
17  overtime for that time; is that how that would
18  work?
19       A    Yeah, either paid or you would accrue
20  compensatory time.
21       Q    Right.  Okay.  So for Reno, when you
22  first got information that you were going to try
23  and do a buy-bust, your team was, or your surgical
24  strike mission team was going to try and do this
```

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Page 25

```
 1  buy-bust in the vicinity of 79th and Essex, when
 2  you found that out what did you do?
 3       A    I relocated over to the area.
 4       Q    Okay.  And when you located over to the
 5  area, did you have somebody in your car with you?
 6       A    Yes.
 7       Q    And who was that?
 8       A    Officer Shaar.
 9       Q    All right.  And you said you had worked
10  with him before?  I'm sorry.  I forgot if I asked
11  you that.
12       A    Yes.
13       Q    All right.  And you guys were in an
14  undercover capacity?
15       A    We were plainclothes, unmarked car and
16  plates.
17       Q    All right.  Do you remember -- so you had
18  M plates?
19       A    Yes.
20       Q    All right.  So that's not quite -- that's
21  not quite undercover, then?
22       A    No.
23       Q    Why do they do that; do you know?
24       A    We're enforcement, so...
```

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Page 26

```
 1       Q    You can do that, then?
 2       A    Yeah.
 3       Q    All right.  So when you say you relocated
 4  to the area, do you remember where you relocated
 5  to, which street?
 6       A    Not the exact streets, no.
 7       Q    Wherever it was that you relocated to,
 8  were you able to visually see the intersection of
 9  79th and Essex?
10       A    No.
11       Q    And so then when you relocated to
12  wherever it was, it would have been within less
13  than a minute from the intersection of 79th and
14  Essex by car?
15       A    Yeah.  I usually try to place myself
16  about two to three, maybe four blocks away.
17       Q    All right.  And then you're in
18  communication through your Nextel phone?
19       A    Yes.
20       Q    With the other officers on your mission?
21       A    Yes.
22       Q    And then -- and did you have an
23  understanding that day by the time you got to the
24  vicinity of 79th and Essex who the buy-bust officer
```

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Page 27

```
 1  was going to be and who the surveillance officer
 2  was going to be?
 3       A    No.
 4       Q    When do you find that out?
 5       A    I guess as it -- I'm not sure about that
 6  day.  Usually a buy officer will say he wants to go
 7  through or be told to go through.  As for
 8  surveillance, it depends on where the target goes
 9  as to who is going to be the primary surveillance
10  officer.
11       Q    Okay.  Well, on this particular day
12  before you got to the area of 79th and Essex did
13  you know who the target was?
14       A    No.
15       Q    When did you find out who the target was?
16       A    I guess -- I'm really not sure.  I don't
17  know.
18       Q    All right.  At any rate, at some point
19  when you get to the vicinity of 79th and Essex --
20  were you driving that day or your partner?
21       A    I believe I was driving.
22       Q    All right.  And then when you get to that
23  area you monitor the radio, I take it; is that
24  right?
```

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Page 28

1  A  Yeah, that's right.
2  Q  And you knew when you got there that some
3  buy officer was going to try and make a buy in that
4  area somewhere; is that right?
5  A  Well, usually we'll set up and
6  surveillance will watch the area and see if there's
7  any activity.
8  Q  Okay. And then he'll inform you over the
9  radio of that if he sees it; is that correct?
10  A  Yes, that's correct.
11  Q  Okay. So when you got to that area, what
12  did you hear about activity, if anything, before
13  you actually went in to make a detention?
14  A  I don't specifically recall. What I do
15  recall is an individual in the area, a description
16  was given out.
17  Q  Do you recall anybody describing what the
18  individual was doing?
19  A  I personally don't remember.
20  Q  Okay. Do you recall hearing -- I'll be a
21  little more pointed.
22      Do you recall hearing if the
23  surveillance officer -- and it was Gonzalez,
24  correct?

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Page 29

1  A  Yes.
2  Q  Do you recall hearing Gonzalez say he
3  observed any criminal activity by this individual
4  before the actual buy was made?
5  A  I don't recall.
6  Q  So let's work backwards, then.
7      At some point in time you heard that
8  you were supposed to go detain an individual and
9  you got a description of that individual; is that
10  right?
11  A  Yes, that's correct.
12  Q  Okay. In connection with that what did
13  you hear? What were you told?
14  A  I don't understand.
15  Q  What were you told over the radio that
16  prompted you to go -- eventually you went to the
17  intersection of 79th and Essex --
18  A  Yes.
19  Q  -- and made a detention; is that right?
20  A  Yes.
21  Q  All right. So what were you told that
22  prompted you to do that?
23  A  Oh. I heard Officer Harris say that it
24  was a positive narcotics transaction.

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Page 30

1  Q  And you heard this over the radio; is
2  that right?
3  A  Yes.
4  Q  Okay. And did he give you a description
5  of where exactly that took place?
6  A  Either him or Officer Gonzalez did.
7  Q  Okay.
8  A  I can't remember who.
9  Q  Whichever one did, what were you told
10  exactly of where it took place?
11  A  I wasn't told exactly where it took
12  place. I was told where the individual was.
13  Q  Okay. And what were you told about that?
14  A  I was told that he entered a store on
15  the -- I think it was the southwest corner right
16  there.
17  Q  Okay. Of 79th and Essex?
18  A  Yes.
19  Q  Were you told what kind of store it was?
20  A  No.
21  Q  All right. And were you given a
22  description of the guy that you were supposed to
23  detain?
24  A  Yes.

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Page 31

1  Q  And what was the description that you
2  were given?
3  A  Male black, black clothing. I remember
4  the thing that sticks out most is he had black
5  pants on with orange like piping on the -- or
6  design on the pants.
7  Q  Like you mean stitching?
8  A  It could be stitching or like -- you
9  know, like an accent by the pockets of something
10  like heavy like (indicating), you know.
11  Q  Okay. And were you told -- and were you
12  given information over the radio either by Harris
13  or Gonzalez that he had -- that Harris had
14  purchased narcotics with two five dollar bills?
15  A  Yes, at some point.
16  Q  And you would have been told that it was
17  marked funds, 1505 funds?
18  A  Yes.
19  Q  Before you got there?
20  A  Not before. Maybe -- not usually before.
21  Usually we'll -- after we -- after we have a
22  positive ID we'll ask him what he used and the
23  serial numbers or he'll give us a list of serial
24  numbers, but he'll tell us exactly which ones he

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Page 32

```
1   used.
2       Q    And did you get that information on this
3   day of the arrest of Reno?
4       A    I'm assuming I did, yes.
5       Q    Because that would have been your
6   practice to get it?
7       A    Yes.
8       Q    All right.  And then when you got the
9   information that Harris had bought some narcotics
10  at I think you said the southwest corner of 79th
11  and Essex?
12      A    I don't know where he bought it at.  I
13  just know where the target went into.
14      Q    Okay.  But then he went into a store at
15  the southwest corner, right?
16      A    Yes.
17      Q    All right.  So what did you do when you
18  heard that information?
19      A    We relocated to the area.
20      Q    Okay.  Which would be 79th and Essex; is
21  that correct?
22      A    Yes.
23      Q    And then once you relocated to that area,
24  then what was the next thing that you did?
```

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Page 33

```
1       A    We entered the store.
2       Q    That was at the southwest corner of 79th
3   and Essex?
4       A    Yes.
5       Q    All right.  And when you entered the
6   store what kind of store was it?
7       A    I really don't recall.
8       Q    Okay.  Do you recall if it was a
9   convenience store as opposed to something else?
10      A    It wasn't a convenience store.  It didn't
11  have like shelves and a lot of stuff.  It was
12  fairly open.
13      Q    Do you know what kind of stuff they sold
14  in there?
15      A    There wasn't stuff out on shelves.  There
16  was just a counter right there.  I don't remember.
17  I wasn't really paying attention to that per se.
18      Q    Okay.  So when you got there, when you --
19  you parked your car near that intersection, I take
20  it; is that right?
21      A    Yes.
22      Q    And then you and your partner both walked
23  in -- you and Officer Shaar both walked into the
24  store on the corner, southwest corner; is that
```

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Page 34

```
1   right?
2       A    Yes.
3       Q    Okay.  So tell me what you observed when
4   you walked in.
5       A    When I first entered I saw an individual
6   that matched the description at the counter, and
7   then I observed two individuals behind the counter.
8       Q    Okay.  And describe the two individuals
9   that were behind the counter.
10      A    I just remember a male and a female.
11      Q    What race?
12      A    I couldn't tell you.
13      Q    Do you have an approximate age?
14      A    No.  They weren't very old.  That's all I
15  can basically remember.
16      Q    And you don't know if they were black,
17  white, or Asian or something different?
18      A    No, I don't.
19      Q    All right.  And then you said you saw
20  somebody that matched Reno's description in there;
21  is that right?
22      A    The description given, yes.
23      Q    All right.  And where was he standing in
24  the store when you walked in?
```

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Page 35

```
1       A    He was standing up at the counter.
2       Q    And what was he doing when you walked in?
3       A    I don't recall.
4       Q    Okay.  What did you do when you walked
5   in?
6       A    We looked around the store.
7       Q    And did what?
8       A    Approached the individual.
9       Q    Okay.  So it was just -- other than you
10  and Officer Shaar, it was just the other three
11  individuals in the store then; is that correct?
12      A    Yes.
13      Q    And you said there were no shelves in the
14  store?
15      A    Not that I remember, no.  I remember when
16  I walked in it was pretty open.  There was like a
17  counter there and there was like some sort of like
18  electric like vending machine or something to my
19  left (indicating).
20      Q    Okay.  And the counter was to your right
21  or straight ahead or where?
22      A    When you walked in I think it was in
23  the -- if I remember correctly, the southwest
24  corner of the store.
```

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Page 36

```
1    Q    Okay.  Was there a cash register there?
2    A    I believe there was.
3    Q    And so you walked in, you looked around,
4    and then you approached Reno; is that right?
5    A    Yes.
6    Q    Okay.  And what did you -- who talked
7    when you approached Reno?
8    A    I really don't recall.
9    Q    Well, what was said generally when you
10   guys approached Reno?
11   A    Generally we would just ask him to come
12   here, ask him his name, stuff like that.
13   Q    And was he cooperative or uncooperative
14   when you saw him?
15   A    He was cooperative.
16   Q    Okay.  And so you would have asked his
17   name, he would have responded, that sort of thing?
18   A    Yeah, usually.  Yeah.
19   Q    Okay.  And did you identify yourselves?
20   A    Not verbally.
21   Q    Did you identify yourselves in any
22   fashion?
23   A    Exposed badge.
24   Q    Okay.  And when you did that, did Reno
```

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Page 37

```
1    make any sort of reaction to that?
2    A    At what point?
3    Q    When you identified yourselves by
4    exposing your badge.
5    A    No.
6    Q    All right.  So after you showed him your
7    badge and you asked him -- I take it it was at that
8    point you asked him his name and so forth?
9    A    Yeah.
10   Q    All right.  And then he -- he was
11   cooperative in responding to your questions?
12   A    Yes.
13   Q    Okay.  And then what happened?
14   A    We asked him to -- we kind of like looked
15   around his immediate area, and then we -- we exited
16   the store and asked him to follow.
17   Q    Okay.  Did you tell him why you were
18   asking him to exit the store?
19   A    Not at that time, no.
20   Q    Okay.  Did you mention any -- while you
21   were still in the store, did you mention anything
22   to him in connection with the fact that you were
23   either investigating him in connection with a
24   narcotics transaction or that you were arresting
```

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Page 38

```
1    him for that or anything related to that?
2    A    No.
3    Q    All right.  And when you asked him to
4    exit -- you asked him to exit with you out of the
5    store; is that right?
6    A    I believe so, yeah.
7    Q    Or something to that effect?
8    A    Yeah.  At some point he was outside the
9    store with us, so I'm assuming that we asked him to
10   walk outside with us.
11   Q    Did you place him in handcuffs before you
12   asked him to exit the store?
13   A    I don't recall.
14   Q    All right.  Was he cooperative in exiting
15   the store with you?
16   A    Yes, I believe he was.
17   Q    All right.  And then when you exited the
18   store with him -- had you searched him by the time
19   you exited the store?
20   A    I believe we probably made a -- done a
21   protective pat-down at first, but I'm not sure -- I
22   don't think we did a full search.
23   Q    All right.  So when you got him outside
24   the store, what was the next thing that you did?
```

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Page 39

```
1    A    We talked with him until at some point we
2    got a confirmation for a positive ID.
3    Q    All right.  Well, how long were you in
4    the store with him for before you went outside with
5    him roughly?
6    A    Maybe two, three minutes.
7    Q    All right.  And did you radio somebody to
8    tell -- to tell your other officers that were
9    nearby that you had detained him and you were going
10   to be outside the store with him?
11   A    I personally did not go over the radio
12   with it, no.
13   Q    Do you know if Officer Shaar did?
14   A    I don't think so.
15   Q    So maybe Officer Gonzalez would have done
16   that; is that your understanding of how it would
17   have worked?
18   A    Yeah, usually the surveillance will say
19   that they're bringing him out, you know.
20   Q    Because he can see it?
21   A    Yes.
22   Q    All right.  And so while you were
23   standing outside with Reno were you having any more
24   conversation with him?
```

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Page 40

```
 1    A    Yes.
 2    Q    And what was that conversation?
 3    A    I don't recall the exact conversation.
 4    Q    In any conversation that you had with
 5  Reno did he admit to any criminal activity?
 6    A    No.
 7    Q    And then did you -- did you tell Reno
 8  when you got him outside the store why it was that
 9  you were asking him to follow you outside the
10  store?
11    A    No.
12    Q    All right.  And so at some point in time
13  shortly after you got outside the store there was a
14  positive ID made; is that what you said?
15    A    Yes.
16    Q    Okay.  And how long did that take for
17  that to happen once you got outside the store?
18    A    Approximately maybe a few minutes.
19    Q    And that was done by Officer Harris
20  driving by?
21    A    Yes.
22    Q    Okay.  And how did he inform you of the
23  ID or how were you informed of it?
24    A    Over the air.
```

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Page 41

```
 1    Q    And who informed you of it?
 2    A    Officer Harris.
 3    Q    So you would have been listening to your
 4  radios at that point?
 5    A    Yeah.  We -- yeah.
 6    Q    Okay.  So -- and how long were you
 7  outside the store for once he made that ID again?
 8  I'm sorry.
 9    A    Approximately two minutes maybe.
10    Q    All right.  And then once -- so from the
11  time that you made visual contact with Reno inside
12  the store to the time that the ID -- that you were
13  informed the positive ID happened would have been
14  four to five minutes or so at the most?
15    A    Approximately.  I really -- it's so long
16  ago it's hard to tell.  I'm just giving an
17  approximate, but, yeah, maybe.
18    Q    I understand.
19         So once you heard that there was a
20  positive ID, what was the next thing that you did
21  in connection with Reno?
22    A    He was placed into custody.
23    Q    And did you tell him why he was placed
24  into custody?
```

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Page 42

```
 1    A    I don't recall if it was at that point or
 2  not.
 3    Q    Okay.  And did he ask why he was being
 4  placed into custody?
 5    A    I can't recall specifically if he did or
 6  not.
 7    Q    Okay.  So I take it once you got the
 8  positive ID, you did a more complete pat-down of
 9  him?
10    A    Yes.
11    Q    And you got his wallet at that time?
12    A    I don't recall what was on him.
13    Q    All right.  Well, would it have been your
14  practice to see what money he had on him?
15    A    Yes.
16    Q    All right.  And do you remember what
17  money he had on him, if anything?
18    A    I don't recall if he had money on him or
19  not.
20    Q    But you would have been looking for the
21  1505 funds?
22    A    Yes, that's correct.
23    Q    Okay.  And you didn't find them on him,
24  did you?
```

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Page 43

```
 1    A    No.
 2    Q    Okay.  Did you go into the store to see
 3  if they were there?
 4    A    I believe we did, yeah.
 5    Q    And did you talk -- and what did you do
 6  to see if they were there when you went inside the
 7  store?
 8    A    I believe we just looked around to see
 9  maybe if he would have put them somewhere.
10    Q    Okay.  Was it -- did you go into the
11  store -- this was after he had been arrested that
12  you went back into the store?
13    A    I believe we did go back in the store
14  afterwards, yes.
15    Q    All right.  And then did you look around
16  to see if he was hiding any other narcotics in the
17  store somewhere?
18    A    I assume we would have looked, yes.
19    Q    Do you remember looking or you're just
20  assuming?
21    A    I remember looking briefly in the area,
22  but I don't know who went into the store
23  afterwards.
24    Q    Okay.  Well, was it your understanding by
```

1   the time -- by the time you had detained Reno
2   outside the store after you have put him in
3   handcuffs, was it your understanding by that time
4   of the details of the buy that Officer Harris had
5   made?
6       A    What details?
7       Q    That he had given Reno two five dollar
8   bills, that Reno had walked back into the store and
9   then come out of the store with a baggy, those
10  details.
11      A    Not specifically. I know that he was
12  tendered 1505 funds.
13      Q    And did you happen to -- well, you found
14  Reno in the store; is that right?
15      A    Yes.
16      Q    Okay. And it was your understanding that
17  he sold narcotics to Officer Harris; is that
18  correct?
19      A    Yes.
20      Q    Okay. And you didn't find any narcotics
21  on Reno; is that right?
22      A    That's correct.
23      Q    Okay. And so you would have -- would you
24  have been interested to see if he had more

1   narcotics stashed nearby?
2       A    Yes.
3       Q    What did you do to search for more
4   narcotics, if anything?
5       A    Which, Mr. Reno or in the store?
6       Q    Both.
7       A    The store we would just look around the
8   common areas where he might have gone. For him we
9   checked his pockets, shoes, socks.
10      Q    Okay. So you checked around the common
11  areas of the store; is that right?
12      A    Yes.
13      Q    As well as Mr. Reno; is that correct?
14      A    Yes.
15      Q    Okay. And then did you talk to the
16  store -- the other people that were working in the
17  store about Mr. Reno?
18      A    I don't recall if I did or Officer Shaar
19  did.
20      Q    I take it it would have been your
21  practice, though, to ask them some questions about
22  Mr. Reno; is that a fair statement?
23      A    Yes.
24      Q    And you would have wanted to know if they

1   saw any narcotics or anything like that?
2       A    Yes.
3       Q    And you would have asked that; would that
4   be correct?
5       A    More than likely, yes.
6       Q    All right. Did you ask them if he
7   purchased anything in the store?
8       A    I believe we did, yes.
9       Q    Okay. Did you ask -- do you remember
10  what their answer was?
11      A    I don't recall.
12      Q    Okay. Did you ask to look at the money
13  in the cash register to see if any of the funds in
14  the register matched the 1505 funds that Officer
15  Harris had said he used?
16      A    I don't recall.
17      Q    Okay. Do you remember if the people in
18  the store were cooperative or uncooperative with
19  anything that was going on with you guys?
20      A    They were fairly cooperative, but they
21  didn't -- you know, very short answers.
22      Q    All right. Did you -- do you recall
23  forming some opinion as to -- let me back up a
24  little bit.

1            By the time you exited the store the
2   second time after Reno had been detained, did you
3   form some opinion as to what had happened to the
4   1505 funds?
5            MS. BENSON: Objection to form.
6   BY MR. FOX:
7       Q    You can answer.
8       A    Yeah. I mean, they were put somewhere.
9   I just don't know where.
10      Q    When you -- let me back up a second.
11           When you first walked into the store
12  and you made your initial observations, your first
13  observations of Reno, did he make any furtive
14  movements that you observed?
15      A    Not that I recall, no.
16      Q    Okay. Was there anything that led you to
17  believe that he was -- that the people -- that the
18  other two people that were in the store were
19  somehow involved in the narcotics activity with
20  Reno?
21      A    No. I know in my past experiences that
22  people would go in and exchange money with
23  businesses.
24      Q    Okay. So based on your past experience

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Page 48

1  you wouldn't want to see the money that was in the
2  register to see if it matched the serial numbers of
3  the 1505 funds?
4      A    If they purchased something, yes.
5      Q    All right. But you don't recall if you
6  did that or not in this case?
7      A    I don't recall, no.
8      Q    Did you get the names at any time of the
9  folks that were working in the store?
10     A    Not that I can recall, no.
11     Q    Okay. All right. Was there a -- did you
12 observe a back door to the store that somebody
13 could have run in and out of while you were there?
14     A    I personally did not observe a back door.
15     Q    All right. Had anybody told you, either
16 Gonzalez, the surveillance officer, or anybody
17 else, anybody tell you that it appeared that Reno
18 was working with somebody else in selling
19 narcotics?
20     A    Not that I recall.
21     Q    Did you observe Reno committing any
22 crimes yourself?
23     A    No, I did not.
24     Q    Okay. And other than the -- other

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Page 49

1  than -- you know, Officer Harris informed you of a
2  buy that he made from Mr. Reno; is that correct?
3      A    Yes, that's correct.
4      Q    Other than that buy that you were
5  informed of that Officer Harris made from Reno,
6  were you informed of any other hand-to-hand
7  transactions that Reno might have been involved in
8  that were observed that day?
9      A    Not that I can recall.
10     Q    All right. In other words, let me -- I
11 don't think that question came out very clearly.
12 Let me ask it -- like, for example, did Officer
13 Gonzalez inform you over the radio that he observed
14 other hand-to-hand transactions involving Mr. Reno
15 before Officer Harris came by?
16     A    I don't recall.
17     Q    All right. So once -- and I'm going to
18 direct your attention again back to when you've
19 handcuffed Mr. Reno after the positive ID is made.
20 I take it you handcuffed him after that was made;
21 is that correct?
22     A    Yes, that's correct.
23     Q    Did you ask Mr. Reno anything to the
24 effect of where's the money, where's the money that

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Page 50

1  you were just paid for the narcotics?
2      A    I don't recall.
3      Q    All right. Do you recall if your partner
4  did?
5      A    I don't recall.
6      Q    All right. And then after -- after you
7  were -- the positive ID was made and you handcuffed
8  Mr. Reno, what was the next thing you did with him?
9      A    We transported him to Area 2.
10     Q    All right. And then when you transported
11 him to Area 2, what was the next thing -- what was
12 the next thing you -- well, let me back up.
13          On the way to Area 2 with Mr. Reno --
14 he was transported in your vehicle?
15     A    Yes, I believe so.
16     Q    Okay. Was there any conversation that
17 you recall with him in your vehicle on the way
18 there?
19     A    Not that I can recall, no.
20     Q    Okay. Let me ask this: Did -- in your
21 presence did Mr. Reno say anything that was
22 incriminating that entire day that he was in your
23 presence?
24     A    No.

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Page 51

1      Q    And after you got him to Area 2, what was
2  the next thing you did in connection with the
3  arrest of Reno?
4      A    We brought him up and secured him in an
5  interview room on the second floor.
6      Q    Okay. And then did you see any of the
7  other officers that were involved in your mission
8  at that time?
9      A    Yes.
10     Q    And who did you see?
11     A    I saw Officer Harris, Officer Shaar,
12 Officer Gonzalez, and the rest of the teammates
13 that I was working with.
14     Q    Okay. And so what did you do at that
15 point?
16     A    At that point -- I don't recall exactly.
17 I know at one point I inventoried the narcotics.
18     Q    And who did you get them from?
19     A    Officer Harris.
20     Q    Okay. What did he give you?
21     A    He gave me one clear plastic knotted bag
22 containing suspect crack cocaine.
23     Q    Okay. And then once you got that it was
24 your job to inventory it?

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Page 52

1    A    Yes.
2    Q    And how do you go about doing that?
3    A    After I receive the property from him, I
4    put it into a plastic narcotics evidence bag and
5    heat-seal it.
6    Q    All right. And then you write
7    information on that bag, I take it, is that right,
8    about the -- there's lines you fill out, right, on
9    the bag?
10   A    Yes, that's correct.
11   Q    Okay. And among other things you
12   write -- what do you write on those lines?
13   A    The RD number, the person who found it, a
14   description of it, I think court date, defendant
15   information.
16   Q    And also you get an inventory number,
17   correct?
18   A    Yes, that's correct.
19   Q    Okay. And where do you get that from?
20   A    You place -- you do it on the computer.
21   You inventory it, and then when you're done it
22   gives you an inventory number.
23   Q    Okay. And then you write the inventory
24   number down on the bag, the evidence bag?

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Page 53

1    A    Yes.
2    Q    Okay. And then you also prepare an
3    inventory sheet, correct?
4    A    It's already prepared like. You just
5    print it out when it's approved.
6    Q    Okay. You type the information in the
7    computer in the fields for the inventory sheet; is
8    that right?
9    A    Yes.
10   Q    Okay. And that gives you the inventory
11   number?
12   A    Yes.
13   Q    Okay. And then -- and did you do that?
14   A    Yes, I did.
15   Q    All right. And when I say "you," as
16   opposed to Officer Shaar or as opposed to anybody
17   else?
18   A    No, I did the inventory.
19   Q    All right. And then what other reports,
20   if any, did you write in connection with this
21   arrest?
22   A    I don't believe I wrote any of the other
23   reports. I think I just inventoried it.
24   Q    All right. So let's go through some of

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Page 54

1    these documents.
2    A    Okay.
3    Q    We'll just use the same numbers and so
4    forth. I just want to start at the beginning.
5         MS. BENSON: The arrest report is turned
6    over over there (indicating).
7         MR. FOX: Because I didn't mark it,
8    right. I'm going to mark it for this one.
9         So I'm going to show you the arrest
10   report, and then we'll mark this as Hoffman 1, all
11   right?
12        So why don't you do that now.
13            (Whereupon the document was
14             marked Hoffman Exhibit No. 1
15             for identification as of
16             08/03/2011.)
17   BY MR. FOX:
18   Q    You recognize this arrest report?
19   A    Yes.
20   Q    You did not write this, though; is that
21   correct?
22   A    That's correct.
23   Q    All right. And then do you know who
24   wrote this?

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Page 55

1    A    To the best of my knowledge, it was
2    Officer Hughes.
3    Q    So who is Officer Hughes; do you know
4    him?
5    A    Yes, I do.
6    Q    And who is he?
7    A    He's another police officer in our unit.
8    Q    He was not -- was he involved in the
9    arrest in some fashion?
10   A    I don't know what involvement he had.
11   Q    Okay. Do you know why he wrote this
12   report?
13   A    I'm not sure.
14   Q    He was not present or was he present when
15   the arrest was made to your knowledge?
16   A    I don't recall.
17   Q    Okay. Do you recall seeing him -- he
18   didn't ride in the same car with you that day, did
19   he?
20   A    No.
21   Q    It was just you and Officer Shaar; is
22   that right?
23   A    Yes.
24   Q    All right. Okay. I want to look at --

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Page 56

1   I'm going to turn to your inventory report. This
2   was marked as exhibit -- Harris Exhibit 2.
3       A   Okay.
4       Q   And that is your inventory report; is
5   that right?
6       A   Yes.
7       Q   I know it's not the best copy in the
8   world, but it's the only one we got.
9           And this information you filled out on
10  here where it indicates recovered from Michael
11  Reno?
12      A   Yes.
13      Q   That sort of thing; is that correct?
14      A   Yes, that's correct.
15      Q   All right. When you guys -- when you
16  fill this out -- when you fill out the inventory
17  report, what do you do with it after you fill it
18  out?
19      A   Once it's printed from the computer, you
20  get an inventory copy, a court copy. The inventory
21  copy gets stapled onto the property bag and then
22  deposited in the safe, narcotics safe.
23      Q   And then what about -- you said there
24  was -- how many copies print out from the computer?

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Page 57

1       A   We usually do an inventory copy and a
2   court copy.
3       Q   Okay. So the court copy, what do you do
4   with the court copy?
5       A   Court copy goes with all the paperwork to
6   court.
7       Q   Okay. And when you say "all the
8   paperwork," you're talking about the case report
9   and the arrest report and so forth?
10      A   Yes.
11      Q   Okay. And in this case when you got the
12  court copy what did you do with it? You print out
13  the court copy. What did you do with it
14  physically?
15      A   I'm assuming I put it in the pack, in the
16  pack to go down with the complaints and all that.
17      Q   Okay. And then the inventory number that
18  you see here in the upper right corner?
19      A   Yes.
20      Q   Do you write that number down on anything
21  else, like any scratch piece of paper or anything?
22      A   Yes.
23      Q   Who does that?
24      A   Usually -- I mean, it's no set thing, but

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Page 58

1   usually we have a sheet with the information on it
2   so everyone has the same information about what
3   happened and we usually write it on there, either
4   me or someone asks me what it is and we'll write it
5   on there. I don't -- I don't remember if I wrote
6   it somewhere or not.
7       Q   And was there a scratch sheet with all
8   the numbers written on it in this case; do you
9   know?
10      A   I'm pretty sure there was, yes.
11      Q   Okay. Do you know who wrote it?
12      A   That I can't tell you. I don't know.
13      Q   All right. Did you have any conversation
14  with -- back at the police department with anybody
15  in connection with not being able to recover the
16  1505 funds?
17      A   Not that I recall.
18      Q   Did anybody -- did your supervisor or
19  anybody ask you about what happened with it or
20  anything like that?
21      A   Not that I can recall.
22      Q   Okay. Did you have any concerns as a
23  police officer about not having found the 1505
24  funds?

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Page 59

1       A   It happens. I mean, I -- I -- you know,
2   a lot of times sometimes we don't get them, so...
3       Q   Okay. Directing your attention back to
4   the scene where you made the arrest of Reno but
5   before you did the detention of him.
6       A   Okay.
7       Q   While you're still in the car waiting to
8   hear information about it, how long were you
9   sitting in your car for before you received the
10  information that you should go detain him roughly?
11      A   I don't recall exactly, but we usually
12  give them a fair amount of time. A little bit.
13  Maybe around five to ten minutes.
14      Q   So you're sitting there for five to ten
15  minutes before you what?
16      A   Before our sergeant will tell us to go
17  in. We're directed by a sergeant.
18      Q   Okay. So when you're directed by a
19  sergeant, do you go right away once you're directed
20  by a sergeant?
21      A   Yes.
22      Q   And in this case you're about a minute
23  away or so; is that right?
24      A   Yes.

1   Q   Okay. But you were able -- you monitored
2   the radio during the time that you were -- that you
3   were sitting in your car; is that right?
4   A   Yes, that's correct.
5   Q   Okay. And you could hear -- and you
6   could hear Officer Harris on the radio as well as
7   Officer Gonzalez; is that right?
8   A   Yes.
9   Q   Okay. And so you would have heard
10  Officer Harris announce that he's -- words to the
11  effect that he's made the buy or that he's leaving
12  the scene or something to that effect?
13  A   Yes.
14  Q   And you would have heard Gonzalez,
15  Officer Gonzalez, describing what he was observing;
16  is that right?
17  A   Yes.
18  Q   Okay. So here's my question, then: At
19  some point in time Officer Gonzalez was over the
20  radio describing what he was observing in
21  connection with the buy?
22  A   Yes.
23  Q   How much time elapsed from when you heard
24  Officer Gonzalez describing that until the time

1   that you actually went and made visual contact with
2   Reno?
3   A   It's really hard to say. Like I said,
4   from -- are you talking about when Officer Gonzalez
5   called out the -- the narcotics transaction or
6   afterwards?
7   Q   When he called out the -- when he called
8   out the narcotics transaction that means he's
9   observing a transaction; is that right?
10  A   Yes.
11  Q   Okay. So when he calls out the narcotics
12  transaction, how much time elapsed from that point
13  to the time that you went and actually made visual
14  contact roughly?
15  A   I would say maybe five to ten minutes.
16  Q   All right. Now I'm going to direct your
17  attention back to the police department and just go
18  through a couple of these other reports.
19      Before I do that, when you -- when you
20  were in the vicinity of 79th and Essex that day did
21  you observe other individuals walking around there?
22  Citizens, laypeople, not police officers.
23      MS. BENSON: I'm going to object to form,
24  the time frame when he's around 79th and Essex.

1   BY MR. FOX:
2   Q   Okay. At the point in time that you went
3   over there in connection with the surgical strike
4   mission that led to the arrest of Reno, did you
5   observe other citizens in the area just walking
6   around?
7       MS. BENSON: Objection; still form. He's
8   a block or two away. Are you talking right at the
9   intersection of 79th and Essex or are you talking
10  where he's situated two to four blocks away?
11      MR. FOX: That's fair.
12  BY MR. FOX:
13  Q   Were you able to -- I forget what you
14  said. Were you able to see the intersection from
15  where you were situated of 79th and Essex?
16  A   Before we got called in, no.
17  Q   Okay. But at the point in time that you
18  get called in and you're able to see the
19  intersection, from that point on when you're able
20  to see the intersection of 79th and Essex did you
21  see other citizens walking around the area?
22  A   I don't recall.
23  Q   All right. All right. What color was
24  the baggy that Officer Harris gave you with the

1   narcotics in it?
2   A   It was a clear plastic knot.
3   Q   I'm sorry?
4   A   Clear plastic knotted.
5   Q   Okay. And was it a single baggy or was
6   it a baggy wrapped within a baggy; do you remember?
7   A   I don't remember.
8   Q   And, by the way, you searched Reno -- you
9   or Officer Shaar searched Reno, correct?
10  A   Yes.
11  Q   Would you -- did you create a property
12  report for the things you recovered from him?
13  A   I don't recall -- if they were
14  inventoried we would have, but I don't recall what
15  he had on him.
16  Q   Okay. If he did have things on him, you
17  would have -- would you have recorded it? Would
18  you have inventoried it?
19  A   If it was the things that he couldn't
20  take back into lockup, yes.
21  Q   Would that include money?
22  A   No, he could take money into lockup.
23  Q   Okay. His wallet, too, he could take
24  that into lockup?

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Page 64

1  A   No, not his wallet.
2  Q   Okay. Do you remember if he had a wallet
3  on him?
4  A   I don't recall.
5  Q   And keys, you would inventory that if he
6  had that on him, too; is that correct?
7  A   No, they can take keys into lockup.
8  Q   All right. Do you recall if there was an
9  inventory report prepared for things that were
10 recovered, if anything, from Reno?
11 A   I don't recall.
12 Q   Okay. Are you aware of the fact that
13 there's two different inventory numbers for the
14 narcotics that are listed, one on the inventory
15 report you have in front of you and then a
16 different number on some of the arrest reports and
17 other reports that were generated?
18 A   Yes.
19 Q   Okay. Do you know how that happened?
20 A   I don't know exactly how it happened,
21 no.
22 Q   All right. Okay. At any time that day
23 did you call in to dispatch to report the fact that
24 you had made an arrest of Reno?

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Page 65

1  A   Yeah, at some point. I did it -- I don't
2  know if I did it, but yes.
3  Q   Either you or Officer Shaar probably
4  would have; is that probably true?
5  A   Or another team member.
6  Q   But somebody would have to call in and
7  report it so you can get an RD number; is that how
8  you would do it?
9  A   That's correct.
10 Q   Okay. And do you recall if you or
11 anybody else to your knowledge did a LEADS
12 inquiry or a CLEAR check in connection with Reno
13 that day?
14 A   I don't particularly remember, no.
15 Q   Okay. Would it be your practice to do
16 that for arrestees?
17 A   Yes.
18 Q   When do you usually -- what is your
19 practice as to when you do that with arrestees?
20 A   Usually once we get their name we
21 identify exactly who they are and it's the
22 correct -- you know, the name they're giving to
23 who they are, then usually you would run them on
24 LEADS.

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Page 66

1  Q   Okay. Would that be back at the police
2  station or still while you're out in the field?
3  A   Police station.
4  Q   And would you do any CLEAR inquiries for
5  him routinely?
6  A   We would do an investigative alert check,
7  and then, I mean, to pull the picture up I believe
8  you go onto CLEAR to pull the picture up.
9  Q   Okay. Well, this picture on this arrest
10 report would have been from his booking photo for
11 this arrest, correct?
12 A   Yes, that's correct.
13 Q   All right. I'm just about done.
14     And when you were in the presence of
15 Reno did he appear to be under the influence of
16 anything based on what you observed?
17 A   Not that I can recall.
18 Q   All right. Okay. I'm going to show you
19 what's been marked as Exhibit 8, Harris Exhibit 8.
20     Do you recognize this document?
21 A   Yes.
22 Q   Okay. Did you fill out this particular
23 one that you have in front of you?
24 A   No.

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Page 67

1  Q   This would have been Officer Shaar that
2  did that?
3  A   I can't tell. I know it's not my
4  handwriting.
5  Q   Okay. Were you present during a
6  debriefing of Reno?
7  A   No, I was not.
8  Q   All right. Because it says
9  interviewing -- did you interview him? You're
10 listed as an interviewing officer here, do you see
11 that, on the bottom right?
12 A   Yes.
13 Q   Were you present during an interview of
14 him that you recall?
15 A   No.
16 Q   All right. It says on this sheet that --
17 I know you didn't write it, but I'm just going to
18 ask you if you know. It says his nickname was
19 Tubbs, T-u-b-b-s; do you see that?
20 A   Yes.
21 Q   Do you have any knowledge of where that
22 information came from?
23 A   No.
24     MR. FOX: All right. All right. I have

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Page 68

1  nothing further.
2           Do you have anything?
3        MS. BENSON:  No.
4           We're going to reserve signature.
5           (Whereupon the deposition was
6           concluded at 4:14 p.m.)

---

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Page 69

                IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF ILLINOIS
                        EASTERN DIVISION

MICHAEL RENO,                    )
            Plaintiff,           )
                                 )
        vs.                      ) No. 10 CV 06114
                                 )
City of Chicago Police Officer   )
KEITH HARRIS, Star #19542,       )
City of Chicago Police Officer   )
JEROME HOFFMAN, Star #19110,     )
City of Chicago Police Officer   )
SHAAR, City of Chicago Police    )
Officer NELSON GONZALEZ, Star    )
#7235, and the CITY OF           )
CHICAGO,                         )
            Defendants.          )

        I, OFFICER HOFFMAN, state that I have
read the foregoing transcript of the testimony
given by me at my deposition on August 3, 2011, and

---

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Page 70

1  that said transcript constitutes a true and correct
2  record of the testimony given by me at said
3  deposition except as I have so indicated on the
4  errata sheets provided herein.


                    _____
                              OFFICER HOFFMAN


   No corrections (Please initial) _____
   Number of errata sheets submitted _____(pgs)


   SUBSCRIBED AND SWORN TO
   before me this _____ day
   of _____, 2012.

   _____
   NOTARY PUBLIC

---

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Page 71

1  STATE OF ILLINOIS   )
2                      ) SS.
3  COUNTY OF KANE      )
4        I, JUNE M. FUNKHOUSER, CSR, RMR, and
5  Notary Public in and for the County of Kane, State
6  of Illinois, do hereby certify that previous to the
7  commencement of the examination, said witness was
8  duly sworn by me to testify the truth; that the
9  said deposition was taken at the time and place
10 aforesaid; that the testimony given by said witness
11 was reduced to writing by means of shorthand and
12 thereafter transcribed into typewritten form; and
13 that the foregoing is a true, correct, and complete
14 transcript of my shorthand notes so taken as
15 aforesaid.
16       I further certify that there were present
17 at the taking of the said deposition the persons
18 and parties as indicated on the appearance page
19 made a part of this deposition.
20       I further certify that I am not counsel
21 for nor in any way related to any of the parties to
22 this suit, nor am I in any way interested in the
23 outcome thereof.

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011    Page 72

```
 1            I further certify that this certificate
 2   applies to the original signed and certified
 3   transcripts only.  I assume no responsibility for
 4   the accuracy of any reproduced copies not made
 5   under my control or direction.
 6            IN TESTIMONY WHEREOF I have hereunto set
 7   my hand and affixed my notarial seal this 14th day
 8   of January, 2012.
 9
10
11
12
13
14            June M. Funkhouser, CSR, RMR
15            Illinois CSR No. 084-003024
16
17   My Commission Expires
18   November 1, 2013.
19
20
21
22
23
24
```

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011    Page 73

```
 1   Errata Sheet
 2
 3   NAME OF CASE: Reno vs. City of Chicago
 4   DATE OF DEPOSITION: 08/03/2011
 5   NAME OF WITNESS: Officer Jerome Hoffman
 6   Reason Codes:
 7       1. To clarify the record.
 8       2. To conform to the facts.
 9       3. To correct transcription errors.
10   Page _____ Line _____ Reason _____
11   From _____ to _____
12   Page _____ Line _____ Reason _____
13   From _____ to _____
14   Page _____ Line _____ Reason _____
15   From _____ to _____
16   Page _____ Line _____ Reason _____
17   From _____ to _____
18   Page _____ Line _____ Reason _____
19   From _____ to _____
20   Page _____ Line _____ Reason _____
21   From _____ to _____
22   Page _____ Line _____ Reason _____
23   From _____ to _____
24
25                                _____
```

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011    Index: 08/03/2011..compensatory

**0**
08/03/2011 54:16
09 11:8 21:18

**1**
1 54:10,14
1505 13:16,18,22 14:2,11,14 15:10 23:14,15 31:17 42:21 44:12 46:14 47:4 48:3 58:16,23

**2**
2 50:9,11,13 51:1 58:2
28th 21:17,18 23:19
2nd 8:6,7,8

**3**
3 18:5

**4**
4:00 22:5
4:14 68:6

**7**
79th 21:22 22:17 23:21 25:1 26:9, 13,24 27:12,19 30:17 32:10,20 33:2 61:20,24 62:9,15,20

**8**
8 66:19
8:00 19:22 20:2

**9**
9:00 19:23 20:2

**A**
academy 8:5
accent 31:9
accrue 24:19
acted 12:7,11
acting 12:20
activity 12:19 15:6 28:7,12 29:3 40:5 47:19
actual 18:18 29:4
admit 40:5
advance 5:21
afternoon 22:5
age 34:13
ahead 35:21
air 40:24
alert 68:6
amount 19:8 59:12
announce 60:10
answers 46:21
appeared 48:17
application 8:18
Applied 8:14
apply 8:16 10:23
approached 35:8 36:4,7,10
approved 53:5
approximate 34:13 41:17
Approximately 40:18 41:9,15
area 8:7 10:18 21:9,12,13,19,22 23:9 25:3,5 26:4 27:12,23 28:4,6,

11,15 32:19,23 37:15 43:21 50:9, 11,13 51:1 62:5,21
areas 9:16 12:22 20:12 21:24 22:16 45:8,11
arrest 7:6 9:10 10:3 12:1,9 15:8,9, 22,24 16:6,9 17:7 19:18 21:21 22:4, 20 51:3 53:21 54:5,9,18 55:9,15 57:9 62:4 64:16,24 66:9,11
arrested 43:11
arrestees 65:16, 19
arresting 22:11 37:24
arrests 19:1,5,14 22:11
Asian 34:17
asks 58:4
assigned 10:10, 19 11:1 16:21
assignment 7:20 8:4 10:17 21:5
assisted 13:6
assume 17:3 43:18
assuming 22:24 32:4 38:9 43:20 57:15
attention 33:17 49:18 59:3 61:17
attorney 7:16
aware 13:3,10,21 64:12

**B**
B2 18:22,23
B3 18:21
back 11:2,8 13:4 14:17 43:12,13 44:8 46:23 47:10

48:12,14 49:18 50:12 58:14 59:3 61:17 63:20 66:1
backwards 29:6
badge 36:23 37:4, 7
bag 51:21 52:4,7, 9,24 58:21
baggy 44:9 62:24 63:5,6
based 8:21 47:24 66:16
basically 9:15 16:18 34:15
beginning 54:4
BENSON 13:12 54:5 61:23 62:7 66:3
bills 31:14 44:8
bit 46:24 59:12
black 31:3,4 34:16
block 62:8
blocks 26:16 62:10
booking 68:10
bottom 67:11
bought 32:9,12
break 6:17
briefing 20:9 21:2
briefly 43:21
bringing 39:19
brought 51:4
businesses 47:23
buy 12:11,23 23:10 27:6 28:3 44:4 49:2,4 60:11, 21
buy-bust 10:18 15:12,18 21:14 23:20 24:23 25:1 26,24
buy-busts 9:17 24:10

**C**
call 20:6 64:23 65:6
called 5:4 61:5,7 62:16,18
calls 61:11
capacity 25:14
car 25:5,15 26:14 33:19 55:18 59:7,9 60:3
case 7:15,17 23:9 48:6 57:9,11 58:8 59:22
cash 36:1 46:13
change 15:1 22:22
changed 14:18,19
check 65:12 66:6
checked 45:9,10
Chicago 7:1
circumstances 15:20
citizens 61:22 62:5,21
city 13:1 21:19 22:16
Civil 5:15
clear 51:21 63:2,4 65:12 66:4,8
clothing 31:3
cocaine 51:22
color 62:23
committing 48:21
common 45:8,10
communicating 15:22
communication 26:18
compensatory 24:20

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011    Index: complaints..generally

complaints 57:16
complete 42:6
computer 52:20 53:7 56:19,24
concerns 58:22
concluded 68:6
confirmation 39:2
connection 13:22 29:12 37:22,23 41:21 51:2 53:20 58:15 60:21 62:3 65:12
contact 41:11 61:1,14
context 23:5
convenience 33:9,10
conversation 39:24 40:2,3,4 50:16 58:13
cooperative 36:13,15 37:11 38:14 46:18,20
copies 56:24
copy 56:7,20,21 57:1,2,3,4,5,12,13
corner 30:15 32:10,15 33:2, 35:24 57:18
correct 7:11 12:5, 6 13:7 14:8 16:23 21:2 22:8,9 23:22 24:1,15 28:9,10,24 29:11 32:21 35:11 42:22 44:18,22 45:13 46:4 49:2,3, 21,22 52:10,17,18 53:3 54:21,22 56:13,14 60:4 63:9 64:6 65:9,22 66:11,12
correctly 35:23
counter 33:16 34:6,7,9 35:1,17, 20

couple 11:16 15:3 61 18
court 5:24 52:14 56:20 57:2,3,4,5,6, 12,13
crack 51:22
create 63:11
crimes 48:22
criminal 29:3 40:5
current 7:20
custody 23:12 41:22,24 42:4

**D**
date 18:16 52:14
day 9:10 12:1,4 13:3,23 15:21 16:5,7,12,16,20 17:7,13,24 18:18 19:17,20 20:5,24 21:1,5,7,17 22:1, 11,22,23 23:18,24 24:3,9,10 26:23 27:6,11,20 32:3 49:8 50:22 55:18 61:20 64:22 65:13
days 20:2
debriefing 67:6
defendant 52:14
Defendants 5:4 7:15
department 7:2 58:14 61:17
depending 11:16 15:19
depends 11:11,12 15:15 27:8
deposited 56:22
deposition 5:13, 17 68:5
describe 8:15 9:13 23:5,6 34:8
describing 28:17 60:15,20,24

description 26:15 29:9 30:4,22 31:1 34:6,20,22 52:14
design 31:6
detailed 8:17
details 44:4,6,10
detain 23:11 29:8 30:23 59:10
detained 13:4,9, 21,23 39:9 44:1 47:2
detaining 13:6
detention 28:13 29:19 59:5
direct 5:7 49:18 61:16
directed 59 17,18, 19
Directing 59:3
direction 10:14
dispatch 64:23
District 8:6,7,8
document 54:13 66:20
documents 7:5 54:1
dollar 31:14 44:7
door 48:12,14
driving 27:20,21 40:20
duly 5:2,5

**E**
earlier 22:21
early 20:1
effect 20:15 38:7 49:24 60:11,12
elapsed 60:23
electric 35:18
end 23:24

enforcement 12:3,4,8 21:7 23:2 25:24
entered 30:14 33:1, 34:5
entire 50:22
Essex 21:22 22:17 23:21 25:1 26:9, 14,24 27:12,19 30:17 32:11,20 33:3 61:20,24 62:9,15,20
estimate 20:3
eventually 29:18
evidence 52:4,24
exact 19:24 26:8 40:3
examination 5:6, 7
examined 5:6
exchange 47:22
exhibit 18:5 54:14 56:2 66:19
exit 37:18 38:4,12
exited 37:15 38:17,19 47:1
exiting 38:14
experience 47:24
experiences 47:21
Exposed 36:23
exposing 37:4

**F**
fact 16:13 37:22 64:12,23
fair 10:20 45:22 59:12 62:11
fairly 33:12 46:20
fashion 16:3 36:22 55:9
Federal 5:14

female 34:10
field 66:2
fields 53:7
fill 52:8 56:16,17 66:22
filled 56:9
find 17:1 27:4,15 42:23 44:20
floor 51:5
focused 20:20
folks 48:9
follow 37:16 49:9
Foremost 23:8
forget 62:13
forgot 25:10
form 13:12 47:3,5 61:23 62:7
forming 46 23
found 16:20 17:4 23:19,23 25:2 52:13 58:23
FOX 5:8,12,19 6:4, 16,21,22 13:14 47:6 54:7,17 62:1, 11,12 67:24
frame 61:24
front 64:15 66:23
full 38:22
funds 13:16,19,22 14:2,11 15:10 23:14,15 31:17 42:21 44:12 46:13, 14 47:4 48:3 58:16,24
furlough 10:13
furtive 47:13

**G**
gang 8:8,9
gave 51:21 62:24
generally 36:9,11

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Index: generated..money

generated 64:17
give 12:18 15:13 20:11 30:4 31:23 51:20 59:12
giving 41:16 65:22
goal 14:12
Gonzalez 17:20 28:23 29:2 30:6 31:13 39:15 48:16 49:13 51:12 60:7, 14,15,19,24 61:4
good 8:21 20:2
group 10:18 16:21 17:2 22:19,21
guess 27:5,16
guy 30:22
guys 10:10 14:16 15:22 19:1 20:4,19 21:13,18 22:19,21 25:13 36:10 46:19 56:15

H
H-o-f-f-m-a-n 5:11
half 6:24 15:17,19
hand-to-hand 49:6,14
handcuffed 49:19,20 50:7
handcuffs 38:11 44:3
handwriting 67:4
happen 11:19 21:1 40:17 44:13
happened 20:18, 24 21:1 41:13 58:3, 64:19,20
hard 41:16 61:3
Harris 10:4 17:7 18:5 29:23 31:12, 13 32:9 40 19 41:2 44:4, 17 46:16 49:1,5,15 51:11,19 56:2 60:6,10 62:24

66:19
Harris's 17:16,19, 21
he'll 20:11 28:8 31:23,24
head 6:5
hear 28:12 29:13 59:8 60:5,6
heard 6:12 29:7,23 30:1 32:18 41:19 60:9,14,23
hearing 28:20,22 29:2
heat-seal 52:5
heavy 31:10
hiding 43:16
hit 21:9,12,24
Hoffman 5:3,11, 13,16 54:10,14
homicide 20:16
hot 20:14
Hughes 55:2,3
Hundreds 15:11

I
ID 31:22 39:2 40:14,23 41:7,12, 13,20 42:8 49:19 50:7
identification 23:11 54:15
identified 37:3
identify 36:19, 65:21
include 23:14 63:21
incriminating 50:22
indicating 31:10 35:19 54:8
individual 15:9 28:15,18 29:3,8,9 30:12 34:5 35:8

individuals 23:11 34:7,8 35:11 61:21
influence 66:15
inform 28:8 40:22 49:13
information 24:22 31:12 32:2,9,18 52:7,15 53:6 58:9 58:1,2 59:8,10 67 22
informed 40:23 41:1,13 49:1,5,6
Initial 47:12
initially 20:5
inquiries 66:4
Inquiry 65:12
inside 41:11 43:6
instance 11:12
interested 44.24
intersection 26:8, 13 29:17 33:19 62:9,14,19,20
Interview 51:5 67:9,13
interviewed 9:2,5
interviewing 67:9,10
inventoried 51:17 53:23 63 14,18
inventory 51:24 52:16,21,22,23 53:3,7,10,18 56 1, 4,16,20 57:1,17 64:5,9,13,14
investigating 37:23
Investigative 66:6
involved 19:6 47:19 51:7 55:8
involvement 55:10
involving 49:14

J
job 51:24

K
keys 64:5,7
kind 12:17,18 30:19 33:6,13 37:14
knew 17:10 26:2
knot 63:2
knotted 51:21 63 4
knowledge 14:15, 20 16:2 65:1,15 65:11 67:21

L
law 5:24
laypeople 61:22
LEADS 65:11,24
leaving 60:11
led 47:16 62:4
left 35:19
Likewise 6:7
lines 5:20 52:8,12
list 31:23
listed 64:14 67:10
listening 41:3
located 25:4
lockup 63:20,22, 24 64:7
long 6:23 7 24 39:3 40:16 41:6,15 59 8
looked 19:11 35:6 36:3 37:14 43:8,18
lot 33 11 59:2
loud 6 5

M
machine 35:18
made 19:2,6 22 3, 10 29:4,19 38:20 40:14 41:7,11 44:5 47:12 49:2,5,18,20 50:7 55:15 59:4 60:11 61:1,13 64:24
make 6 12,13 9:9 21:14 24:7 28:3,13 37:1 47:13
male 31:3 34:19
March 21:17,18 23:19
mark 54:7,8,10
marked 13:3,10, 12 18:4 31:17 54:14 56:2 66:19
matched 34:8,20 46:14 48:2
means 21:13,14 61:8
member 9:18 65:5
mention 37:20,21
Michael 56:10
middle 6:17
mine 19:10
minute 13:5 26:13 59:22
minutes 39:6 40:18 41:9,14 59 13, 61;15
mission 9:11,14, 15 10:11,17, 11:24 12:8,12,16,21 16:7,14 17:24 23:6 24:24 26:20 51 7 62:4
missions 11:7
moments 18:20
money 13:3,10,13 14:5,8,8,12,14,24 42:14,17,18 46 12

---

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Index: receive..testified

40:3 42:1,5,12, 45:18 46:11,16,22 47:15 48:9,7,10,20 49:9,16 50:2,3,5, 17,19 55:16, 58:17,21 59:11 62:22 63:13, 14 64:4,8,11 65:10 66:17 67:14
receive 52:3
received 59:9
recognize 54:18 66:20
record 5:10,12 66:10
recorded 16:2 63:17
recover 14:5,12, 16,22 58:15
recovered 15:14, 18 56:10 63:12 64:10
recovering 23:14
referring 21:13
register 38:1 46:13,14 48:2
related 38:1
relocated 26:3,4, 7,11 32:19,23
remember 9:4 10:15 16:9 22:3, 14,15,16 25:17 26,4 28:19 30:8 31:3 33:16 34:10, 35:15,23 42:16 43:19,21 48:9,17 58:5 63:6,7 64:2 65:14
Reno 9:10 10:3 12:1,9 13:6,22,23 15:8,22 16:6,9 17:8 21:21 22:4, 11,20 24:9,21 32:3 36:4,7,10,24 39:23 40:5,7 41:11,21 44:1,7,8,14,21 45:5,13,17,22 47:2,13,20 48:17, 21 49:2,5,7,14,19, 23 50:8,13,21 51:3

56:11 59:4 61:2 62:4 63:8,9 64:10, 24 65:12 66:15 67:8
Reno's 19:17 34:20
repeat 6:14
rephrase 6:14 13:15
report 18:2 54:5, 10,18 55:12 56 1, 4,17 57:8,9 63 12 64:9,15,23 65:7 66:10
reports 7:6 53:19, 23 61:18 64:16,17
represent 19:10
reserve 68:4
responded 36:17
responding 37:11
responsibilities 23:7
responsibility 23:13
rest 9:1 51:12
review 7:5,8
ride 55:18
role 12:14 20:6
room 51:5
rough 11:21
roughly 11:7,20 15,10,14,15 19:22 39:5 59:10 61:14
routinely 68:5
rules 5:14,21
run 48:13 65:23

S
safe 56:22
safety 23:8
sarge 18:17 21:8, 11

scene 59:4 60:12
scratch 57:21 58:7
search 36:22 45:3
searched 38:18 63:8,9
secured 51:4
sees 26:9
selling 46:18
sergeant 10:12,14 11:12 19:4 59:16, 17,19,20
serial 13:20 31:23 48:2
series 5:22
set 28:5 57:24
Shaar 17:12,17,18 25:8 33:23 35:10 39:13 45:18 51:11 53:16 55:21 63:9 65:3 67:1
sheet 53:3,7 58 1, 7 67:16
shelves 33:11,15 35:13
shift 23:24 24 4
shoes 45:9
short 46:21
shortly 40 13
show 14:5,7 18:4, 6 54:9 66:18
showed 37:6
signature 68:4
single 63:5
sit 16:10
sitting 59:9,14 60:3
situated 62:10,15
socks 45:9
sold 14:7 33:13 44 17
sort 15:6 20:16

36:17 37 1 56:13 58:18
southwest 30:15 32:10,15 33:2,24 35:23
specifically 28:14 42:5 44:11
spell 5.9
spot 20:14
standing 34:23 35:1 39:23
stapled 56:21
start 15:7 19:24 20:1 54:4
started 19:22 22:7 24:2
stashed 45:1
state 5:9
statement 10:20 45:22
station 66:2,3
sticks 31:4
stitching 31:7,8
store 30:14,19 32:14 33:1,6,9,10, 34:24 35:6,11,14, 24 37:16,18,21 38:5,9,12,15,18, 19,24 39:4,10 40:8,10,13,17 41:7,12 43:2,7,11, 12,13,17,22 44:2, 8,9,14 45:5,7,11, 16,17 46:7,18 47:1,11,18 48:9,12
straight 35:21
street 20:10 26:5
streets 26:6
strike 9:11,14 10.11,16,24 11:7, 24 12:8,12,18,21 16:7,14 17:4,24 23:6 24:24 62:3
stuff 9 8 33,11,13, 15 36:12
submitted 8:18

supervisor 19 13 58:18
supp 18:2
Supplemental 7:6
supposed 9:17 20:8 30:22
surgical 9:11,13 10:11,16,24 11:7, 24 12:8,12,15,21 16:7,14 17:4,24 23 6 24.23 62:3
surveillance 12:13,20,24 27:1, 8,9 28:6,23 39:18 48:16
suspect 51:22
sworn 5:2,6

T
T-u-b-b-s 67:19
tag 8:6
taking 23:12
talk 6:9 43:5 45:15
talked 19:14 36:6 39:1
talking 57:8 61:4 62:8,9
target 27:8,13,15 32:13
team 8:7,8,9 9:19, 24 10:2,3,7 11 4,5, 9,10,13 17:15,16, 19,21,23 18:15,18, 21,24 20:19 24:23, 24 65:5
teammates 18:2 51:12
telling 20:13
ten 6:24 59:13,14 61:15
tendered 44:12
testified 5:6 7:11

---

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Index: money's..recall

47:22 48:1 49:24 63:21,22
money's 14:3
monitor 27:23
monitored 60:1
month 11:8,16,19
months 11:15 15:4
morning 19:23 20:6 21:2 22:8
move 11:4 12:22
movements 47:14

N
names 18:9,10 48:8
narcotics 7:22 8 1,3,10,12,23 9:19,21 10:7 11:1, 9 13:11 14:8,11 20:14,17,19,20 29:24 31:14 32:9 37:24 43:16 44:17, 20 45:1,4 46 1 48:19 50:1 51:17 52:4 56:22 61:5,8, 11 63.1 64:14
nearby 39:9 45:1
needed 8:22
Nextel 16:1 26:18
nickname 67:18
Nods 6:6
normal 24:4,13
notice 5:14
number 19:1,11, 14 52:13,16,22,24 53:11 57:17,20 64:16 65 7
numbered 14 23
numbers 13:20 31:23,24 48:2 54:3 58:8 64:13

O
oath 5,23,24
object 61:23
Objection 13:12 47:5 62:7
observations 47:12,13
observe 48:12,14, 61:21 62:5
observed 34:3,7 47:14 49:8,13 66:18
observing 60:15, 20 61:9
officer 5:3,11,13, 16 6:23 7:21 12:4, 8,11,14,20,23,24 17 7,12,16,17,18, 20,21 23:2,10 25:8 26:24 27:1,6,10 28:3, 29:23 30:6 33:23 35:10 39:13, 15 40:19 41:2 44.4,17 45:18 46:14 48:18 49:1, 5,12,15 51:11,12, 19 53:16 55:2,3,7, 21 58:23 60:6,7, 10,15,19,24 61:4 62:24 63:9 65:3 67:1,10
officers 10 19, 15:23 16:22 17:2 26:20 39:8 51:7 61:22
open 33:12 35:16
operation 15:18
operations 15:12
opinion 46:23 47:3
opposed 33:9 53:16
orange 31:5
order 8:23
overtime 24:14,17

P
p.m. 68:6
pack 57:15,16
paid 24:16,19 50:1
pants 31:5,6
paper 57:21
paperwork 24:8 57:5,8
Paris 18:14
parked 33:19
part 9:11 15:5
participated 15:9 19 15 22:20
participating 15:23 16:22
partner 27:20 33:22 50:3
past 47:21,24
pat-down 38:21 42:8
patrolman 8:6
paying 33:17
penalties 6:1
people 45:16 47:17,18,22
percentage 15 13
period 19:2
perjury 6:1
person 14:7 17:23 52:13
personally 19:3, 6,8 22:12 28:19 39:11 48:14
phone 26:18
photo 66:10
physically 57:14
picture 66:7,8,9
piece 57:21
piping 31 5

22 16
place 21:21 22:4 26:15 30:5,10,12 38:11 52:20
plainclothes 25:15
Plaintiff 5:5
plastic 51:21 52:4 63:2,4
plates 25:16,18
pockets 45:9
point 16:20 18:16 23:19 27:18 29:7 31:15 37:2, 38:9 39:1 40,12 41:4 42:1 51:15,16,17 60:19 61:12 62:2, 17,19 65,1
pointed 28:21
police 6:23 7.2,21 55:7 58:14,23 61 17,22 66:1,3
positive 29:24 31:22 39:2 40:14 41:13,20 42:8 49:19 50:7
practice 32:6 42 14 45:21 65:15, 19
preparation 7:4
prepare 53:2
prepared 53:4 64 9
prerecorded 13:20
presence 7:16 50:21,23 66:14
present 55:14 67:5,13
pretty 12:2 22:13 35:16 58:10
primary 27:9
print 53:5 56:24 57:12
printed 56:19
prior 16:5 17:7,13

Procedure 5:15
prompted 29:16, 22
property 52:3 56:21 63:11
protective 38:21
pull 66:7,8
purchase 14:11
purchased 31 14 46:7 48:4
purpose 14:2,4
purposes 23:12
pursuant 5:13,14
put 43:9 44:2 47 8 52:4 57:15

Q
qualifications 8:22
question 6:7,9,11, 17 49:11 60:18
questions 5:23 37 11 45:21

R
race 34 11
radio 27:23 28:9 29:15 30:1 31:12 39:7,11 49:13 60:2,6,20
radios 41:4
ran 11:4
range 11:21
rank 7:20
rate 27:18
reaction 37:1
recall 17:3 19:12 21:3,20,22 22:10, 12,24 26:14,15,17, 20,22 29:2,5 33:7, 8 35:3 36:8 38:13

---

Reno vs. City of Chicago
Officer Jerome Hoffman - 08/03/2011
Index: testify..years

testify 7:13
thing 31:4 32:24 36:17 38:24 41 20 50:8,11,12 51:2 56:13 57:24
things 14,17,19 52:11 63:12,16,19 64:9
Thompson 18:14
time 10:3 12:9 14:15 15:18 16:20 18:12,15,17 19:2, 24 23:4,19 24,13, 17,20 26:23 29:7 37:19 38 18 40:12 41:11,12 42:11 44:1,3 47:1,2 51:8 58:12 60:2,19,23, 24 61:12,13,24 62:2,17 64:22
times 11:16,19 12:23,24 15:13 59:2
today 7,5 16:10
told 27:7 29 13,15, 21 30:9,11,12,13, 14,19 31:11,16 48:15
track 19:1,7,10
transaction 37:24 61:5,8,9,12
transactions 49:7,14
transcript 7:8
transported 50:9, 10,14
trial 7:9
true 65:4
Tubbs 67:19
turn 58:1
turned 54:5
type 53 6

36:13 46:18
undercover 25:14,21
understand 6:2, 11 29:14 41:18
understanding 8:21 9:8 11:2 13:18 14:1,10 26:23 39:16 43:24 44:3,18
undertaking 12:19
unit 7:22 8 3,10, 13,23 9:19,22 11:1 55:7
unmarked 25:15
upper 57:18

V
vary 11:14
vehicle 50:14,17
vending 35:18
verbally 36:20
vicinity 22:17 23:21 25:1 26:24 27:19 61:20
visual 41:11 61:1, 13
visually 26:8

W
wait 8:6,8
waiting 59:7
walk 36:10
walked 33:22,23 34:4,24 35 2,4,16, 22 36:3 44:8 47:11
walkie-talkies 16:1
walking 61:21 62:5,21
wallet 42:11 63:23 64:1,2

wanted 8:19 45;24
watch 19:19 28:6
week 11:3
weeks 7:17
Whichever 30:9
white 34:17
withdraw 15:6
words 60:10
work 6:6 10:10 20:6,12 21:6 24.3, 12,13,18 29:6
worked 11:13 17:6 20:19 25:9 39:17
working 10:6 11:17 17:23 18:11, 18 19:19 20:1 21:7 22:21 24:14 45 16 48:9,18 51,13
world 56:8
wrapped 63:6
write 52:6,12,23 57:20 58:3,4 67.17
written 58:6
wrong 20:21 23:10

Y
years 6:24 8:2,24