IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHAEL RENO,            )
        Plaintiff,       )
vs.                      ) No. 10 CV 6114
City of Chicago Police   )
Officer KEITH HARRIS,    )
Star #19542, City of     )
Chicago Police Officer   )
JEROME HOFFMAN, Star #   )
19110, City of Chicago   )
Police Officer SCHER,    )
City of Chicago Police   )
Officer NELSON GONZALEZ, )
Star #7235 and the CITY  )
OF CHICAGO,              )
        Defendants.      )

The deposition of NELSON GONZALEZ, called
for examination pursuant to the Rules of Civil
Procedure for the United States District Courts
pertaining to the taking of depositions, taken
before Jennifer Buckley, a notary public within
and for the County of Cook and State of
Illinois, at 300 West Adams Street, Suite 330,
Illinois, on September 28, 2011, at the hour of
1:14 o'clock p.m.

Jennifer Buckley
License No: 084-004095

1

---

| 1 | INDEX | |
|---|---|---|
| 2 | WITNESS | EXAMINATION |
| 3 | NELSON GONZALEZ | |
| 4 | By Mr. Fox | 5 |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | EXHIBITS | |
| 12 | NUMBER | MARKED FOR ID |
| 13 | Gonzalez Deposition Exhibit | |
| 14 | No. 1 | 19 |
| 15 | No. 2 | 65 |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |

3

---

1  APPEARANCES:
2      ED FOX & ASSOCIATES
3      BY: MR. EDWARD FOX
4      300 West Adams Street
5      Suite 330
6      Chicago, Illinois 60606
7      (312) 345-8877
8          Representing the Plaintiff;
9
10     CUISINIER, FARAHVAR & BENSON, LTD.
11     BY: MS. VICTORIA BENSON
12     200 West Adams Street
13     Suite 430
14     Chicago, Illinois 60603
15     (312) 634-0412
16         Representing the Defendants.
17
18
19
20
21
22
23
24

2

---

1              (Whereupon, the witness was duly
2          sworn.)
3          MR. FOX: Can you state your name and spell
4   your name for the record.
5          THE WITNESS: Sure. My name is Nelson
6   Gonzalez, N-e-l-s-o-n G-o-n-z-a-l-e-z. My star
7   number is 7235.
8          MR. FOX: Are you a patrol officer, sergeant,
9   or what?
10         THE WITNESS: Police officer.
11         MR. FOX: For the record this is the
12  deposition of Officer Gonzalez being taken
13  pursuant to notice and pursuant to all the rules
14  of the Federal Rules of Civil Procedure. Have
15  you ever had your deposition taken before?
16         THE WITNESS: Yes.
17         MR. FOX: When was the last time?
18         THE WITNESS: I don't remember how long ago
19  that was.
20         MR. FOX: How many times has it been taken?
21         THE WITNESS: Twice.
22         MR. FOX: This is probably going to go along
23  the same lines as that. I'm going to ask you a
24  series of questions. Just make sure you've

4

DEFENDANT'S
EXHIBIT
tabbies

McCorkle Court Reporters, Inc.
Chicago, Illinois  (312) 263-0052

1   heard me and understood me before you answer.
2   If not, let me know and I'll repeat or rephrase
3   it. All right?
4       THE WITNESS: Of course.
5       MR. FOX: You understand to answer everything
6   out loud. Nods of the head don't work well,
7   correct?
8       THE WITNESS: Right.
9       MR. FOX: You understand you're under penalty
10  of perjury just like as if you're testifying in
11  court; is that correct?
12      THE WITNESS: Of course.
13          NELSON GONZALEZ,
14  called as a witness herein, was examined and
15  testified as follows:
16          EXAMINATION
17  BY MR. FOX:
18      Q. How many times have you testified in
19  court like in criminal cases?
20      A. Many, hundreds.
21      Q. How long have you been a police
22  officer?
23      A. It's going to be ten years in December.
24      Q. And before you became employed with the

5

1       A. I think about six years.
2       Q. Before you worked in the narcotics
3   division, what district did you work?
4       A. It wasn't a district. It was a
5   citywide unit named Targeted Response Unit.
6       Q. Before that how long did you work in
7   that targeted unit?
8       A. I forget. About three years or so.
9       Q. All right. And then so for a short
10  period of time did you work in a district?
11      A. Yes. Approximately a year or so in the
12  25th district where I started.
13      Q. How, in the narcotics division that
14  you're in now, that's what it's called, the
15  narcotics division?
16      A. Yes.
17      Q. All right. Do you report to any
18  particular district when you start your day?
19      A. No.
20      Q. When you start your day, where do you
21  go?
22      A. It depends where our investigations
23  take us, mostly south side of the city.
24      Q. And who assigns you your

7

1   Chicago Police Department, did you work for any
2   other police departments?
3       A. No.
4       Q. Any police training?
5       A. No.
6       Q. I mean any military training? I'm
7   sorry.
8       A. No military training.
9       Q. What's your highest level of education?
10      A. Some college.
11      Q. Did you have a major?
12      A. Yes.
13      Q. What was that?
14      A. Computer science and mathematics.
15      Q. All right. How old are you?
16      A. 32.
17      Q. And what district do you currently work
18  in?
19      A. I do not work in a district.
20      Q. What's your current assignment?
21      A. Unit number is 189. It's the narcotics
22  division.
23      Q. How long have you been in that
24  division?

6

1   investigations?
2       A. The form of the question is kind of
3   tricky. Sometimes it's not assigned but mostly
4   our sergeant decides.
5       Q. How do you get informed of what your
6   investigations are going to be?
7       A. I guess that all depends on prior
8   investigations. Sometimes we kind of work on
9   our own as far as gathering intelligence,
10  working with confidential sources, and sometimes
11  we are assigned jobs or investigations from our
12  sergeant or lieutenant.
13      Q. Currently do you work as part of a team
14  of officers?
15      A. I do.
16      Q. How many officers are in your team?
17      A. I think there's eight officers and one
18  sergeant in our team.
19      Q. And all these officers would be in the
20  narcotics division as well?
21      A. Yes.
22      Q. And then for how long has this same
23  team been together?
24      A. It's kind of tricky because some people

8

2 (Pages 5 to 8)

1  have come and gone, and I have been in that same
2  team with different sergeants and different team
3  members for the six years so.
4     Q. Okay. Is the team called unit 189, or
5  does it have a different name?
6     A. No. Unit 189 refers to the narcotics
7  division. The team number is B5, and that has
8  changed over the last few years.
9     Q. All right. Back on the day of the
10 arrest of Reno which was -- do you remember what
11 it was offhand? It looks like it was March 28
12 of '09. Does that sound right to you?
13    A. It does sound right.
14    Q. What was the team called then?
15    A. I don't know for sure.
16    Q. Was it B5 or do you know if it had a
17 different name?
18    A. It might have been B5. I just know it
19 has changed at some point a few years ago. I
20 just don't know if it was before or after that
21 particular day.
22    Q. By the way, in preparation for this
23 deposition today, did you review any documents?
24    A. I did.

                                             9

1  teams and I do speak to them from time to time.
2     Q. Which officers do you see that are part
3  of this case do you see from time to time?
4     A. Officer Keith Harris, Officer Hoffman,
5  Officer Scher. I'm trying to think who else was
6  there.
7     Q. You said Hoffman?
8     A. Yes.
9     Q. Now, on the day on March 28 when you
10 were -- you arrested or was part of the team
11 that arrested Reno, was it your typical team
12 that was working that day or did you borrow
13 members from another team, do you recall?
14    A. We worked with another team on that
15 day.
16    Q. What team was that?
17    A. I'm not sure the name of the team, but
18 I believe Sergeant Blanks was the head of the
19 team.
20    Q. How do you spell that last name?
21    A. B-l-a-n-k-s.
22    Q. Okay. And was either Officer Harris,
23 Hoffman or Scher a member of that other team?
24    A. Harris was on my team and I believe

                                             11

1     Q. What did you review?
2     A. My surveillance report that I prepared.
3     Q. Any other reports?
4     A. I think there was a what do you call
5  those like she's doing over there?
6     Q. The transcript?
7     A. The transcript from the criminal case
8  that I testified to.
9     Q. Did you review the entire transcript or
10 just your testimony?
11    A. Just my testimony.
12    Q. And so if I understand you, the only
13 report you reviewed was your own or did you
14 review anybody else's report?
15    A. So far I reviewed my own and I looked
16 over the arrest report which was not my own.
17    Q. Have you talked with any of the other
18 officers about depositions that they gave in
19 this case?
20    A. No.
21    Q. Have you talked to them at all? Have
22 you seen them since they gave depositions?
23    A. Yes. I work with Keith Harris still
24 and some of the other officers work on different

                                           10

1  Hoffman and Scher were members of that other
2  team.
3     Q. Do you know why your team worked with
4  that other team this particular day?
5     A. It was a special mission named Surgical
6  Strike.
7     Q. Can you describe what that mission was?
8     A. It's to combat violence in certain
9  areas of the city. I guess the police
10 departments put together like a mission named
11 Surgical Strike to pretty much go after crime in
12 those areas utilizing narcotics and our
13 undercover purchases.
14    Q. And the Surgical Strike Mission was
15 made up of officers who were in the narcotics
16 division?
17    A. And I'm not sure if anyone else but I
18 just know the narcotics side of it and we were
19 involved in that.
20    Q. All right. By the way, how did you get
21 on to the narcotics division in the first place?
22 What did you have to do to get that assignment?
23    A. I put in an application.
24    Q. And then what happened when you put in

                                           12

3 (Pages 9 to 12)

1  your application?
2      A. I was interviewed through -- it was a
3  whole process.
4      Q. Interviewed by supervisors?
5      A. Supervisors, yes.
6      Q. And what else was a part of that
7  process that you can recall?
8      A. Background checks, urinalysis,
9  financial background checks, interviews,
10  resumes, you name it. They did everything.
11      Q. All right. This was an assignment that
12  you wanted, or were you told you were supposed
13  to apply to it?
14      A. No. It's a unit that I wanted.
15      Q. Do you keep track -- you know what
16  activity reports are?
17      A. I believe so.
18      Q. Do you keep track of your activity
19  reports?
20      A. I do not.
21      Q. Or have you ever looked at your
22  activity reports?
23      A. Once or twice, yeah.
24      Q. And the activity reports keep track of
                                                    13

1  period of time?
2      A. No way.
3      Q. Did they suggest that they want a
4  certain number without being told it's a
5  mandatory number?
6      A. No.
7      Q. Now, you're familiar with or are you
8  familiar with the use of marked money in
9  controlled buys?
10      A. I'm very familiar with that process.
11      Q. Have you ever done that yourself, made
12  a control by using 1505 funds?
13      A. Yes.
14      Q. And so would it generally be true when
15  you make a controlled buy using 1505 funds and
16  the individual's ultimately arrested that you
17  made the buy from, you try to get the 1505 funds
18  back?
19      A. We always make an attempt to get the
20  1505 funds back.
21      Q. And in your experience would it be
22  accurate to say you've arrested a number of drug
23  dealers over the years?
24      A. Yes.
                                                    15

1  such things as traffic tickets, moving
2  violations, arrests, case reports, and that sort
3  of thing?
4      A. Definitely arrests. I'm not sure if it
5  keeps track of traffic violations.
6      Q. All right. Now, as a member of your
7  team, do you keep track of the arrests that your
8  team makes, the team that you're on now?
9      A. There's some sort of tracking done by
10  the front office and our bosses. I personally
11  don't keep track.
12      Q. All right. Have any of your bosses
13  ever talked to you or spoken to you about the
14  number of arrests that your team -- spoken to
15  you about the number of arrests that your team
16  was making?
17      A. No, not that I can recall.
18      Q. Do you know if any bosses -- have any
19  other officers told you from your team that the
20  bosses have talked to them about the number of
21  arrests that they were involved with?
22      A. No.
23      Q. Are you told that you're expected to
24  have a certain number of arrests for any given
                                                    14

1      Q. In your experience are some of the drug
2  dealers you've arrested over the years guys that
3  have been selling drugs on the street?
4      A. Yes.
5      Q. And in your experience do these folks
6  generally or sometimes have stashes of narcotics
7  nearby from where they're selling them?
8      A. It's pretty common.
9      Q. Do they also have money either on --
10  money from the sales either on them or from the
11  stash nearby in your experience?
12      A. It's pretty common as well.
13      Q. All right. Now on the day of the
14  arrest of Reno, part of your team was yourself,
15  Scher, Hoffman, and Harris; is that correct?
16      A. That was part of the team, yes.
17      Q. Was anybody else on your team that day?
18      A. Yes.
19      Q. Who else was on your team, can you
20  recall?
21      A. I think our sergeant was Sergeant
22  Butler at the time, and there's numerous other
23  officers I'm sure. I just can't remember who
24  they were at this time.
                                                    16

**McCorkle Court Reporters, Inc.**
**Chicago, Illinois   (312) 263-0052**

1    Q.   Let me just focus on the part of your
2    team -- part of your team at some point in the
3    day of March 28 of '09 located to the area of
4    79th and Essex?
5    A.   79th and Essex, correct.
6    Q.   All right.  Was there any other members
7    of your team other than the four officers we've
8    just been talking about that were located to
9    that area?
10   A.   I'm pretty sure there was.  To tell you
11   for sure who or how many, I'm not sure.
12   Q.   If you looked at the names of the
13   officers on one of these reports, would that
14   refresh your recollection?
15   A.   That could refresh my recollection of
16   who may be there.  I just don't remember
17   visually seeing them there at the time.  I just
18   don't remember that.
19   Q.   All right.  Would it be -- have you
20   done these Surgical Strike Missions before this
21   date?
22   A.   I think so.  I think there are numerous
23   Surgical Strike Missions, but I'm not sure if
24   that was the first one or not.
                                                    17

1    Q.   Do you have a procedure or a custom of
2    how many officers generally locate to a certain
3    area when you do a mission like this one we're
4    talking about?
5    A.   There's no like rule set in place, just
6    enough so that the undercover officer has enough
7    help if he needs it for safety measures.
8    Q.   As I understand it, there's going to be
9    a surveillance officer; is that correct?
10   A.   Yes.
11   Q.   There's going to be an undercover buy
12   officer; is that right?
13   A.   Most of the time, yes.
14   Q.   There's going to be enforcement
15   officers, correct?
16   A.   Correct.
17   Q.   Is there any other designations of
18   officers that participate in this?
19   A.   The surveillance could be multiple
20   officers, so it doesn't have to just be one
21   officer.
22   Q.   Okay.  On this particular day March 28
23   were you the only surveillance officer in the
24   area of 79th and Essex?
                                                    18

1    A.   I don't know if I was the only one.
2    Q.   If I showed you the names of the
3    officers on the report, would that refresh your
4    recollection?
5    A.   That could refresh my recollection of
6    who may have been there.
7    MR. FOX:  All right.  What I'll do is I'll
8    show you -- okay.  I'm going to show you what's
9    previously been marked as Harris No. 3 but what
10   I'll do is just put the sticker over it and
11   we'll call it Gonzalez 1.
12           (Whereupon, Gonzalez Deposition
13            Exhibit No. 1 was marked for
14            identification.)
15   BY MR. FOX:
16   Q.   Now, for the record what we've
17   identified as Gonzalez 1 is it's a two-page
18   report.  It's a Narcotics Section Supplementary
19   Report with the signature of B. Gonzalez at the
20   bottom.
21   A.   N.
22   Q.   I'm sorry.  N. Gonzalez at the bottom;
23   is that correct?
24   A.   Yes.
                                                    19

1    Q.   And then looking, you saw the names of
2    the narcotics team B5 on there; is that correct?
3    A.   That's correct.
4    Q.   Does that -- and on the second page
5    there's also narcotics teams B3 and 2.  Do you
6    see that?
7    A.   I do.
8    Q.   Does looking at that refresh your
9    recollection as to who else may have been a
10   surveillance officer in the vicinity of 79th and
11   Essex on the day of March 28, '09?
12   A.   Yes.
13   Q.   And who?
14   A.   Officers Getlon, Grubs, Thompson.  I
15   did mention Scher already, Hoffman and Blanks.
16   Q.   So let me ask you about that.  Scher
17   and Hoffman they're labeled on here enforcement
18   officers?
19   A.   That's correct.
20   Q.   That would be different as a
21   surveillance officer?
22   A.   Correct.
23   Q.   And then the other surveillance
24   officers who may have been in the vicinity of
                                                    20

McCorkle Court Reporters, Inc.
Chicago, Illinois   (312) 263-0052

1  79th and Essex this day were who again? I'm
2  sorry.
3     A.  Officers Getlon, Grubs, and Thompson.
4     Q.  All right. Do you know if, in fact,
5  they were surveillance officers in that vicinity
6  by having your recollection refreshed with this?
7     A.  I don't remember if they were there.
8     Q.  Do you know where they were -- Let me
9  state it this way. Was it your understanding
10  they were supposed to be in that area that day?
11     A.  Based on the report, they may have been
12  there. I just don't remember if they were there
13  or not.
14     Q.  Okay. If they were there, would you
15  have expected them to write some sort of report
16  of their observations or no?
17     A.  No.
18     Q.  Have you talked to them about the
19  arrest of Reno or this lawsuit at all?
20     A.  No.
21     Q.  So let's go to -- going to this
22  particular day, why did you go to the -- you
23  yourself you went to the vicinity of 79th and
24  Essex; is that correct?

21

1  you have an area that you were going to patrol
2  and look around for possible activity that you
3  might want to further investigate?
4     A.  It's typical with Surgical Strike
5  Missions. I just don't remember what the
6  geographical limits were, but they usually give
7  us an area to concentrate on.
8     Q.  Who would have given that to you, the
9  sergeant or someone else?
10     A.  It would have been assigned by the
11  sergeant to us.
12     Q.  All right. So in any case you were
13  likely given some geographical area to
14  investigate that day, and during the course of
15  that investigation you came to the intersection
16  of 79th and Essex. Is that fair?
17     A.  That is fair to say, yes.
18     Q.  Were you in a car by yourself, or did
19  you have a partner with you?
20     A.  I was in a vehicle by myself.
21     Q.  This is an unmarked covert vehicle?
22     A.  It was unmarked and it was covert.
23     Q.  So it didn't have an M license plate on
24  it?

23

1     A.  That's right.
2     Q.  Why did you go to that vicinity?
3     A.  Part of the Surgical Strike Mission I
4  was part of a team that was working
5  surveillance, and part of that job was to spread
6  out and look for possible targets of people
7  selling narcotics. I went and spread out within
8  a specific general area of the city and came
9  across 79th and Essex where I observed later
10  identified Reno conducting what looked to be
11  possible narcotic-related hand-to-hand
12  transitions with passer-bys.
13     Q.  Okay. Does the intersection of 79th
14  and Essex have a reputation of being an area
15  where narcotics are sold?
16     A.  It may. It doesn't have that
17  reputation with me.
18     Q.  Had you ever arrested anybody before
19  that day at the intersection or near the
20  intersection of 79th and Essex?
21     A.  I don't remember.
22     Q.  So at any rate were you -- did you
23  have -- when this day started out and you knew
24  you were doing the Surgical Strike Mission, did

22

1     A.  No.
2     Q.  So when you got to the area of 79th and
3  Essex, tell me what did you see?
4     A.  I observed Reno dressed in a black
5  skull cap, black hooded jacket, black jeans with
6  really obvious orange trim on his jeans. I
7  observed him walking east and west on the north
8  side of the intersection and north and south on
9  the west side of the intersection of 79th and
10  Essex. And on a few occasions he stopped, had a
11  conversation with a person. At one time it was
12  a female. Another time it was a male and
13  conducted what appeared to be a hand-to-hand
14  transaction.
15     Q.  So when you say conducted what appeared
16  to be a hand-to-hand transaction, describe what
17  you saw him do.
18     A.  You know, during the conversation with
19  the subjects, Reno would appear to give items
20  and accept items by hand.
21     Q.  Did you see money exchanged, being
22  exchanged?
23     A.  I didn't know what was being exchanged
24  at that time.

24

6 (Pages 21 to 24)

1    Q. And how many times did you see this
2  happen before Officer Harris did his controlled
3  buy?
4    A. A couple of times. I can only remember
5  two occasions. There might have been more.
6    Q. The two occasions you remember, though,
7  you remember one female and one male?
8    A. Yes.
9    Q. Do you remember what the female looked
10  like?
11    A. Older, shorter, female, black female.
12  That's about it. She had a dark like a gray
13  jacket on or something. It could have been a
14  coat.
15    Q. Do you remember anything else about
16  her?
17    A. That's pretty much it.
18    Q. The male, what do you remember about
19  him?
20    A. Also older gentleman with like a beard,
21  like a salt pepper beard. I want to say he was
22  black as well. I can't remember exactly.
23    Q. And which intersection -- this was at
24  the intersection of 79th and Essex?

25

1  were exchanging things with their hands?
2    A. Somebody was giving something and
3  somebody was accepting something. And that's
4  why I said transaction. What the something was --
5    Q. You couldn't see?
6    A. I couldn't see.
7    Q. But you were able to observe this
8  transaction where one person was giving
9  something and one person was taking something
10  simultaneously on that corner. Is that fair?
11    A. Pretty much, yes.
12    Q. This was the corner where the ABC store
13  was at?
14    A. That's pretty much it, yes.
15    Q. And then the transaction with the male,
16  how long after the first transaction did that
17  take place roughly?
18    A. Well, I remember driving around to find
19  my surveillance point location. So by the time
20  I went around it was pretty quick. I don't
21  really remember how long but a minute maybe,
22  maybe two. It was pretty quick.
23    Q. Because you're basically driving around
24  the block?

27

1    A. Yes.
2    Q. Which, north, south, east, or west?
3    A. It was by the ABC Cellular store which
4  was on the northwest corner.
5    Q. Both transactions were by the ABC
6  store?
7    A. Very close to the ABC Cellular store.
8    Q. So when you made these transactions, if
9  you could just describe the entire thing you
10  saw. Like was the female first or the male
11  first?
12    A. The female first and the male was
13  later.
14    Q. So describe the entire thing you saw
15  with the female.
16    A. I just remember, you know, passing by
17  the first time, seeing a female and Reno
18  conducting the hand-to-hand where Reno and the
19  female were having this conversation and their
20  hands were sort of clinched and just I don't
21  know how else to describe it, just that they
22  made contact with their hands.
23    Q. It appeared to you the way you were
24  motioning your hands, it appeared to you they

26

1    A. Yeah. At that point that's the first
2  thing that got my attention.
3    Q. And the transaction with the male, was
4  that also in front of the ABC store on that same
5  corner?
6    A. Yeah. It wasn't exactly the same spot
7  as the female, but it was really close to the
8  ABC Cellular store.
9    Q. On that same corner?
10    A. That same corner.
11    Q. Can you describe that transaction?
12    A. The same thing. I had a different
13  angle, same conversation, and it would appear
14  either Reno was accepting or giving and the
15  other subject was doing the same.
16    Q. All right. Did you see Reno go into
17  the ABC store?
18    A. I did, yeah.
19    Q. When did you see him going into it?
20    A. Actually several times I was observing
21  Reno go into the ABC Cellular store. I believe
22  there's another store in the northeast corner
23  that he went into and also the southwest corner
24  there's another location at that corner that he

28

1  was going into.
2      Q. Okay.
3      A. He spent a lot of time basically
4  walking east and west on the north side and
5  north and south on the west side and going into
6  these locations every so often.
7      Q. Okay. And then did you radio this
8  information as you were observing it to other
9  officers on your team?
10     A. No. At that time it was what I radioed
11 was not the event or the hand-to-hand
12 transactions but the fact that I believe there
13 was some kind of narcotic-related activity going
14 on involving Reno. And I wanted to send the
15 undercover officer to go ahead and what we call
16 bump, which is just ask for drugs and see if it
17 would work.
18     Q. So did you describe over the radio
19 anything about what you observed or what you
20 thought you observed Reno to be doing?
21     A. No. I gave a location and I gave a
22 description of Reno, physical and clothing
23 description as well as where he was last located
24 and gave the rest of the team an opportunity to
                                                          29

1  anything?
2      A. No.
3      Q. And specifically what I'm referring to,
4  did you hear him say anything like rocks rocks
5  or in some fashion advertise that he was selling
6  narcotics?
7      A. No, I didn't hear him say anything at
8  all.
9      Q. All right. In your experience
10 sometimes street dealers do yell things out to
11 advertise they're selling rocks. Does that
12 happen with you? You've heard that?
13     A. I've heard that, yes.
14     Q. Now, the male and female that you saw
15 the transactions take place with, did you write
16 down a description of them anywhere?
17     A. No, I did not.
18     Q. Did you look to see where they were
19 going after the transaction had ended?
20     A. No.
21     Q. And so it was after you saw the second
22 transaction that you radioed then for Harris?
23     A. Some time after that second transaction
24 I did radio to team members and not specifically
                                                          31

1  get to this area of 79th and Essex.
2      Q. And what time was this roughly?
3      A. Like somewhere around 4:00 in the
4  afternoon or something like that. I can't
5  remember exactly.
6      Q. Now, at that time what was the foot
7  traffic like in that intersection generally?
8      A. I wouldn't say heavy, but there was a
9  few people out there. You know, at one point on
10 the walking between the east and west sides of
11 the street and the north and south sides of the
12 street there was at one point at least five
13 people at one given point.
14     Q. Were these male or female or both?
15     A. Yeah, both, you know, different age
16 groups. Mostly I didn't see anybody else but
17 mostly black male and female.
18     Q. When you say you saw at least five
19 people at one point, do you mean --
20     A. Walking in different directions.
21     Q. So you saw more than five people total
22 in the time you were there?
23     A. Yeah, different people, sure.
24     Q. Now, could you hear Reno saying
                                                          30

1  to Harris.
2      Q. So what did you radio when you did
3  radio to team members?
4      A. I said -- I remember saying that I gave
5  a description of who on that particular
6  intersection might be selling drugs, and that
7  happened to be Reno at the time.
8      Q. And so then I take it you guys had your
9  assignments in connection with what you were
10 going to do that day already decided or
11 determined before you got to that intersection;
12 is that right?
13     A. Sort of. Some of the undercover
14 officers also work surveillance. And for some
15 reason like I could have purchased narcotics as
16 well as a surveillance officer. There's no like
17 set -- except for enforcement officers, there's
18 no really set job.
19     Q. Well, it's more likely that you're
20 going to have an Hispanic or a male black do the
21 buy being an undercover officer as opposed to
22 some white guy that doesn't look like part of
23 the neighborhood or am I wrong about that?
24     A. You're a little wrong about that.
                                                          32

8 (Pages 29 to 32)

1    Q.   So it could be anyone?
2    A.   It could be anyone.
3    Q.   All right.  But in this case, in this
4  afternoon were you designated the surveillance
5  officer?
6    A.   There was no such like designation.  I
7  just know that like either you're an enforcement
8  officer or you're not.  Enforcement officers
9  have to drive an M plate car.  They look like
10  the police.  They have a vest on.  They have
11  their guns exposed.  They're very visible.
12       And surveillance officers they could be
13  buy officers and vice versa and they're in
14  covert cars basically and they don't look like
15  the police.
16    Q.   Was the plan this day to try to do an
17  undercover buy?
18    A.   Yes.
19    Q.   And so on this day based on what you're
20  telling me, you could have wound up being either
21  an undercover buy officer or a surveillance
22  officer just depending on the circumstances?
23    A.   Yes.
24    Q.   Did you have any 1505 funds with you

33

1  that day?
2    A.   I don't remember.  I do take money out
3  from the purser's office 1505 funds, and I just
4  don't remember if I did during that time.
5    Q.   So I take it when you radioed to other
6  officers describing that you thought this person
7  with Reno's description might be selling
8  narcotics, did you also radio to tell -- was
9  there a plan set that Harris was going to be the
10  buy officer?  I mean how did that happen?
11    A.   It's pretty much in that case in
12  particular I radio what possibly might be
13  happening and who the target might be in this
14  case, and it's up to whoever is closest to
15  answer up on the radio and say I want to do that
16  and I'll do it or something to that effect.  And
17  I believe Keith Harris went on the radio and
18  said I'm not too far away.  I'll do it.  So he
19  was ready to purchase.
20    Q.   So when you saw Reno doing these two
21  transactions that you described, did you see him
22  put anything in his pocket or take anything out
23  of his pocket?
24    A.   I just don't remember him doing

34

1  anything with his pockets right now.
2    Q.   If I'm understanding, you didn't
3  visually actually see either drugs or money
4  exchanged?  You just weren't sure what was being
5  exchanged.  Is that fair?
6    A.   That is fair.
7    Q.   So after the first transaction that you
8  saw with Reno, did you see where he went?
9    A.   I know that he went into the ABC
10  Cellular store, but I'm not sure it was before
11  or after that particular transaction.  At some
12  point he did go inside that store.
13    Q.   And that's the store that's on the
14  northwest corner?
15    A.   Yes.
16    Q.   And then after the second transaction
17  did you see if he went into a store?
18    A.   At some point, yeah, later after that
19  he went into I don't remember if it was the ABC
20  Cellular store or the store just south of there,
21  southwest corner.  He did a lot of moving
22  around.  I just can't remember the order of how
23  things happened at that time.
24    Q.   Okay.  And then after you observed --

35

1  was it immediately after you observed the second
2  transaction that you made this call out on the
3  radio about Reno and --
4    A.   I kind of recall after the first one as
5  I was positioning to have a better surveillance
6  point, I was already on the radio saying here
7  might be a possible narcotics area or
8  transaction or target.
9    Q.   And then I think you said you drove
10  around the block and saw another transaction?
11    A.   It wasn't actually around the block.
12  It was further down the street.  I think I did a
13  U turn and came back around.  I don't remember
14  if I went all the way around the block or not,
15  but I repositioned.
16    Q.   And where did you reposition to?
17    A.   The southeast corner there was a
18  parking lot right at the corner.  I positioned
19  myself inside that parking lot.
20    Q.   Of the four corners that's the only one
21  that has a parking lot; is that correct?
22    A.   That's correct.
23    Q.   Your vehicle was facing in a northerly
24  direction?

36

**McCorkle Court Reporters, Inc.**
**Chicago, Illinois   (312) 263-0052**

1      A. North direction right up against the
2  gate or fence.
3      Q. So from where you were sitting you'd
4  have a pretty good view of the entire all four
5  corners?
6      A. Yes.
7      Q. Had you ever been before that day had
8  you ever been into any of the other three stores
9  that were on the other three corners?
10     A. No.
11     Q. Did you go into any of those three
12  stores after that day?
13     A. No, sir.
14     Q. To this day have you been into any of
15  those three stores?
16     A. No.
17     Q. So how much time lapsed
18  roughly -- Well, let me back up a little bit.
19     At some point then after you
20  repositioned yourself, you observed Harris come
21  onto the scene, correct?
22     A. Yes.
23     Q. How much time roughly was it between
24  the time that you observed the second

37

1  transaction and Harris came to the scene?
2      A. A few minutes, less than ten.
3      Q. And then during this less than
4  ten-minute time frame that went by from the
5  second transaction to seeing Harris on the
6  scene, what did you -- what else did you see
7  Reno doing, if anything?
8      A. I observed him standing at the
9  northwest corner near the ABC Cellular store.
10     Q. And did you see any more transactions
11  or what you thought were transactions?
12     A. At that time, no.
13     Q. Did you see him doing anything other
14  than standing?
15     A. I can't remember. I don't know if he
16  was in conversation or I pretty much just
17  remember him standing there right now.
18     Q. And there was still roughly like a few
19  people, like people walking around in the area?
20     A. They were around, yeah. It wasn't that
21  isolated.
22     Q. So over the radio then you gave a
23  description to Harris you gave, well, to all the
24  officers you gave a description?

38

1      A. To whoever was listening.
2      Q. So they had a description of what Reno
3  was wearing?
4      A. Yes.
5      Q. So once you gave -- once you observed
6  Harris come to the scene, tell me what you
7  observed. You were able to observe Harris come
8  on the scene I take it?
9      A. Yes.
10     Q. Tell me what you observed when he came.
11  Where did he come?
12     A. He parked his vehicle. It was a covert
13  vehicle. He parked it on the east side of the
14  street just south of 79th on Essex and got out
15  of the car, walked a little bit north and then
16  kind of crossed over to the west side of the
17  street as he was walking north. And then he got
18  to the southwest corner of the intersection and
19  proceeded to walk north toward Reno, got to
20  Reno, had a short conversation with him.
21     Q. Is this in front of the ABC store?
22     A. Pretty close to it, yes. They both had
23  that short conversation. Reno I remember just
24  you could tell that they were both in

39

1  conversation as Reno turned and walked south on
2  the west side of the intersection toward the
3  southwest corner.
4      And shortly behind him was the
5  undercover at the time it was Officer Harris
6  following closely behind him. They stopped at
7  the southwest corner for a short period of time
8  as Reno turned around and --
9      Q. I'm sorry. You said the southwest
10  corner?
11     A. Yeah, at that time they crossed over to
12  the southwest corner. There's some scaffolding
13  above them.
14     Q. Scaffolding in front of the store at
15  the southwest corner?
16     A. Yes, southwest corner. And Reno turned
17  and spoke to the undercover Harris and Harris
18  tendered Reno U.S. currency. I could see that.
19  It was definitely U.S. currency. Reno took the
20  money and turned around and went into the store.
21     Q. So you said you could definitely see
22  currency being handed from Harris to Reno?
23     A. Yes.
24     Q. And could you tell what denomination it

40

1   was?
2     A. No.
3     Q. And then Reno went into which store?
4     A. Well, I'm assuming it's a store. It
5   kind of looked like a store, the southwest
6   corner, that building.
7     Q. It's the one that had the scaffolding
8   in front of it?
9     A. Yes.
10     Q. And do you know what kind of store it
11   is?
12     A. No.
13     Q. And then while this is going on, you're
14   basically parked right across the street from
15   the parking lot?
16     A. Directly east.
17     Q. East of where they were?
18     A. East, yes.
19     Q. And so I take it you would have had a
20   clear and unobstructed view of the whole thing?
21     A. The scaffolding might be in the way
22   every so often with the poles that come down but
23   a really clear view.
24     Q. Could you hear any conversation?

41

1     A. No.
2     Q. And so once Reno walked into the store
3   on the southwest corner after he was handed
4   money, did Harris remain on the corner?
5     A. Yes.
6     Q. And then what was the next thing that
7   you saw after Reno walked into the store?
8     A. A short period of time passed, came
9   back out of the store and had another
10   hand-to-hand transaction this time with the
11   undercover officer.
12     Q. And at this time did you observe Reno
13   to be handing something to the undercover
14   officer?
15     A. Yes.
16     Q. And could you see what it was?
17     A. No, no. Reno used his right hand.
18   It's very much clenched and handed over whatever
19   object it was to the undercover.
20     Q. So did you hear any conversation at
21   this point in time between Reno and Harris?
22     A. No.
23     Q. So after you observed Reno hand an
24   object back over to Harris, what was the next

42

1   thing you observed in connection with those two?
2     A. Well, in connection with those two?
3     Q. Correct.
4     A. Officer Harris took whatever object
5   that was given to him by Reno and proceeded to
6   walk south back toward his vehicle, and at the
7   same time Reno turned and went back into the
8   same location the southwest corner, that store
9   or whatever that building was.
10     Q. All right. And then were you making
11   any observations of anybody else at that
12   intersection at that time?
13     A. Yes. There was a police car that
14   showed up at that time, a marked police car that
15   was not involved with our mission.
16     Q. And what happened? Describe what
17   happened with that police car.
18     A. Nothing. The police car just kind of
19   pulled over. I'm not sure why it was there. I
20   had no communication with the officer. I have
21   no knowledge as to why or who the officer was or
22   why he was there, just that it was there for
23   some time and then at some point it drove away.
24   I believe Reno was still in the store when the

43

1   officer drove way.
2     Q. So when you say he was still in the
3   store when the officer drove away, was this
4   after Harris handed him the money that the
5   police car arrived?
6     A. Almost at the same time. The
7   money -- no. I'm sorry. Reno came out from the
8   store, handed the objects to the undercover
9   right around the same time as the officer was
10   arriving and parking his marked police car. And
11   the UCO took whatever it was that Reno gave him
12   and walked off to his undercover vehicle. The
13   squad car was still on the scene as Reno went
14   inside to the southwest corner store.
15     Q. Where did the marked car park?
16     A. Just like directly north of their
17   location across the street basically, really
18   close to the ABC Cellular store.
19     Q. Was it on Essex or 79th Street?
20     A. I believe it was 79th Street.
21     Q. So it would have been facing westbound
22   then?
23     A. Westbound possibly. I know it was on
24   the corner. Which way it was facing, I'm not

44

**McCorkle Court Reporters, Inc.**
**Chicago, Illinois   (312) 263-0052**

1  sure. I just know it was blue and white, and I
2  remember like being surprised by it.
3      Q.  It just stayed there for a few moments?
4      A.  A few moments, pulled over for whatever
5  reason and pulled off, yeah.
6      Q.  And when the car pulled up and you said
7  it pulled up about the time that Reno was
8  handing something back to Harris; is that right?
9      A.  Yeah, the second transaction.
10     Q.  When he came out of the store?
11     A.  Yeah.
12     Q.  Did Reno appear to take any evasive
13  action when the police car pulled up, the marked
14  car?
15     A.  I would say going into the store is
16  pretty evasive, yeah.
17     Q.  He went into the store after he handed
18  the items to Harris?
19     A.  Yes.
20     Q.  And then when you observed this, did
21  you observe him take any other evasive action
22  other than going back in the store?
23     A.  No. Once he was in the store, he was
24  out of my view; and what he was doing in there I
                                                    45

1  couldn't see.
2      Q.  All right. So as you were watching the
3  transaction take place between Harris and Reno,
4  were you on your radio describing anything about
5  it to anybody?
6      A.  Yeah, yeah.
7      Q.  And so you were describing what you
8  were observing?
9      A.  Yes.
10     Q.  All right. You were describing who
11  Reno was I take it or his description?
12     A.  Yeah. I did describe his description
13  at some point, yes.
14     Q.  And then did you -- was it you who then
15  told the enforcement officers that they should
16  come to the scene?
17     A.  No. I believe the sergeant at the time
18  did. That's totally up to the sergeant most of
19  the time I guess.
20     Q.  All right. And was the sergeant in the
21  vicinity?
22     A.  I believe so. I didn't see him.
23     Q.  What was the sergeant's name again?
24     A.  Sergeant Darwin Butler.
                                                    46

1      Q.  To your knowledge is he still with the
2  police department?
3      A.  I believe so.
4      Q.  So you believe Sergeant Butler was the
5  one that gave the order for the enforcement
6  officers to come in and take custody of Reno?
7      A.  Yeah. I'm not 100 percent sure about
8  that, but I'm pretty sure he might be.
9      Q.  And how much longer after -- you were
10  able to hear this over the radio I take it or
11  no?
12     A.  Hear what?
13     Q.  Hear the directive that the enforcement
14  officer is to come to the scene and take custody
15  of Reno.
16     A.  That's the part I'm not sure. I'm not
17  sure if the sergeant did or didn't, but I kind
18  of remember him doing it. It's very typical.
19  It's very typical. It happens nine times out of
20  ten.
21     Q.  All right. But you don't remember
22  yourself doing it then, asking the enforcement
23  officers to come?
24     A.  No.
                                                    47

1      Q.  Do you ever do that?
2      A.  Every so often I would, yes. It's not
3  as common as the sergeant doing it, though.
4      Q.  Did you hear Officer Harris say
5  anything over the radio after the transaction
6  was done and he started walking away?
7      A.  Yes.
8      Q.  What did you hear Harris say?
9      A.  By the time he got into the vehicle and
10  he turned on his radio I'm assuming at that time
11  got on to the radio and said it was a positive
12  transaction involving Reno. He didn't say Reno
13  but he gave a description of Reno and the last
14  known location where he was at and pretty much
15  described exactly what I saw.
16     Q.  All right. You had already done
17  something similar. You had gave a description
18  of what you saw?
19     A.  Correct.
20     Q.  Somebody gives the directive for the
21  enforcement officers to go and take custody?
22     A.  Yes.
23     Q.  And then how much longer -- how much
24  time elapsed between the transaction and was it
                                                    48

McCorkle Court Reporters, Inc.
Chicago, Illinois  (312) 263-0052

| | |
|---|---|
| 1 that the officers, the enforcement officers came | 1 they exited their enforcement vehicle. |
| 2 on the scene? | 2    Q. Were they in a marked car or unmarked |
| 3    A. I'm not sure. I would assume somewhere | 3 car? |
| 4 around ten minutes. | 4    A. It was -- it's not a blue and white but |
| 5    Q. Do you know why it would have taken | 5 it was definitely -- |
| 6 that long? | 6    Q. M plate car? |
| 7    A. Apprehending offenders of narcotic | 7    A. M plate car, yeah. |
| 8 transactions involving undercover police | 8    Q. See them get out of their car? |
| 9 officers too quickly sometimes give away the | 9    A. Yes. |
| 10 undercover status of the officer. So that's | 10    Q. And then what did you observe? |
| 11 probably why it would take a little longer than | 11    A. They walked into the store. |
| 12 immediately. | 12    Q. And then did you while they were in the |
| 13    Q. So during this time frame, the roughly | 13 store, did you hear them say anything over their |
| 14 ten-minute time frame before the enforcement | 14 radios? |
| 15 officers came, did you observe Reno again? | 15    A. I don't remember if they said anything |
| 16    A. Yes. After the enforcement arrived? | 16 on the radios. |
| 17    Q. No. Before the enforcement arrived. | 17    Q. How long were they in the store before |
| 18    A. No, I didn't see him. | 18 they came out? |
| 19    Q. And you were able to see the store | 19    A. I'm not sure. |
| 20 pretty clearly from where you were? | 20    Q. Would it be is it a matter of minutes |
| 21    A. Pretty clearly, yeah. | 21 or is it a half an hour? |
| 22    Q. Did you remain where you were before | 22    A. I would say a matter of minutes. |
| 23 the enforcement officers came? | 23    Q. All right. So when you see them come |
| 24    A. Yes. | 24 out with Reno, was Reno in handcuffs when they |
| 49 | 51 |

| | |
|---|---|
| 1    Q. My question is, you didn't see Reno | 1 came out? |
| 2 exit the store before the enforcement officers | 2    A. I don't think so. |
| 3 came or did you? | 3    Q. And so after they came out of the |
| 4    A. I did not. | 4 store, what was the next thing that happened |
| 5    Q. While you were waiting for the | 5 that you observed? |
| 6 enforcement officers to come, did you see | 6    A. Officer Harris and his vehicle was |
| 7 anything else of interest to you at that | 7 driving westbound on 79th, slowed down by the |
| 8 intersection? | 8 scene and continued westbound as he was on the |
| 9    A. I don't think so. | 9 radio explaining to the enforcement officers you |
| 10    Q. So then when the enforcement officers | 10 got the right guy. That's the guy that sold me |
| 11 came, that would have been Scher and Hoffman; am | 11 the narcotics. |
| 12 I correct? | 12    Q. Okay. Let me ask you, I mean you |
| 13    A. Yes. | 13 observed this whole thing, too; is that right? |
| 14    Q. And then what did you observe them do | 14    A. Yes. |
| 15 when they arrived? | 15    Q. Is there any reason why you couldn't |
| 16    A. They parked on the south side of the | 16 have just said that's the guys who sold him the |
| 17 street facing eastbound on that southwest | 17 narcotics without having Harris to drive by? |
| 18 corner. | 18    A. The only reason I could see is that |
| 19    Q. Say that again. Where did they park? | 19 Officer Harris had a closer view of who he's |
| 20    A. They were on the southwest corner and | 20 dealing with. It could very well happen where |
| 21 their vehicle is facing east but they were just | 21 my observations could have, you know, appear to |
| 22 west of Essex, if that makes sense. | 22 look like it's narcotics related. Like I told |
| 23    Q. All right. | 23 you, I didn't know what item was handed to |
| 24    A. And once they got to that location, | 24 undercover Harris but he does. So he should be |
| 50 | 52 |

1  the one explaining who sold him the narcotics,
2  not me.
3      Q. All right. So Harris drives by, slows
4  down and makes an identification which he
5  announces over the radio I take it?
6      A. Yes.
7      Q. And then what's the next thing you
8  observe happening between the enforcement
9  officers and Reno?
10     A. Shortly after that I just remember them
11 putting him in the back of the squad car and
12 driving off.
13     Q. Did you get out of your vehicle?
14     A. No. I was always in my vehicle.
15     Q. Did you have any -- they didn't have
16 any trouble with detaining or did you see if
17 they had any trouble detaining Reno?
18     A. There's a correction. I did say they
19 drove off, and I can't remember if they drove
20 off. I think I might have left when they were
21 still there. I'm sorry. What was your
22 question?
23     Q. Did you see them having any trouble
24 with detaining Reno?
53

1      Q. All right. Now, at some point in time
2  did you see Reno back at the police station?
3      A. No.
4      Q. You didn't see him again that day?
5      A. No. The enforcement officers pretty
6  much deal with Reno from that point on while we
7  process the reports in our office or somewhere
8  away from Reno.
9      Q. Did you have any communications while
10 you were on your way back to the office with the
11 enforcement officers about what they had found
12 when they detained Reno?
13     A. No. Usually we wait back at the
14 district or our area or headquarters before we
15 find out what, if anything, was recovered.
16     Q. So back at the station you found out
17 that they did not recover any 1505 funds?
18     A. Yeah, at some point, yeah.
19     Q. And when you found that out, did you
20 ask anybody about that?
21     A. No. It's pretty common. That happens
22 a lot.
23     Q. Well, did you find it unusual that no
24 1505 funds were found in this case?
55

1      A. No. It did not appear that way.
2      Q. Now, did you see them pat Reno down
3  while he was outside?
4      A. I don't remember if they patted him
5  down or not while outside.
6      Q. Now, you said you never got out of your
7  vehicle while you were at that intersection on
8  that date. Is that what you said?
9      A. I stayed in my vehicle.
10     Q. And then you left, and where did you go
11 when you left?
12     A. I don't remember. Probably to process
13 these reports at the area I'm assuming. I don't
14 remember exactly.
15     Q. All right. Did you observe any of the
16 enforcement officers go into any of the other
17 two stores that were on the other corners?
18     A. No, I do not observe them go into the
19 other two stores.
20     Q. All right. Did you observe any
21 officers go into or were you ever notified that
22 any of the other officers went into the other
23 two stores to look around for anything?
24     A. No, I was not notified of that.
54

1      A. No. Reno had plenty of time to hide it
2  if he wanted to or do whatever he wanted to get
3  rid of it. So I was not surprised at all.
4      Q. Where in your opinion or in your mind
5  based on your experience did he have to hide it
6  in the time period that he had?
7      A. I've had experience where people have
8  eaten the money or I've had experience where
9  someone ripped apart all the money and threw it
10 out the moving vehicle. It's very common that
11 1505 funds are not recovered, yeah.
12     Q. Well, in this case did the officers,
13 the enforcement officers they didn't tell you
14 that they had any unusual time with Reno when
15 they went into the store, did they?
16     A. I had no conversations about that, no.
17     Q. They didn't report to you that they saw
18 him as if he was eating funds or trying to throw
19 anything away, did they?
20     A. No. I'm sure they thought it was
21 common as I did.
22     Q. Were you able to form based upon what
23 the enforcement officers told you, were you able
24 to form any opinion as to what happened to the
56

14 (Pages 53 to 56)

McCorkle Court Reporters, Inc.
Chicago, Illinois (312) 263-0052

1  1505 funds?
2      A.  No.
3      Q.  Did the enforcement -- you would have
4  expected the enforcement officers to look for it
5  I take it; is that right?
6      A.  Yeah.  We always try to retrieve the
7  1505 funds.
8      Q.  So, for example, if he would have spent
9  or possibly would have spent it in the store,
10  you would have asked them to look in the cash
11  registers or ask the people in the store about
12  it?
13      A.  Yeah.  I mean I don't know what these
14  enforcement officers would do.  I know I would
15  ask to see if the bills were in there.
16      Q.  Right.  And then you were also informed
17  that no narcotics were found on Reno?
18      A.  Yeah.  I don't believe there was any
19  narcotics recovered from Reno.
20      Q.  Now, typically in your experience when
21  it's a drug dealer, they keep a stash of drugs
22  nearby to sell drugs; is that correct?
23      A.  Sometimes, yeah.
24      Q.  Would you have expected the enforcement
57

1  officers to look around a little bit in the
2  vicinity of Reno to see if there were any drugs
3  nearby?
4      A.  I would expect them to look, yeah.
5      Q.  They didn't find anything from what you
6  know; is that correct?
7      A.  Yeah, that's correct.
8      Q.  Now, you had said that you observed two
9  transactions prior to the transaction with
10  Harris; is that right?
11      A.  Yes.
12      Q.  Did you find any -- you didn't find any
13  large sum of money on Reno, did you?
14      A.  I didn't find anything on Reno.
15      Q.  Right.  Did it surprise you that he
16  didn't have any money or drugs or marked money
17  in his possession or nearby?
18      A.  That doesn't surprise me one bit.
19      Q.  No?  Did you ever determine where he
20  was getting the drugs from that he was selling
21  to these various people like where he was
22  stashing it?
23      A.  I don't know if he stashed any drugs.
24  I don't know.  I didn't have that type of
58

1  conversation with Reno or observe him going to
2  any stash.
3      Q.  Was it your impression based upon what
4  you observed, was it your impression that after
5  Harris handed him money, after you saw Harris
6  hand him money that Reno was going into the
7  store to get drugs?  Was that your impression?
8      A.  That was my impression.
9      Q.  All right.  Did you talk to anybody
10  about going back to the store to see if there
11  were any drugs that could be located there?
12      A.  No, no.  It's not uncommon to not find
13  drugs at the location of where a possible stash
14  may be because he could have sold the last bit
15  of narcotics.
16      Q.  Right.  Would you expect officers to
17  make an attempt to look for some, though?
18      A.  Yes.
19      Q.  Did you ask any other officers if they
20  had gone into the ABC store or the store that
21  was on the other corner to see if there was any
22  drugs or stash in there, in those places?
23      A.  No.
24      Q.  All right.  Now, you said you did not
59

1  see Reno again that day; is that correct?
2      A.  I didn't see him again that day.
3      Q.  Now that police report you have in
4  front of you, that's the one you authored, that
5  one; is that correct?
6      A.  Yes.
7      Q.  And then this is what you reviewed in
8  preparation for this deposition; is that right?
9      A.  This report in front of me?
10      Q.  Correct.
11      A.  Yes.
12      Q.  You don't say anything in this report
13  about observing transactions, two transactions
14  prior to Harris coming and doing a transaction,
15  do you?
16      A.  No, I do not.
17      Q.  All right.  Is there any particular
18  reason why you wouldn't say that?
19      A.  I didn't feel like there was enough
20  evidence to say that those transactions were
21  narcotics-related or if he was doing anything
22  else wrong.  Just what struck me was unusual as
23  a possible narcotics transaction at that time
24  caught my interest and decided to set up on it
60

McCorkle Court Reporters, Inc.
Chicago, Illinois   (312) 263-0052

1    and send an undercover officer to go ahead and
2    try to purchase narcotics from him to see if he
3    was indeed up to selling narcotics.
4        Q. Okay. You relate in your report the
5    conversation between Reno and Harris. For
6    example, you say UCO asked Reno for rocks. Reno
7    then asked UCO how many did UCO want. You
8    didn't hear that, or did you hear that?
9        A. I think you're looking at a different
10   report.
11       MS. BENSON: I think that's Harris's.
12       MR. FOX: I'm sorry. Let's go to your
13   report.
14   BY MR. FOX:
15       Q. You don't say anything or do you say
16   anything in this report about observing Harris
17   to hand money to Reno?
18       A. No, I didn't.
19       Q. Any particular reason why you didn't
20   say you observed Harris hand money to Reno?
21       A. You know, I might have just left it
22   out. I don't really have a reason.
23       Q. When did you write this report?
24       A. The day of the incident.

61

1        Q. Did you make arrests of any other
2    persons on this particular day?
3        A. I think so. I don't remember exactly.
4        Q. Do you recall if anybody else gave you
5    any information, any other arrestee or suspect
6    gave you information to the effect that they
7    thought Reno or this guy matching his
8    description was dealing narcotics?
9        A. No, nothing like that.
10       Q. Other than the report we were just
11   looking at, Gonzalez 1, did you author any other
12   documents at all, either reports or inventory
13   reports or anything?
14       A. I don't believe so. I don't have a
15   recollection of preparing any other reports that
16   day.
17       Q. All right. You know in your report on
18   the second page you have the inventory number of
19   the narcotics. Do you see that?
20       A. I do.
21       Q. Where did you get that number from?
22       A. It's very typical that before I start a
23   report, sometimes I might ask the inventorying
24   officer what the inventory might be or he might

62

1    have wrote it down on a piece of paper and
2    handed me a piece of paper with the number on
3    it. I don't remember in this case which of the
4    two it was.
5        Q. Okay. And who would be the one that
6    you would ask about that? Would there be a
7    particular person you would ask about that or
8    no?
9        A. I would start off by asking the officer
10   that inventoried the narcotics or I could ask
11   Officer Harris who's preparing a similar report
12   and he might already have the information.
13       Q. Did you ever see the drugs that Harris
14   said that Reno sold to him?
15       A. I don't remember.
16       Q. Back at the station you guys -- there's
17   a room you guys sit in where you do all of your
18   paperwork together; is that right?
19       A. Yes.
20       Q. Do you weigh the drugs that you get in
21   that room as well?
22       A. Typically we weigh the drugs if they're
23   like an exorbitant or maybe just a large amount.
24   In this case I'm pretty sure we did not weigh

63

1    the narcotics.
2        Q. Did you do a field test for it back at
3    the station or anywhere?
4        A. Sometimes depending on the
5    investigation or it depends what we're doing,
6    what type of reports are necessary.
7        Q. Do you know if you did a field test in
8    this case?
9        A. I don't think we did.
10       Q. Do you know any particular reason why
11   not?
12       A. Because it was going to be sent to the
13   Illinois State Lab for testing and analysis.
14       Q. Right. But that's done often when you
15   do a field test anyway, isn't it?
16       A. The field test is not as good as the
17   Illinois State test.
18       Q. Right. So, well, sometimes you do a
19   field test, though, don't you?
20       A. I do, yes, sometimes when I'm typing a
21   search warrant or something where a judge might
22   need probable cause immediately.
23       Q. And the inventory sheets for these
24   things you guys fill out the report and the

64

16 (Pages 61 to 64)

**McCorkle Court Reporters, Inc.**
**Chicago, Illinois   (312) 263-0052**

1  inventory reports for this thing all in the same
2  room?
3      A.  Not necessarily.  Our room is pretty
4  small with three computers.  Sometimes other
5  officers are preparing reports elsewhere like in
6  the detective division area where there's a lot
7  more computers.  So we might be split up.
8      Q.  Did that happen in this case where you
9  guys split up or do you remember?
10     A.  I don't remember.
11     MR. FOX:  All right.  I'm going to show you
12 we'll call this Gonzalez 2.  This is the
13 inventory report.
14         (Whereupon, Gonzalez Deposition
15          Exhibit No. 2 was marked for
16          identification.)
17 BY MR. FOX:
18     Q.  So this is the inventory report for the
19 narcotics that were recovered; is that right?
20     A.  It looks like it is.
21     Q.  All right.  And this was -- and can you
22 tell who prepared this report from looking at
23 it?
24     A.  You know, it says Jerome Hoffman was

65

1  the first officer so he might have been the one,
2  but I couldn't just tell by that for sure.
3      Q.  Toward the bottom you're saying where
4  you see first officer's name?
5      A.  Yeah.  That's typically who inventories
6  it but not all the time.
7      Q.  All right.  By looking at this, does
8  that refresh your recollection as to whether or
9  not he was working in the same room as you when
10 these reports were being written?
11     A.  That does not refresh my memory as to
12 whether or not he was in the same room or
13 inventorying this.
14     Q.  Right.  This inventory report has a
15 slightly different inventory number than the one
16 you recorded in the police report.
17     A.  That's correct.
18     Q.  Do you know why that is?
19     A.  It looks like the one digit is off.
20 The four might have looked like a nine, and the
21 nine might have looked like a four.  A mistake
22 typo might have occurred.  Probably my fault.
23     Q.  I'm sorry.  I think I asked you that.
24 I forgot what you said.  Do you recall if you

66

1  made any other arrests this particular day?
2      A.  Yeah.  I don't know for sure.
3      Q.  What time did your shift start on this
4  day?  What watch did you work?
5      A.  It's mostly a morning watch but shift
6  times vary especially during a Surgical Strike
7  Mission.  I don't know what time we started that
8  day.
9      Q.  This happened toward, well, after 4:00
10 o'clock, correct?
11     A.  4:00 p.m., yeah.
12     Q.  So this would have been toward the end
13 of your shift?
14     A.  I don't know if it's the end of the
15 shift.  I'm not sure.
16     Q.  After this arrest and after you're done
17 with the paperwork, do you recall if you went
18 back out on the street and did more patrolling
19 or more investigating?
20     A.  I do not recall.
21     Q.  Did you ever follow-up in any fashion
22 either by asking questions or doing your own
23 investigation at any time after this to see if
24 you could locate the 1505 funds or any other

67

1  drugs that Reno might have had?
2      A.  No.
3      Q.  You know, as you sit here today, is it
4  possible that maybe it was the wrong -- that
5  Harris pointed out the wrong guy doing the buy
6  with?
7      A.  No, it's not possible.
8      Q.  No?
9      A.  No.
10     MR. FOX:  All right.  I have nothing further.
11     MS. BENSON:  Okay.  We're all set.  We'll
12 reserve signature.
13         FURTHER DEPONENT SAITH NOT.
14         (Proceedings concluded at
15          2:25 p.m.)
16
17
18
19
20
21
22
23
24

68

17 (Pages 65 to 68)

1 STATE OF ILLINOIS )
2 ) SS:
3 COUNTY OF C O O K )
4
5 IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
6 COUNTY DEPARTMENT - LAW DIVISION
7 MICHAEL RENO, )
   Plaintiff, )
8 vs. ) No. 10 CV 6114
   City of Chicago Police )
9 Officer KEITH HARRIS, )
   Star #19542, et al., )
10 Defendants. )
11 I, NELSON GONZALEZ, being first duly
12 sworn, on oath say that I am the deponent in the
13 aforesaid deposition taken on September 28,
14 2011; that I have read the foregoing transcript
15 of my deposition, and affix my signature to
16 same.
17
   NELSON GONZALEZ
18
19 Subscribed and sworn to
   before me this   day
20 of        , 2012
21
22
   Notary Public
23
24
69

1 said witness, and afterwards reduced to
2 typewriting by Computer-Aided Transcription, and
3 the foregoing is a true and correct transcript
4 of the testimony so given by said witness as
5 aforesaid.
6 I further certify that the signature to
7 the foregoing deposition was reserved by counsel
8 for the respective parties and that there were
9 present at the deposition the attorneys
10 hereinbefore mentioned.
11 I further certify that I am not counsel
12 for nor in any way related to the parties to
13 this suit, nor am I in any way interested in the
14 outcome thereof.
15 IN TESTIMONY WHEREOF: I have hereunto
16 set my hand and affixed my notarial seal this
17 16th day of January, 2012.
18
19
20
21
22 NOTARY PUBLIC, COOK COUNTY, ILLINOIS
23
24
71

1 STATE OF ILLINOIS )
2 ) SS:
3 COUNTY OF COOK )
4 I, Jennifer Buckley, a notary public
5 within and for the County of Cook County and
6 State of Illinois, do hereby certify that
7 heretofore, to-wit, on September 28, 2011,
8 personally appeared before me, at 300 West Adams
9 Street, Suite 330, Chicago, Illinois, NELSON
10 GONZALEZ, in a cause now pending and
11 undetermined in the United States District Court
12 wherein MICHAEL RENO is the Plaintiff, and City
13 of Chicago Police Officer KEITH HARRIS, Star
14 #19542, City of Chicago Police Officer JEROME
15 HOFFMAN, Star # 19110, City of Chicago Police
16 Officer SCHER, City of Chicago Police Officer
17 NELSON GONZALEZ, Star #7235 and the CITY OF
18 CHICAGO are the Defendants.
19 I further certify that the said NELSON
20 GONZALEZ was first duly sworn to testify the
21 truth, the whole truth and nothing but the truth
22 in the cause aforesaid; that the testimony then
23 given by said witness was reported
24 stenographically by me in the presence of the
70

1   McCorkle Court Reporters, Inc.
    200 N. LaSalle Street Suite 300
2   Chicago, Illinois 60601-1014
3
4   DATE: January 16, 2012
    Ms. Victoria Benson
5   Cuisnier, Farahvar & Benson, Ltd.
    200 West Adams Street, Suite 430
6   Chicago, Illinois 60603
7   IN RE: Reno v. City of Chicago
    COURT NUMBER: 10 CV 6114
8   DATE TAKEN: 9/28/11
    DEPONENT: Officer Nelson Gonzalez
9
    Dear Ms. Benson:
10
    Enclosed is the deposition transcript for the
11  aforementioned deponent in the above-entitled
    cause. Also enclosed are additional signature
12  pages, if applicable, and errata sheets.
13  Per your agreement to secure signature, please
    submit the transcript to the deponent for review
14  and signature. All changes or corrections must
    be made on the errata sheets, not on the
15  transcript itself. All errata sheets should be
    signed and all signature pages need to be signed
16  and notarized.
17  After the deponent has completed the above,
    please return all signature pages and errata
18  sheets to me at the above address, and I will
    handle distribution to the respective parties.
19
    If you have any questions, please call me at the
20  phone number below.
21
    Sincerely,
22
    Margaret Setna      Court Reporter
23  Present:
    Signature Department   Jennifer Buckley
24
72

18 (Pages 69 to 72)

McCorkle Court Reporters, Inc.
Chicago, Illinois (312) 263-0052

**A**

abc 26:3,5,7 27:12
  28:4,8,17,21 35:9
  35:19 38:9 39:21
  44:18 59:20
able 27:7 39:7
  47:10 49:19
  56:22,23
aboveentitled
  72:11
accept 24:20
accepting 27:3
  28:14
accurate 15:22
action 45:13,21
activity 13:16,18
  13:22,24 23:2
  29:13
adams 1:17 2:4,12
  70:8 72:5
additional 72:11
address 72:18
advertise 31:5,11
affix 69:15
affixed 71:16
aforementioned
  72:11
aforesaid 69:13
  70:22 71:5
afternoon 30:4
  33:4
age 30:15
ago 4:18 9:19
agreement 72:13
ahead 29:15 61:1
al 69:9
amount 63:23
analysis 64:13
angle 28:13
announces 53:5
answer 5:1,5 34:15
anybody 10:14
  16:17 22:18
  30:16 43:11 46:5
  55:20 59:9 62:4
anyway 64:15

apart 56:9
appear 24:19
  28:13 45:12
  52:21 54:1
appearances 2:1
appeared 24:13,15
  26:23,24 70:8
applicable 72:12
application 12:23
  13:1
apply 13:13
apprehending
  49:7
approximately
  7:11
area 17:3,9 18:3,24
  21:10 22:8,14
  23:1,7,13 24:2
  30:1 36:7 38:19
  54:13 55:14 65:6
areas 12:9,12
arrest 9:10 10:16
  16:14 21:19
  67:16
arrested 11:10,11
  15:16,22 16:2
  22:18
arrestee 62:5
arrests 14:2,4,7,14
  14:15,21,24 62:1
  67:1
arrived 44:5 49:16
  49:17 50:15
arriving 44:10
asked 57:10 61:6,7
  66:23
asking 47:22 63:9
  67:22
assigned 8:3,11
  23:10
assignment 6:20
  12:22 13:11
assignments 32:9
assigns 7:24
associates 2:2
assume 49:3

assuming 41:4
  48:10 54:13
attempt 15:19
  59:17
attention 28:2
attorneys 71:9
author 62:11
authored 60:4

**B**

b3 20:5
b5 9:7,16,18 20:2
back 9:9 15:18,20
  36:13 37:18 42:9
  42:24 43:6,7 45:8
  45:22 53:11 55:2
  55:10,13,16
  59:10 63:16 64:2
  67:18
background 13:8,9
based 21:11 33:19
  56:5,22 59:3
basically 27:23
  29:3 33:14 41:14
  44:17
beard 25:20,21
believe 11:18,24
  13:17 28:21
  29:12 34:17
  43:24 44:20
  46:17,22 47:3,4
  57:18 62:14
benson 2:10,11
  61:11 68:11 72:4
  72:5,9
better 36:5
bills 57:15
bit 37:18 39:15
  58:1,18 59:14
black 24:4,5,5
  25:11,22 30:17
  32:20
blanks 11:18,21
  20:15
block 27:24 36:10
  36:11,14
blue 45:1 51:4

borrow 11:12
bosses 14:10,12,18
  14:20
bottom 19:20,22
  66:3
buckley 1:15,23
  70:4 72:23
building 41:6 43:9
bump 29:16
butler 16:22 46:24
  47:4
buy 15:15,17 18:11
  25:3 32:21 33:13
  33:17,21 34:10
  68:5
buys 15:9

**C**

call 10:4 19:11
  29:15 36:2 65:12
  72:19
called 1:11 5:14
  7:14 9:4,14
cant 16:23 25:22
  30:4 35:22 38:15
  53:19
cap 24:5
car 23:18 33:9
  39:15 43:13,14
  43:17,18 44:5,10
  44:13,15 45:6,13
  45:14 51:2,3,6,7
  51:8 53:11
cars 33:14
case 10:7,19 11:3
  14:2 23:12 33:3
  34:11,14 55:24
  56:12 63:3,24
  64:8 65:8
cases 5:19
cash 57:10
caught 60:24
cause 64:22 70:10
  70:22 72:11
cellular 26:3,7
  28:8,21 35:10,20
  38:9 44:18

certain 12:8 14:24
  15:4 18:2
certify 70:6,19
  71:6,11
changed 9:8,19
changes 72:14
checks 13:8,9
chicago 1:5,7,8,9
  1:10 2:6,14 6:1
  69:8 70:9,13,14
  70:15,16,18 72:2
  72:6,7
circuit 69:5
circumstances
  33:22
city 1:5,6,8,9,10
  7:23 12:9 22:8
  69:8 70:12,14,15
  70:16,17 72:7
citywide 7:5
civil 1:12 4:14
clear 41:20,23
clearly 49:20,21
clenched 42:18
clinched 26:20
close 26:7 28:7
  39:22 44:18
closely 40:6
closer 52:19
closest 34:14
clothing 29:22
coat 25:14
college 6:10
combat 12:8
come 9:1 37:20
  39:6,7,11 41:22
  46:16 47:6,14,23
  50:6 51:23
coming 60:14
common 16:8,12
  48:3 55:21 56:10
  56:21
communication
  43:20
communications
  55:9

completed 72:17
computer 6:14
computeraided 71:2
computers 65:4,7
concentrate 23:7
concluded 68:14
conducted 24:13 24:15
conducting 22:10 26:18
confidential 8:10
connection 32:9 43:1,2
contact 26:22
continued 52:8
control 15:12
controlled 15:9,15 25:2
conversation 24:11 24:18 26:19 28:13 38:16 39:20,23 40:1 41:24 42:20 59:1 61:5
conversations 56:16
cook 1:16 69:5 70:3,5 71:22
corner 26:4 27:10 27:12 28:5,9,10 28:22,23,24 35:14,21 36:17 36:18 38:9 39:18 40:3,7,10,12,15 40:16 41:6 42:3,4 43:8 44:14,24 50:18,20 59:21
corners 36:20 37:5 37:9 54:17
correct 5:7,11 16:15 17:5 18:9 18:15,16 19:23 20:2,3,19,22 21:24 36:21,22 37:21 43:3 48:19

50:12 57:22 58:6 58:7 60:1,5,10 66:17 67:10 71:3
correction 53:18
corrections 72:14
couldnt 27:5,6 46:1 52:15 66:2
counsel 71:7,11
county 1:16 69:3,5 69:6 70:3,5,5 71:22
couple 25:4
course 5:4,12 23:14
court 1:1 5:11,19 69:5 70:11 72:1,7 72:22
courts 1:13
covert 23:21,22 33:14 39:12
crime 12:11
criminal 5:19 10:7
crossed 39:16 40:11
cuisinier 2:10 72:5
currency 40:18,19 40:22
current 6:20
currently 6:17 8:13
custody 47:6,14 48:21
custom 18:1
cv 1:5 69:8 72:7

**D**

dark 25:12
darwin 46:24
date 17:21 54:8 72:4,8
day 7:18,20 9:9,21 11:9,12,15 12:4 16:13,17 17:3 18:22 20:11 21:1 21:10,22 22:19 22:23 23:14 32:10 33:16,19

34:1 37:7,12,14 55:4 60:1,2 61:24 62:2,16 67:1,4,8 69:19 71:17
deal 55:6
dealer 57:21
dealers 15:23 16:2 31:10
dealing 52:20 62:8
dear 72:9
december 5:23
decided 32:10 60:24
decides 8:4
defendants 1:11 2:16 69:10 70:18
definitely 14:4 40:19,21 51:5
denomination 40:24
department 6:1 47:2 69:6 72:23
departments 6:2 12:10
depending 33:22 64:4
depends 7:22 8:7 64:5
deponent 68:13 69:12 72:8,11,13 72:17
deposition 1:11 3:13 4:12,15 9:23 19:12 60:8 65:14 69:13,15 71:7,9 72:10
depositions 1:14 10:18,22
describe 12:7 24:16 26:9,14,21 28:11 29:18 43:16 46:12
described 34:21 48:15
describing 34:6 46:4,7,10

description 29:22 29:23 31:16 32:5 34:7 38:23,24 39:2 46:11,12 48:13,17 62:8
designated 33:4
designation 33:6
designations 18:17
detained 55:12
detaining 53:16,17 53:24
detective 65:6
determine 58:19
determined 32:11
didnt 23:23 24:23 30:16 31:7 35:2 46:22 47:17 48:12 49:18 50:1 52:23 53:15 55:4 56:13,17 58:5,12 58:14,16,24 60:2 60:19 61:8,18,19
different 9:2,2,5 9:17 10:24 20:20 28:12 30:15,20 30:23 61:9 66:15
digit 66:19
direction 36:24 37:1
directions 30:20
directive 47:13 48:20
directly 41:16 44:16
distribution 72:18
district 1:1,2,13 6:17,19 7:3,4,10 7:12,18 55:14 70:11
division 1:3 6:22 6:24 7:3,13,15 8:20 9:7 12:16,21 65:6 69:6
documents 9:23 62:12
doesnt 18:20 22:16

32:22 58:18
doing 10:5 22:24 28:15 29:20 34:20,24 38:7,13 45:24 47:18,22 48:3 60:14,21 64:5 67:22 68:5
dont 4:18 5:6 9:15 9:20 14:11 17:16 17:18 19:1 21:7 21:12 22:21 23:5 26:20 27:20 33:14 34:2,4,24 35:19 36:13 38:15 47:21 50:9 51:15 52:2 54:4 54:12,13 57:13 57:18 58:23,24 60:12 61:15,22 62:3,14,14 63:3 63:15 64:9,19 65:10 67:2,7,14
dressed 24:4
drive 33:9 52:17
drives 53:3
driving 27:18,23 52:7 53:12
drove 36:9 43:23 44:1,3 53:19,19
drug 15:22 16:1 57:21
drugs 16:3 29:16 32:6 35:3 57:21 57:22 58:2,16,20 58:23 59:7,11,13 59:22 63:13,20 63:22 68:1
duly 4:1 69:11 70:20

**E**

east 24:7 26:2 29:4 30:10 39:13 41:16,17,18 50:21
eastbound 50:17
eastern 1:3

eaten 56:8
eating 56:18
ed 2:2
education 6:9
edward 2:3
effect 34:16 62:6
eight 8:17
either 11:22 16:9
    16:10 28:14 33:7
    33:20 35:3 62:12
    67:22
elapsed 48:24
elses 10:14
employed 5:24
enclosed 72:10,11
ended 31:19
enforcement 18:14
    20:17 32:17 33:7
    33:8 46:15 47:5
    47:13,22 48:21
    49:1,14,16,17,23
    50:2,6,10 51:1
    52:9 53:8 54:16
    55:5,11 56:13,23
    57:3,4,14,24
entire 10:9 26:9,14
    37:4
errata 72:12,14,15
    72:17
especially 67:6
essex 17:4,5 18:24
    20:11 21:1,24
    22:9,14,20 23:16
    24:3,10 25:24
    30:1 39:14 44:19
    50:22
et 69:9
evasive 45:12,16
    45:21
event 29:11
evidence 60:20
exactly 25:22 28:6
    30:5 48:15 54:14
    62:3
examination 1:12
    3:2 5:16

examined 5:14
example 57:8 61:6
exchanged 24:21
    24:22,23 35:4,5
exchanging 27:1
exhibit 3:13 19:13
    65:15
exit 50:2
exited 51:1
exorbitant 63:23
expect 58:4 59:16
expected 14:23
    21:15 57:4,24
experience 15:21
    16:1,5,11 31:9
    56:5,7,8 57:20
explaining 52:9
    53:1
exposed 33:11

                F
facing 36:23 44:21
    44:24 50:17,21
fact 21:4 29:12
fair 23:16,17 27:10
    35:5,6
familiar 15:7,8,10
far 8:9 10:15 34:18
farahvar 2:10 72:5
fashion 31:5 67:21
fault 66:22
federal 4:14
feel 60:19
female 24:12 25:7
    25:9,11,11 26:10
    26:12,15,17,19
    28:7 30:14,17
    31:14
fence 37:2
field 64:2,7,15,16
    64:19
fill 64:24
financial 13:9
find 27:18 55:15
    55:23 58:5,12,12
    58:14 59:12
first 12:21 17:24

26:10,11,12,17
27:16 28:1 35:7
36:4 66:1,4 69:11
70:20
five 30:12,18,21
focus 17:1
folks 16:5
following 40:6
follows 5:15
followup 67:21
foot 30:6
foregoing 69:14
    71:3,7
forget 7:8
forgot 66:24
form 8:2 56:22,24
found 55:11,16,19
    55:24 57:17
four 17:7 36:20
    37:4 66:20,21
fox 2:2,3 3:4 4:3,8
    4:11,17,20,22 5:5
    5:9,17 19:7,15
    61:12,14 65:11
    65:17 68:10
frame 38:4 49:13
    49:14
front 14:10 28:4
    39:21 40:14 41:8
    60:4,9
funds 15:12,15,17
    15:20 33:24 34:3
    55:17,24 56:11
    56:18 57:1,7
    67:24
further 23:3 36:12
    68:10,13 70:19
    71:6,11

                G
gate 37:2
gathering 8:9
general 22:8
generally 15:14
    16:6 18:2 30:7
gentleman 25:20
geographical 23:6

23:13
getlon 20:14 21:3
getting 58:20
give 23:6 24:19
    49:9
given 14:24 23:8
    23:13 30:13 43:5
    70:23 71:4
gives 48:20
giving 27:2,8 28:14
go 4:22 7:21 12:11
    21:21,22 22:2
    28:16,21 29:15
    35:12 37:11
    48:21 54:10,16
    54:18,21 61:1,12
going 4:22,23 5:23
    8:6 18:8,11,14
    19:8 21:21 23:1
    28:19 29:1,5,13
    31:19 32:10,20
    34:9 41:13 45:15
    45:22 59:1,6,10
    64:12 65:11
gonzalez 1:9,11 3:3
    3:13 4:6,6,12
    5:13 19:11,12,17
    19:19,22 62:11
    65:12,14 69:11
    69:17 70:10,17
    70:20 72:8
good 37:4 64:16
gray 25:12
groups 30:16
grubs 20:14 21:3
guess 8:7 12:9
    46:19
guns 33:11
guy 32:22 52:10,10
    62:7 68:5
guys 16:2 32:8
    52:16 63:16,17
    64:24 65:9

                H
half 51:21
hand 24:20 42:17

42:23 59:6 61:17
    61:20 71:16
handcuffs 51:24
handed 40:22 42:3
    42:18 44:4,8
    45:17 52:23 59:5
    63:2
handing 42:13
    45:8
handle 72:18
hands 26:20,22,24
    27:1
handtohand 22:11
    24:13,16 26:18
    29:11 42:10
happen 25:2 31:12
    34:10 52:20 65:8
happened 12:24
    32:7 35:23 43:16
    43:17 52:4 56:24
    67:9
happening 34:13
    53:8
happens 47:19
    55:21
harris 1:6 10:23
    11:4,22,24 16:15
    19:9 25:2 31:22
    32:1 34:9,17
    37:20 38:1,5,23
    39:6,7 40:5,17,17
    40:22 42:4,21,24
    43:4 44:4 45:8,18
    46:3 48:4,8 52:6
    52:17,19,24 53:3
    58:10 59:5,5
    60:14 61:5,16,20
    63:11,13 68:5
    69:9 70:13
harriss 61:11
head 5:6 11:18
headquarters
    55:14
hear 30:24 31:4,7
    41:24 42:20
    47:10,12,13 48:4

48:8 51:13 61:8,8
**heard** 5:1 31:12,13
**heavy** 30:8
**help** 18:7
**hereinbefore** 71:10
**heretofore** 70:7
**hereunto** 71:15
**hes** 52:19
**hide** 56:1,5
**highest** 6:9
**hispanic** 32:20
**hoffman** 1:7 11:4,7
11:23 12:1 16:15
20:15,17 50:11
65:24 70:15
**hooded** 24:5
**hour** 1:18 51:21
**hundreds** 5:20

**I**

**id** 3:12
**identification**
19:14 53:4 65:16
**identified** 19:17
22:10
**ill** 5:2 19:7,7,10
34:16,18
**illinois** 1:2,17,18
2:6,14 64:13,17
69:1,5 70:1,6,9
71:22 72:2,6
**im** 4:23 6:6 11:5,17
12:17 14:4 15:10
16:23 17:10,11
17:23 19:8,22
21:1 31:3 34:18
35:2,10 40:9 41:4
43:19 44:7,24
47:7,8,16,16
48:10 49:3 51:19
53:21 54:13
56:20 61:12
63:24 64:20
65:11 66:23
67:15
**immediately** 36:1
49:12 64:22

**impression** 59:3,4
59:7,8
**incident** 61:24
**individuals** 15:16
**information** 29:8
62:5,6 63:12
**informed** 8:5
57:16
**inside** 35:12 36:19
44:14
**intelligence** 8:9
**interest** 50:7 60:24
**interested** 71:13
**intersection** 22:13
22:19,20 23:15
24:8,9 25:23,24
30:7 32:6,11
39:18 40:2 43:12
50:8 54:7
**interviewed** 13:2,4
**interviews** 13:9
**inventoried** 63:10
**inventories** 66:5
**inventory** 62:12,18
62:24 64:23 65:1
65:13,18 66:14
66:15
**inventorying** 62:23
66:13
**investigate** 23:3,14
**investigating** 67:19
**investigation** 23:15
64:5 67:23
**investigations** 7:22
8:1,6,8,11
**involved** 12:19
14:21 43:15
**involving** 29:14
48:12 49:8
**isnt** 64:15
**isolated** 38:21
**item** 52:23
**items** 24:19,20
45:18
**ive** 31:13 56:7,8

**J**

**jacket** 24:5 25:13
**january** 71:17 72:4
**jeans** 24:5,6
**jennifer** 1:15,23
70:4 72:23
**jerome** 1:7 65:24
70:14
**job** 22:5 32:18
**jobs** 8:11
**judge** 64:21

**K**

**keep** 13:15,18,24
14:7,11 57:21
**keeps** 14:5
**keith** 1:6 10:23
11:4 34:17 69:9
70:13
**kind** 8:2,8,24
29:13 36:4 39:16
41:5,10 43:18
47:17
**knew** 22:23
**know** 5:2 9:15,16
9:18,20 12:3,18
13:15 14:18 19:1
21:4,8 24:18,23
26:16,21 30:9,15
33:7 35:9 38:15
41:10 44:23 45:1
49:5 52:21,23
57:13,14 58:6,23
58:24 61:21
62:17 64:7,10
65:24 66:18 67:2
67:7,14 68:3
**knowledge** 43:21
47:1
**known** 48:14

**L**

**lab** 64:13
**labeled** 20:17
**lapsed** 37:17
**large** 58:13 63:23
**lasalle** 72:1
**law** 69:6

**lawsuit** 21:19
**left** 53:20 54:10,11
61:21
**level** 6:9
**license** 1:24 23:23
**lieutenant** 8:12
**limits** 23:6
**lines** 4:23
**listening** 39:1
**little** 32:24 37:18
39:15 49:11 58:1
**locate** 18:2 67:24
**located** 17:3,8
29:23 59:11
**location** 27:19
28:24 29:21 43:8
44:17 48:14
50:24 59:13
**locations** 29:6
**long** 4:18 5:21 6:23
7:6 8:22 27:16,21
49:6 51:17
**longer** 47:9 48:23
49:11
**look** 22:6 23:2
31:18 32:22 33:9
33:14 52:22
54:23 57:4,10
58:1,4 59:17
**looked** 10:15 13:21
17:12 22:10 25:9
41:5 66:20,21
**looking** 20:1,8
61:9 62:11 65:22
66:7
**looks** 9:11 65:20
66:19
**lot** 29:3 35:21
36:18,19,21
41:15 55:22 65:6
**loud** 5:6

**M**

**major** 6:11
**making** 14:16
43:10
**male** 24:12 25:7,18

26:10,12 27:15
28:3 30:14,17
31:14 32:20
**mandatory** 15:5
**march** 9:11 11:9
17:3 18:22 20:11
**margaret** 72:22
**marked** 3:12 15:8
19:9,13 43:14
44:10,15 45:13
51:2 58:16 65:15
**matching** 62:7
**mathematics** 6:14
**matter** 51:20,22
**mccorkle** 72:1
**mean** 6:6 30:19
34:10 52:12
57:13
**measures** 18:7
**member** 11:23
14:6
**members** 9:3 11:13
12:1 17:6 31:24
32:3
**memory** 66:11
**mention** 20:15
**mentioned** 71:10
**michael** 1:4 69:7
70:12
**military** 6:6,8
**mind** 56:4
**minute** 27:21
**minutes** 38:2 49:4
51:20,22
**mission** 12:5,7,10
12:14 18:3 22:3
22:24 43:15 67:7
**missions** 17:20,23
23:5
**mistake** 66:21
**moments** 45:3,4
**money** 15:8 16:9
16:10 24:21 34:2
35:3 40:20 42:4
44:4,7 56:8,9
58:13,16,16 59:5

59:6 61:17,20
**morning** 67:5
**motioning** 26:24
**moving** 14:1 35:21
  56:10
**multiple** 18:19

**N**

**name** 4:3,4,5 9:5
  9:17 11:17,20
  13:10 46:23 66:4
**named** 7:5 12:5,10
**names** 17:12 19:2
  20:1
**narcotic** 49:7
**narcoticrelated**
  22:11 29:13
**narcotics** 6:21 7:2
  7:13,15 8:20 9:6
  12:12,15,18,21
  16:6 19:18 20:2,5
  22:7,15 31:6
  32:15 34:8 36:7
  52:11,17,22 53:1
  57:17,19 59:15
  60:23 61:2,3 62:8
  62:19 63:10 64:1
  65:19
**narcoticsrelated**
  60:21
**near** 22:19 38:9
**nearby** 16:7,11
  57:22 58:3,17
**necessarily** 65:3
**necessary** 64:6
**need** 64:22 72:15
**needs** 18:7
**neighborhood**
  32:23
**nelson** 1:9,11 3:3
  4:5,6 5:13 69:11
  69:17 70:9,17,19
  72:8
**never** 54:6
**nine** 47:19 66:20
  66:21
**nods** 5:6

**north** 24:7,8 26:2
  29:4,5 30:11 37:1
  39:15,17,19
  44:16
**northeast** 28:22
**northerly** 36:23
**northern** 1:2
**northwest** 26:4
  35:14 38:9
**notarial** 71:16
**notarized** 72:16
**notary** 1:15 69:22
  70:4 71:22
**notice** 4:13
**notified** 54:21,24
**number** 3:12 4:7
  6:21 9:7 14:14,15
  14:20,24 15:4,5
  15:22 62:18,21
  63:2 66:15 72:7
  72:20
**numerous** 16:22
  17:22

**O**

**oath** 69:12
**object** 42:19,24
  43:4
**objects** 44:8
**observations** 21:16
  43:11 52:21
**observe** 27:7 39:7
  42:12 45:21
  49:15 50:14
  51:10 53:8 54:15
  54:18,20 59:1
**observed** 22:9 24:4
  24:7 29:19,20
  35:24 36:1 37:20
  37:24 38:8 39:5,7
  39:10 42:23 43:1
  45:20 52:5,13
  58:8 59:4 61:20
**observing** 28:20
  29:8 46:8 60:13
  61:16
**obvious** 24:6

**occasions** 24:10
  25:5,6
**occurred** 66:22
**oclock** 1:19 67:10
**offenders** 49:7
**offhand** 9:11
**office** 14:10 34:3
  55:7,10
**officer** 1:6,7,8,9
  4:8,10,12 5:22
  11:4,4,5,22 18:6
  18:9,12,21,23
  20:10,21 25:2
  29:15 32:16,21
  33:5,8,21,22
  34:10 40:5 42:11
  42:14 43:4,20,21
  44:1,3,9 47:14
  48:4 49:10 52:6
  52:19 61:1 62:24
  63:9,11 66:1 69:9
  70:13,14,16,16
  72:8
**officers** 8:14,16,17
  8:19 10:18,24
  11:2 12:15 14:19
  16:23 17:7,13
  18:2,15,18,20
  19:3 20:14,18,24
  21:3,5 29:9 32:14
  32:17 33:8,12,13
  34:6 38:24 46:15
  47:6,23 48:21
  49:1,1,9,15,23
  50:2,6,10 52:9
  53:9 54:16,21,22
  55:5,11 56:12,13
  56:23 57:4,14
  58:1 59:16,19
  65:5 66:4
**okay** 9:4 11:22
  18:22 19:8 21:14
  22:13 29:2,7
  35:24 52:12 61:4
  63:5 68:11
**old** 6:15

**older** 25:11,20
**once** 13:23 39:5,5
  42:2 45:23 50:24
**opinion** 56:4,24
**opportunity** 29:24
**opposed** 32:21
**orange** 24:6
**order** 35:22 47:5
**outcome** 71:14
**outside** 54:3,5

**P**

**page** 20:4 62:18
**pages** 72:12,15,17
**paper** 63:1,2
**paperwork** 63:18
  67:17
**park** 44:15 50:19
**parked** 39:12,13
  41:14 50:16
**parking** 36:18,19
  36:21 41:15
  44:10
**part** 8:13 11:2,10
  13:6 16:14,16
  17:1,2 22:3,4,5
  32:22 47:16
**participate** 18:18
**particular** 7:18
  9:21 12:4 18:22
  21:22 32:5 34:12
  35:11 60:17
  61:19 62:2 63:7
  64:10 67:1
**parties** 71:8,12
  72:18
**partner** 23:19
**passed** 42:8
**passerbys** 22:12
**passing** 26:16
**pat** 54:2
**patrol** 4:8 23:1
**patrolling** 67:18
**patted** 54:4
**penalty** 5:9
**pending** 70:10
**people** 8:24 22:6

30:9,13,19,21,23
  38:19,19 56:7
  57:11 58:21
**pepper** 25:21
**percent** 47:7
**period** 7:10 15:1
  40:7 42:8 56:6
**perjury** 5:10
**person** 24:11 27:8
  27:9 34:6 63:7
**personally** 14:10
  70:8
**persons** 62:2
**pertaining** 1:14
**phone** 72:20
**physical** 29:22
**piece** 63:1,2
**place** 12:21 18:5
  27:17 31:15 46:3
**places** 59:22
**plaintiff** 1:4 2:8
  69:7 70:12
**plan** 33:16 34:9
**plate** 23:23 33:9
  51:6,7
**please** 72:13,17,19
**plenty** 56:1
**pocket** 34:22,23
**pockets** 35:1
**point** 9:19 17:2
  27:19 28:1 30:9
  30:12,13,19
  35:12,18 36:6
  37:19 42:21
  43:23 46:13 55:1
  55:6,18
**pointed** 68:5
**poles** 41:22
**police** 1:5,7,8,9
  4:10 5:21 6:1,2,4
  12:9 33:10,15
  43:13,14,17,18
  44:5,10 45:13
  47:2 49:8 55:2
  60:3 66:16 69:8
  70:13,14,15,16

positioned 36:18
positioning 36:5
positive 48:11
possession 58:17
possible 22:6,11
  23:2 36:7 59:13
  60:23 68:4,7
possibly 34:12
  44:23 57:9
preparation 9:22
  60:8
prepared 10:2
  65:22
preparing 62:15
  63:11 65:5
presence 70:24
present 71:9 72:23
pretty 12:11 16:8
  16:12 17:10
  25:17 27:11,14
  27:20,22 34:11
  37:4 38:16 39:22
  45:16 47:8 48:14
  49:20,21 55:5,21
  63:24 65:3
previously 19:9
prior 8:7 58:9
  60:14
probable 64:22
probably 4:22
  49:11 54:12
  66:22
procedure 1:13
  4:14 18:1
proceeded 39:19
  43:5
proceedings 68:14
process 13:3,7
  15:10 54:12 55:7
public 1:15 69:22
  70:4 71:22
pulled 43:19 45:4
  45:5,6,7,13
purchase 34:19
  61:2
purchased 32:15

purchases 12:13
pursers 34:3
pursuant 1:12 4:13
  4:13
put 12:10,23,24
  19:10 34:22
putting 53:11

Q

question 8:2 50:1
  53:22
questions 4:24
  67:22 72:19
quick 27:20,22
quickly 49:9

R

radio 29:7,18
  31:24 32:2,3 34:8
  34:12,15,17 36:3
  36:6 38:22 46:4
  47:10 48:5,10,11
  52:9 53:5
radioed 29:10
  31:22 34:5
radios 51:14,16
rate 22:22
read 69:14
ready 34:19
really 24:6 27:21
  28:7 32:18 41:23
  44:17 61:22
reason 32:15 45:5
  52:15,18 60:18
  61:19,22 64:10
recall 11:13 13:7
  14:17 16:20 36:4
  62:4 66:24 67:17
  67:20
recollection 17:14
  17:15 19:4,5 20:9
  21:6 62:15 66:8
record 4:4,11
  19:16
recorded 66:16
recover 55:17
recovered 55:15

56:11 57:19
  65:19
reduced 71:1
referring 31:3
refers 9:6
refresh 17:14,15
  19:3,5 20:8 66:8
  66:11
refreshed 21:6
registers 57:11
relate 61:4
related 52:22
  71:12
remain 42:4 49:22
remember 4:18
  9:10 16:23 17:16
  17:18 21:7,12
  22:21 23:5 25:4,6
  25:7,9,15,18,22
  26:16 27:18,21
  30:5 32:4 34:2,4
  34:24 35:19,22
  36:13 38:15,17
  39:23 45:2 47:18
  47:21 51:15
  53:10,19 54:4,12
  54:14 62:3 63:3
  63:15 65:9,10
reno 1:4 9:10
  11:11 16:14
  21:19 22:10 24:4
  24:19 26:17,18
  28:14,16,21
  29:14,20,22
  30:24 32:7 34:20
  35:8 36:3 38:7
  39:2,19,20,23
  40:1,8,16,18,19
  40:22 41:3 42:2,7
  42:12,17,21,23
  43:5,7,24 44:7,11
  44:13 45:7,12
  46:3,11 47:6,15
  48:12,12,13
  49:15 50:1 51:24
  51:24 53:9,17,24

54:2 55:2,6,8,12
  56:1,14 57:17,19
  58:2,13,14 59:1,6
  60:1 61:5,6,6,17
  61:20 62:7 63:14
  68:1 69:7 70:12
  72:7
renos 34:7
repeat 5:2
rephrase 5:2
report 7:17 10:2
  10:13,14,16 19:3
  19:18,19 21:11
  21:15 56:17 60:3
  60:9,12 61:4,10
  61:13,16,23
  62:10,17,23
  63:11 64:24
  65:13,18,22
  66:14,16
reported 70:23
reporter 72:22
reporters 72:1
reports 10:3 13:16
  13:19,22,24 14:2
  17:13 54:13 55:7
  62:12,13,15 64:6
  65:1,5 66:10
reposition 36:16
repositioned 36:15
  37:20
representing 2:8
  2:16
reputation 22:14
  22:17
reserve 68:12
reserved 71:7
respective 71:8
  72:18
response 7:5
rest 29:24
resumes 13:10
retrieve 57:6
return 72:17
review 9:23 10:1,9
  10:14 72:13

reviewed 10:13,15
  60:7
rid 56:3
right 5:3,8 6:15 7:9
  7:17 9:9,12,13
  12:20 13:11 14:6
  14:12 16:13 17:6
  17:19 18:12 19:7
  21:4 22:1 23:12
  28:16 31:9 32:12
  33:3 35:1 36:18
  37:1 38:17 41:14
  42:17 43:10 44:9
  45:8 46:2,10,20
  47:21 48:16
  50:23 51:23
  52:10,13 53:3
  54:15,20 55:1
  57:5,16 58:10,15
  59:9,16,24 60:8
  60:17 62:17
  63:18 64:14,18
  65:11,19,21 66:7
  66:14 68:10
ripped 56:9
rocks 31:4,4,11
  61:6
room 63:17,21
  65:2,3 66:9,12
roughly 27:17 30:2
  37:18,23 38:18
  49:13
rule 18:5
rules 1:12 4:13,14

S

safety 18:7
saith 68:13
sales 16:10
salt 25:21
saw 20:1 24:17
  26:10,14 30:18
  30:21 31:14,21
  34:20 35:8 36:10
  42:7 48:15,18
  56:17 59:5
saying 30:24 32:4

36:6 66:3
says 65:24
scaffolding 40:12
  40:14 41:7,21
scene 37:21 38:1,6
  39:6,8 44:13
  46:16 47:14 49:2
  52:8
scher 1:8 11:5,23
  12:1 16:15 20:15
  20:16 50:11
  70:16
science 6:14
seal 71:16
search 64:21
second 20:4 31:21
  31:23 35:16 36:1
  37:24 38:5 45:9
  62:18
section 19:18
secure 72:13
see 11:2,3 20:6
  24:3,21 25:1 27:5
  27:6 28:16,19
  29:16 30:16
  31:18 34:21 35:3
  35:8,17 38:6,10
  38:13 40:18,21
  42:16 46:1,22
  49:18,19 50:1,6
  51:8,23 52:18
  53:16,23 54:2
  55:2,4 57:15 58:2
  59:10,21 60:1,2
  61:2 62:19 63:13
  66:4 67:23
seeing 17:17 26:17
  38:5
seen 10:22
sell 57:22
selling 16:3,7 22:7
  31:5,11 32:6 34:7
  58:20 61:3
send 29:14 61:1
sense 50:22
sent 64:12

september 1:18
  69:13 70:7
sergeant 4:8 8:4,12
  8:18 11:18 16:21
  16:21 23:9,11
  46:17,18,20,24
  47:4,17 48:3
sergeants 9:2
  46:23
series 4:24
set 18:5 32:17,18
  34:9 60:24 68:11
  71:16
setina 72:22
sheets 64:23 72:12
  72:14,15,18
shes 10:5
shift 67:3,5,13,15
short 7:9 39:20,23
  40:7 42:8
shorter 25:11
shortly 40:4 53:10
show 19:8,8 65:11
showed 19:2 43:14
side 7:23 12:18
  24:8,9 29:4,5
  39:13,16 40:2
  50:16
sides 30:10,11
signature 19:19
  68:12 69:15 71:6
  72:11,13,14,15
  72:17,23
signed 72:15,15
similar 48:17
  63:11
simultaneously
  27:10
sincerely 72:21
sir 37:13
sit 63:17 68:3
sitting 37:3
six 7:1 9:3
skull 24:5
slightly 66:15
slowed 52:7

slows 53:3
small 65:4
sold 22:15 52:10
  52:16 53:1 59:14
  63:14
somebody 27:2,3
  48:20
sorry 6:7 19:22
  21:2 40:9 44:7
  53:21 61:12
  66:23
sort 14:2,9 21:15
  26:20 32:13
sound 9:12,13
sources 8:10
south 7:23 24:8
  26:2 29:5 30:11
  35:20 39:14 40:1
  43:6 50:16
southeast 36:17
southwest 28:23
  35:21 39:18 40:3
  40:7,9,12,15,16
  41:5 42:3 43:8
  44:14 50:17,20
speak 11:1
special 12:5
specific 22:8
specifically 31:3
  31:24
spell 4:3 11:20
spent 29:3 57:8,9
split 65:7,9
spoke 40:17
spoken 14:13,14
spot 28:6
spread 22:5,7
squad 44:13 53:11
ss 69:2 70:2
standing 38:8,14
  38:17
star 1:6,7,10 4:6
  69:9 70:13,15,17
start 7:18,20 62:22
  63:9 67:3
started 7:12 22:23

48:6 67:7
stash 16:11 57:21
  59:2,13,22
stashed 58:23
stashes 16:6
stashing 58:22
state 1:16 4:3 21:9
  64:13,17 69:1
  70:1,6
states 1:1,13 70:11
station 55:2,16
  63:16 64:3
status 49:10
stayed 45:3 54:9
stenographically
  70:24
sticker 19:10
stopped 24:10 40:6
store 26:3,6,7
  27:12 28:4,8,17
  28:21,22 35:10
  35:12,13,17,20
  35:20 38:9 39:21
  40:14,20 41:3,4,5
  41:10 42:2,7,9
  43:8,24 44:3,8,14
  44:18 45:10,15
  45:17,22,23
  49:19 50:2 51:11
  51:13,17 52:4
  56:15 57:9,11
  59:7,10,20,20
stores 37:8,12,15
  54:17,19,23
street 1:17 2:4,12
  16:3 30:11,12
  31:10 36:12
  39:14,17 41:14
  44:17,19,20
  50:17 67:18 70:9
  72:1,5
strike 12:6,11,14
  17:20,23 22:3,24
  23:4 67:6
struck 60:22
subject 28:15

subjects 24:19
submit 72:13
subscribed 69:19
suggest 15:3
suit 71:13
suite 1:17 2:5,13
  70:9 72:1,5
sum 58:13
supervisors 13:4,5
supplementary
  19:18
supposed 13:12
  21:10
sure 4:5,24 9:15
  11:17 12:17 14:4
  16:23 17:10,11
  17:11,23 30:23
  35:4,10 43:19
  45:1 47:7,8,16,17
  49:3 51:19 56:20
  63:24 66:2 67:2
  67:15
surgical 12:5,11,14
  17:20,23 22:3,24
  23:4 67:6
surprise 58:15,18
surprised 45:2
  56:3
surveillance 10:2
  18:9,19,23 20:10
  20:21,23 21:5
  22:5 27:19 32:14
  32:16 33:4,12,21
  36:5
suspect 62:5
sworn 4:2 69:12,19
  70:20

      T
take 7:23 27:17
  31:15 32:8 34:2,5
  34:22 39:8 41:19
  45:12,21 46:3,11
  47:6,10,14 48:21
  49:11 53:5 57:5
taken 1:14 4:12,15
  4:20 49:5 69:13

72:8
talk 59:9
talked 10:17,21
    14:13,20 21:18
talking 17:8 18:4
target 34:13 36:8
targeted 7:5,7
targets 22:6
team 8:13,16,18,23
    9:2,2,4,7,14
    11:10,11,13,14
    11:16,17,19,23
    11:24 12:2,3,4
    14:7,8,8,14,15,19
    16:14,16,17,19
    17:2,2,7 20:2
    22:4 29:9,24
    31:24 32:3
teams 11:1 20:5
tell 17:10 24:3 34:8
    39:6,10,24 40:24
    56:13 65:22 66:2
telling 33:20
ten 5:23 38:2 47:20
    49:4
tendered 40:18
tenminute 38:4
    49:14
test 64:2,7,15,16
    64:17,19
testified 5:15,18
    10:8
testify 70:20
testifying 5:10
testimony 10:10,11
    70:22 71:4,15
testing 64:13
thats 7:14 20:3,19
    22:1 25:12,17
    27:3,14 28:1
    35:13,13 36:20
    36:22 46:18
    47:16 49:10
    52:10,16 58:7
    60:4 61:11 64:14
    66:5,17

thereof 71:14
theres 8:17 14:9
    16:22 18:5,8,11
    18:14 20:5 28:22
    28:24 32:16,17
    40:12 53:18
    63:16 65:6
theyre 16:7 20:17
    31:11 33:11,13
    63:22
thing 14:3 26:9,14
    28:2,12 41:20
    42:6 43:1 52:4,13
    53:7 65:1
things 14:1 27:1
    31:10 35:23
    64:24
think 7:1 8:17 10:4
    11:5 16:21 17:22
    17:22 36:9,12
    50:9 52:2 53:20
    61:9,11 62:3 64:9
    66:23
thompson 20:14
    21:3
thought 29:20 34:6
    38:11 56:20 62:7
three 7:8 37:8,9,11
    37:15 65:4
threw 56:9
throw 56:18
tickets 14:1
time 4:17 7:10 11:1
    11:1,3,3 15:1
    16:22,24 17:17
    18:13 24:11,12
    24:24 26:17
    27:19 29:3,10
    30:2,6,22 31:23
    32:7 34:4 35:23
    37:17,23,24 38:4
    38:12 40:5,7,11
    42:8,10,12,21
    43:7,12,14,23
    44:6,9 45:7 46:17
    46:19 48:9,10,24

49:13,14 55:1
    56:1,6,14 60:23
    66:6 67:3,7,23
times 4:20 5:18
    25:1,4 28:20
    47:19 67:6
today 9:23 68:3
told 13:12 14:19,23
    15:4 46:15 52:22
    56:23
total 30:21
totally 46:18
towit 70:7
track 13:15,18,24
    14:5,7,11
tracking 14:9
traffic 14:1,5 30:7
training 6:4,6,8
transaction 24:14
    24:16 27:4,8,15
    27:16 28:3,11
    31:9,22,23 35:7
    35:11,16 36:2,8
    36:10 38:1,5
    42:10 45:9 46:3
    48:5,12,24 58:9
    60:14,23
transactions 26:5
    26:8 29:12 31:15
    34:21 38:10,11
    49:8 58:9 60:13
    60:13,20
transcript 10:6,7,9
    69:14 71:3 72:10
    72:13,15
transcription 71:2
transitions 22:12
tricky 8:3,24
trim 24:6
trouble 53:16,17
    53:23
true 15:14 71:3
truth 70:21,21,21
try 15:17 33:16
    57:6 61:2
trying 11:5 56:18

turn 36:13
turned 40:1,8,16
    40:20 43:7 48:10
twice 4:21 13:23
two 25:5,6 27:22
    34:20 43:1,2
    54:17,19,23 58:8
    60:13 63:4
twopage 19:17
type 58:24 64:6
typewriting 71:2
typical 11:11 23:4
    47:18,19 62:22
typically 57:20
    63:22 66:5
typing 64:20
typo 66:22

**U**

uco 44:11 61:6,7,7
ultimately 15:16
uncommon 59:12
undercover 12:13
    18:6,11 29:15
    32:13,21 33:17
    33:21 40:5,17
    42:11,13,19 44:8
    44:12 49:8,10
    52:24 61:1
understand 5:5,9
    10:12 18:8
understanding
    21:9 35:2
understood 5:1
undetermined
    70:11
unit 6:21 7:5,5,7
    9:4,6 13:14
united 1:1,13
    70:11
unmarked 23:21
    23:22 51:2
unobstructed
    41:20
unusual 55:23
    56:14 60:22
urinalysis 13:8

use 15:8
usually 23:6 55:13
utilizing 12:12

**V**

various 58:21
vary 67:6
vehicle 23:20,21
    36:23 39:12,13
    43:6 44:12 48:9
    50:21 51:1 52:6
    53:13,14 54:7,9
    56:10
versa 33:13
vest 33:10
vice 33:13
vicinity 20:10,24
    21:5,23 22:2
    46:21 58:2
victoria 2:11 72:4
view 37:4 41:20,23
    45:24 52:19
violations 14:2,5
violence 12:8
visible 33:11
visually 17:17 35:3
vs 1:5 69:8

**W**

wait 55:13
waiting 50:5
walk 39:19 43:6
walked 39:15 40:1
    42:2,7 44:12
    51:11
walking 24:7 29:4
    30:10,20 38:19
    39:17 48:6
want 15:3 23:3
    25:21 34:15 61:7
wanted 13:12,14
    29:14 56:2,2
warrant 64:21
wasnt 7:4 28:6
    36:11 38:20
watch 67:4,5
watching 46:2

way 9:22 12:20
  15:2 21:9 26:23
  36:14 41:21 44:1
  44:24 54:1 55:10
  71:12,13
wearing 39:3
weigh 63:20,22,24
went 21:23 22:7
  27:20 28:23
  34:17 35:8,9,17
  35:19 36:14 38:4
  40:20 41:3 43:7
  44:13 45:17
  54:22 56:15
  67:17
west 1:17 2:4,12
  24:7,9 26:2 29:4
  29:5 30:10 39:16
  40:2 50:22 70:8
  72:5
westbound 44:21
  44:23 52:7,8
weve 17:7 19:16
whats 6:9,20 19:8
  53:7
whereof 71:15
white 32:22 45:1
  51:4
whos 63:11
witness 3:2 4:1,5
  4:10,16,18,21 5:4
  5:8,12,14 70:23
  71:1,4
work 5:6 6:1,17,19
  7:3,6,10 8:8,13
  10:23,24 29:17
  32:14 67:4
worked 7:2 11:14
  12:3
working 8:10
  11:12 22:4 66:9
wouldnt 30:8
  60:18
wound 33:20
write 21:15 31:15
  61:23

written 66:10
wrong 32:23,24
  60:22 68:4,5
wrote 63:1

**X**

**Y**

yeah 13:23 28:1,6
  28:18 30:15,23
  35:18 38:20
  40:11 45:5,9,11
  45:16 46:6,6,12
  47:7 49:21 51:7
  55:18,18 56:11
  57:6,13,18,23
  58:4,7 66:5 67:2
  67:11
year 7:11
years 5:23 7:1,8
  9:3,8,19 15:23
  16:2
yell 31:10
youd 37:3
youre 5:9,10 7:14
  14:8,23 15:7
  27:23 32:19,24
  33:7,8,19 41:13
  61:9 66:3 67:16
youve 4:24 15:22
  16:2 31:12

**Z**

**0**

00 30:3 67:9,11
084004095 1:24
09 9:12 17:3 20:11

**1**

1 1:19 3:14 19:11
  19:13,17 62:11
10 1:5 69:8 72:7
100 47:7
11 72:8
14 1:19
1505 15:12,15,17

15:20 33:24 34:3
  55:17,24 56:11
  57:1,7 67:24
16 72:4
16th 71:17
189 6:21 9:4,6
19 3:14
19110 1:8 70:15
19542 1:6 69:9
  70:14

**2**

2 3:15 20:5 65:12
  65:15 68:15
200 2:12 72:1,5
2011 1:18 69:14
  70:7
2012 69:20 71:17
  72:4
25 68:15
25th 7:12
28 1:18 9:11 11:9
  17:3 18:22 20:11
  69:13 70:7 72:8

**3**

3 19:9
300 1:17 2:4 70:8
  72:1
312 2:7,15
32 6:16
330 1:17 2:5 70:9
3458877 2:7

**4**

4 30:3 67:9,11
430 2:13 72:5

**5**

5 3:4

**6**

606011014 72:2
60603 2:14 72:6
60606 2:6
6114 1:5 69:8 72:7
6340412 2:15

65 3:15

**7**

7235 1:10 4:7
  70:17
79th 17:4,5 18:24
  20:10 21:1,23
  22:9,13,20 23:16
  24:2,9 25:24 30:1
  39:14 44:19,20
  52:7

**8**

**9**

9 72:8

Identify and describe all property or possible evidence recovered at the end of the Narrative in column form. Show exactly where found, when found, who found it and it's description (include Property Inventory numbers). If property taken was sorted for Operation identification, indicate I.D. number at the end of Narrative. Offender's approximate description, if possible, should include name if known, nickname, sex, race code, age, height, weight, color eyes and hair, complexion, scars, marks, etc. If suspect is arrested, give name, sex, race code, age, C.B. or I.R. number, if known, and state "In Custody."All descriptions and statements in this entire report are approximations or summarizations unless indicated otherwise.

## Narcotics Section Supplementary Report

CHICAGO POLICE-FOR USE BY B.I.S. PERSONNEL ONLY

HR-240329·

| Offense Classification / Last Report | | | IUCR Code | Offense Reclassification / DNA | | | | | Revised IUCR |
|---|---|---|---|---|---|---|---|---|---|
| Delivery of a Controlled Substance (Crack Cocaine) | | | 2017 | DNA | | | | | |
| Address of Occurrence | Type of Location | | Location Code | Date of Occurrence | | Time of Occurrence | Beat of Occ | Beat Assigned | |
| 2459 E. 79th ST | Sidewalk | | 303 | 28 MAR 09 | | 1648 hrs | 0422 | 6277 | |
| Victims | Victim's Name | Relation | Method Code | Method Assigned | Unit | Sale Method | | If Residence / Where Occupants | |
| 1 | State of Illinois | 024 | | Field | 189 | DNA | | DNA | |
| Offenders | Offender's Name | Relation | Num Arrested | Arrest Unit | Adults | Juveniles | Flee Related | Gang Related | |
| 1 | RENO, Michael B. | 024 | 1 | DNA | 1 | 0 | No | No | |

Update Information    *See Narrative For Updated Information

| Victim Verified [ ] | Offender Verified [ X ] | | Property Verified [ ] | Circumstances Verified [ ] |
|---|---|---|---|---|
| Victim Update [ ] | Offender Updated [ ] | | Property Updated [ ] | Circumstances Updated [ ] |

| STATUS | HOW CLEARED |
|---|---|
| 0 - Pnvg   1 - Sus   2 - Unf   3 - C/C   4 - C/O   5 - C/C/X   6 - C/O/X   7 - | 1- Arrest   2- Juv-Ct   3- Ref Pros   4- Comm Adj   5- |
| [ X ]   [ ]   [ ]   [ ]   [ ]   [ ]   [ ]   [ ] | [ ]   [ ]   [ ]   [ ]   [ ] |

EVENT NUMBER: 12434    INCIDENT NUMBER: 900400    RAID NUMBER: 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    R.D. NUMBER: HR-240329

This Is A Narcotics Section Investigation Officer's Report By Beat 6277

OPERATION / MISSION #:                    SURGICAL STRIKE MISSION

OFFENDER(S):                    IN CUSTODY: RENO, Michael B. IR#771251 SS#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
LKA: 11221 S. Emerald; M/1/40, DOB 27-APR-68, 6'01", 225lbs,
Med Comp.,Black Hair, Bro Eyes. Wearing: Black skull cap, black
hooded sweatshirt and black jeans with orange trim, blue and
white gym shoes.

GANG AFFILIATION(S):                    Black P-Stone

CHARGE(S):                    720 ILCS 570/401 Delivery of a Controlled Substance

POLICE PERSONNEL ON SCENE:                    NARCOTICS TEAM B-5

Supervisor / Surveillance...........SGT D. Butler    # 1683
Undercover Buy Officer..............PO K. Harris    #19542
Surveillance Officer......................PO N. Gonzalez    # 7235
Enforcement Officer.....................PO B. Konlor    #13265
Enforcement Officer.....................PO R. Sanchez    # 9314



EXHIBIT

HHG000006

| 90.EXTRA COPIES REQ'D | DATE SUBMITTED | TIME | 92.SUPERVISOR APPRV-STAR |
|---|---|---|---|
| | MAR 09 | 1940 | SGT D. Burtee #1683 |
| 93.REPORTING OFFICER—PRINT   STAR | REPORTING OFFICER | STAR | SIGNATURE |
| PO N. Gonzalez   7235 | | | |
| SIGNATURE   7235 | SIGNATURE | DATE APPROVED—TIME | |
| | DATE APPROVED —TIME | 28mar. 09 2000 | |
| LIEUTENANT APPROVAL—STAR | | | |

Event Number: 12434    Incident Number: 900400    Raid Number: 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    RD Number: HR-240329
This Is A Narcotics Section Investigation Officer's Report By Beat 6277
Page 2

**NARCOTICS TEAMS B-3 & B-2**

| | | |
|---|---|---|
| Supervisor / Surveillance | SGT K. Blanks | # 1674 |
| Surveillance Officer | PO D. Gadlen | #15936 |
| Surveillance Officer | PO S. Grubbs | # 4758 |
| Surveillance Officer | PO P. Thompson | # 7315 |
| Enforcement Officer | PO K. Shaar | # 9039 |
| Enforcement Officer | PO J. Hoffman | #19110 |

EVIDENCE RECOVERED

INVENTORY #11627589: (1) - Clear plastic knotted bag containing a white chunky-like substance, suspect crack cocaine. Purchased from RENO by PO Harris #19542.

TOTAL WEIGHT & STREET VALUE:

ESW: 0.2 g; ESV $24.60 USC

PURCHASE PRICE:

$10.00 USC from prerecorded CPD 1505 funds(*Not Recovered*)

PRE-RECORDED FUND SHEET INV#'s:

11615871

EVIDENCE OFFICER:

PO J. Houffman #19110

NOTIFICATIONS:

OEMC Operator Williams #7, 1803 hrs

The following narrative is a summation of events and should not be considered a verbatim account.

HISTORY OF INVESTIGATION:

This investigation was formulated as part of The Surgical Strike Mission in an effort to quell violent crime associated with narcotics related activities. Area 2 Narcotics Teams B-5, B-2, and B-3 formulated a plan to conduct a controlled undercover narcotics purchase in the area of 79th Street and East Essex Avenue. R/O, in an undercover capacity, conducted surveillance in the area of approximately 2501 E. 79th ST.

R/O observed the UCO (PO K. Harris #19542) drive his UCV and park south of 79th ST on Essex Avenue. The UCO exit his vehicle and proceeded to walk to a M/1 wearing a black hooded sweatshirt and black jeans with orange trim (NKA: RENO, Michael B. IR#771251) on the Northwest corner of Essex and 79th ST in front of "ABC" cellular store (2458 E. 79th ST). UCO had a brief conversation with RENO then proceeded to follow RENO to approximately 2459 E. 79th ST where the UCO waited as RENO briefly walked inside the store located at 2459 E. 79th ST. RENO returned from the store and immediately proceeded to conduct a hand-to-hand transaction with the UCO. R/O then observed a marked CPD patrol vehicle drive nearby at approximately 2458 E. 79th ST. RENO walked back into the store located at 2459 E. 79th ST as the UCO entered his UCV and drove away out of view.

R/O monitored a radio transmission from the UCO explaining that the transaction was positive for suspect crack cocaine from RENO. UCO gave a description of RENO as well as his last known location. R/O directed enforcement officer toward the store where RENO was last seen. The enforcement officers were able to quickly locate RENO inside the store. They escorted RENO outside where the UCO was able to positively identify RENO as the the subject that sold him the suspect crack cocaine.

**Arrest was made; case closed.**

HHG000007

| PREPARER-SIGN OR INITIAL | APPROVAL-SIGN OR INITIAL |
|---|---|
| | 04B |

PROPERTY INVENTORY - NO.

CHICAGO POLICE DEPARTMENT

INV NO 11627584

INVENTORY NO. 11627584

DATE RECOVERED
20-MAR-2009

**DESCRIPTION OF PROPERTY**

| TEM NO | QUANTITY | DESCRIPTION OF PROPERTY | RD | PKG NO | HR NO | RE-INVENTORY OF | UNIT |
|---|---|---|---|---|---|---|---|
| M2617 | 1 | NARCOTIC / DRUG  CLEAR PLASTIC KNOTTED BAG CONTAINING ROCK LIKE SUBSTANCE SUSPECT CRACK | | | HR 4020 | | 005 |

$ INVENTORY AMT

**EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY**

MY SIGNATURE HEREON ACKNOWLEDGES RECEIVING ALL PROPERTY DESCRIBED IN THIS INVENTORY

RECIPIENT'S SIGNATURE

ADDRESS - STREET     CITY     STATE     ZIP

COMMENTS

COURT ORDER - DISPOSAL INSTRUCTIONS

CURRENCY

| Court Branch | Court Date |
|---|---|
| 57-2 | 21-APR-2009 |

DATE RECEIVED

OFFICER'S SIGNATURE - STAR-UNIT

PROPERTY CUSTODIAN USE

WATCH COMM'R'S APPROVAL SIGNATURE
(EXEMPT FROM REQUIRED FOR FIREARMS)

RECOVERED SEIZED FROM - NAME
RENO, MICHAEL

R.O. #  2017     NARCOTICS MANU/DELIVER/CRACK

STATE CHARGES     720 ILCS 570.0/401-D

DECEASED     ARRESTED

OWNER'S NAME
RENO, MICHAEL

ADDRESS
A  2459 E 79TH ST
CHICAGO, IL

CHARGE TYPE     FELONY
INC/ADATE     OFFENSE AS CITED

BEAT OF RECOVERY  422

FOUND BY - NAME
HARRIS, KEITH     Star 19542

ADDRESS
1221 S EMERALD AVE
CHICAGO, IL

TELEPHONE NO.     TELEPHONE NO.

CHECK IF
C.P.D.

HOLD FOR INVESTIGATION
AND/OR EVIDENCE
(IF NOT NEEDED FOR INVESTIGATION/EVIDENCE LEAVE BLANK)

INVESTIGATING OFFICER -
HARRIS, KEITH

STAR NO.
19542

THE OFFICER'S NAME
HOFFMAN, JEROME

UNIT
189

JUDGE

OFFICER'S SIGNATURE - STAR     UNIT

PROPERTY OWNER PICK-UP PURSUANT TO
NOTICE OF INVENTORY RETURN POLICY

TO BE DISPOSED OF BY CUSTODIAN (NOT TO BE RETURNED)
(THIS APPLIES IF PROPERTY IS NOT EVIDENCE, NOT RETURNABLE AND/OR OWNER IS UNKNOWN)

SIGNATURE
Electronic Approval

2nd OFFICER'S NAME
SHAAR, KHALED

SIGNATURE
Electronic Approval

STAR NO.
9629

UNIT
189

FINAL DESTINATION OF PROPERTY
FORENSIC SERVICES SECTION

POLICE MAIL
E & R/PS PICKUP

RECOVERING UNIT PERSONNEL
EVID/LAB TECHNICIAN

APPROVING DESK SERGEANT
BLANKS, KELVIN

SIGNATURE
Electronic Approval

STAR NO.
1674

STAR NO.
19110

E & R/PS USE ONLY

DATE

UNIT     CT BR

OFFICER'S SIGNATURE -  STAR     UNIT

PENGAD 800-631-6989

EXHIBIT

HHG000073