## Page 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHAEL RENO,              )
                           )
        Plaintiff,         )
                           )
     vs.                   )   No. 10 CV 6114
                           )
CHICAGO OF CHICAGO,        )
A Municipal Corporation, et al.,)
                           )
        Defendants.        )

The deposition of POLICE OFFICER KHALED SHAAR, called by the plaintiff for examination taken pursuant to the rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, taken before JOSEPH T. MELARKEY, C.S.R., a Notary Public in and for the County of Lake, State of Illinois, at Suite 330, 300 West Adams Street, Chicago, Illinois, on the 10th day of October, A.D. 2011, at 1:10 p.m.

## Page 2

APPEARANCES:

EDWARD M. FOX & ASSOCIATES
(300 West Adams Street,
Suite 330,
Chicago, Illinois 60606)
BY: MR. EDWARD M. FOX,
    appeared on behalf of the Plaintiff;

CUISINIER, FARAHVAR & BENSON, LTD.
(200 West Adams Street,
Suite 430,
Chicago, Illinois 60606)
BY: MS. VICTORIA R. BENSON,
    appeared on behalf of the Defendants.

REPORTED BY:

MR. JOSEPH T. MELARKEY, C.S.R.
License No. 84-686

## Page 3

                    INDEX
WITNESS                                         PAGE
POLICE OFFICER KHALED SHAAR
   Examination
      by Mr. Edward M. Fox                        4


EXHIBITS
Harris Exhibit No. 3                             11
Harris Exhibit No. 4                             35
Harris Exhibit No. 5                             38
Harris Exhibit No. 7                             39
Harris Exhibit No. 8                             43

## Page 4

    MR. FOX: Please go ahead and swear in the witness.
        (Whereupon, the witness was duly
         sworn.)
    MR. FOX: Can you state your name and spell your name, for the record?
    THE WITNESS: My name is Officer Khaled Shaar, K-H-A-L-E-D, S-H-A-A-R.
    MR. FOX: For the record, this is the deposition of Officer Shaar, being taken pursuant to notice and pursuant to all of the applicable rules of the Northern District of Illinois and the Federal Rules of Civil Procedure.
        POLICE OFFICE KHALED SHAAR,
called as a witness herein by the Plaintiff, having been first duly sworn, was examined and testified as follows:
        DIRECT EXAMINATION
BY MR. FOX:
    Q. Have you ever had your deposition taken before?
    A. Yes, I have.
    Q. When was the last time?
    A. Approximately a year ago. I can't remember the exact date.
    Q. What kind of case was that?
    A. It was a tort case. It was a car theft.
    Q. Probably similar to that, I'm going to ask you a

DEFENDANT'S EXHIBIT H

## Page 5

1  series of questions.
2      Try and wait for me to be done with my question
3  before you answer, and likewise I'll wait for you to be
4  done with your answer before I ask the next question
5  because the court reporter can only get down one of us at a
6  time.
7      Also, when you answer questions, try to do it
8  audibly and refrain from nodding your head yes or no like
9  that because that can't be taken down as well.
10     If you don't understand a question for any
11 reason, let me know, and I'll repeat or rephrase it.
12     And if you want to take a break, let me know
13 that, and we can do that as well; okay?
14  A. Okay.
15  Q. Now, are you currently with the Chicago Police
16 Department?
17  A. Yes, I am.
18  Q. For how long?
19  A. About 12 and a half years.
20  Q. What is your current address?
21  A. I work -- I'm a police officer.
22     I work in the organized crime bureau, the
23 narcotics division.
24  Q. How long have you been doing that assignment?

## Page 6

1  A. Approximately six years.
2  Q. And before that, what was your assignment?
3  A. Before that, I worked in the second district as
4  a tactical gang officer.
5  Q. For how long?
6  A. On and off for about five years.
7  Q. And then what did you do before that?
8  A. Just regular patrol in the second district.
9  Q. In preparation for this deposition today, did
10 you review any documents?
11  A. Yes, briefly.
12  Q. What did you review?
13  A. The arrest report.
14  Q. How many?
15  A. Just one.
16  Q. And which one -- whose did you review?
17  A. Michael Reno.
18  Q. And who is the author of that arrest report?
19  A. I don't recall.
20  Q. Have you looked at any transcripts from the
21 criminal trial in this case?
22  A. No.
23  Q. And you did not testify at that criminal trial,
24 is that correct?

## Page 7

1  A. That's correct.
2  Q. Have you talked with any of the other officers
3  or defendants in this case about their depositions?
4  A. No.
5  Q. When was the last time you saw and talked to --
6  let me withdraw that and rephrase that.
7      Have you talked with either Officer Harris,
8  Hoffman, or Gonzalez in the last couple of months about
9  this case?
10  A. Just to ask them if they were called, you know,
11 if they were called down for -- if they were involved in
12 the lawsuit, I should say, because I just got notified not
13 too long ago regarding it.
14  Q. Now, do you remember the arrest of Reno?
15  A. Vaguely, yes.
16  Q. On the day of the arrest of Reno, were you part
17 of a surgical strike mission?
18  A. Yes.
19  Q. Had you done that sort of mission before the
20 day you arrested Reno?
21  A. Yes.
22  Q. Can you describe briefly what a surgical strike
23 mission is?
24  A. Essentially, it's a buy bust mission in a

## Page 8

1  targeted area that, you know, the higher ups decide.
2      And essentially what they do is they send
3  narcotics into that area first to do buy busts.
4      And then, I believe, then they send in, you
5  know, the bigger units, like a true unit or one of those
6  and then go in and do like a mass arrest type of situation.
7  Q. Now, you said that you are and are still a part
8  in the narcotics bureau, is that correct?
9  A. Yes, for the narcotics division.
10  Q. How did you become a part of the narcotics
11 division?
12  A. I was asked by a former lieutenant of mine if I
13 wanted to go work for him because he had just been assigned
14 to narcotics, and I said, "Yes," and within a few months,
15 I was brought down there.
16  Q. Do you have to do an application?
17  A. Yes.
18  Q. Were you interviewed by anybody in connection
19 with that?
20  A. Yes.
21  Q. Are you familiar with -- you know what activity
22 reports are?
23  A. Like a daily log type thing or --
24  Q. It records the number of arrests you've made or

Page 9

1  tickets you've written or guns you've seized, that sort of
2  thing.
3      A. There is -- are you stating like a daily
4  activity report or something --
5      Q. It could be daily.
6      A. -- or encompassing what you've done throughout
7  your career?
8      Q. It could be daily, monthly.
9          You could put it on any timeframe you want.
10     A. Oh, okay. You're talking about the overall,
11 yeah. I'm familiar with that, yes.
12     Q. Tell me what your familiarity is with it.
13     A. I know it's a database in our computer system,
14 in the Chicago Police Department computer system that
15 tallies your arrests that you had as far as guns and other
16 things like that.
17         I don't believe it has anything to do with
18 that, but it's just basically a database of what arrests
19 you've made and whether they were felonies, misdemeanors,
20 or what type of arrests.
21         That's about it.
22     Q. Do you have occasion to look at your own
23 activity report from time to time?
24     A. I -- probably the last time I looked at it was

Page 10

1  about a year ago, before that, probably several years.
2      Q. Has any supervisor talked to you about your
3  activity report?
4      A. No.
5      Q. Or about the number of arrests you're making or
6  not making?
7      A. No.
8      Q. Who was on your -- you worked on a team, is
9  that correct?
10     A. That's correct.
11     Q. And then on the day of the arrest of Reno, do
12 you remember who was on your team?
13     A. I remember that it was several teams together.
14     Q. Yes.
15     A. I think it was at least three teams, and I
16 think everyone was shorthanded.
17         I don't usually work enforcement.
18         So, that's why I wasn't working enforcement
19 that day.
20         But I honestly, off the top of my head, I don't
21 remember who else was there.
22         I mean, my team has changed since then, so --
23     Q. I'm going to show you a police report.
24         It already has an exhibit tag on it. It's

Page 11

1  called Harris No. 3.
2          (Whereupon, the document was
3          tendered to the witness.)
4  BY MR. FOX:
5      Q. Is this the police report that you looked at?
6      A. No.
7      Q. In any case, this recites on the first page of
8  this document, "The narcotics team B5," do you see that --
9      A. Yes.
10     Q. -- on the front page, and it goes on to the
11 next page and describes narcotics teams B3 and B2, and your
12 name appears on that second page, is that correct?
13     A. That's correct.
14     Q. So, by looking at that, which team were you on,
15 B3, or B2?
16     A. B3.
17     Q. Do you know who else was on your team by
18 looking at this?
19     A. Yes. Sergeant Blanks was our supervisor, he's
20 our supervisor still, Officer Gatlin, Officer Grubs,
21 Officer Thompson were all assigned to my team at the time.
22         Officer Hopkins was assigned B2.
23     Q. Now, these fellows that you just mentioned,
24 Grubs, Gatlin, Thompson, were they accompanying you on the

Page 12

1  surgical strike mission on the day of the arrest of Reno?
2      A. Yes.
3      Q. Do you know what their assignment was on that
4  day?
5      A. It says here "surveillance officers," so I'm
6  going to assume that they were doing surveillance.
7      Q. Was Sergeant Blanks working that day, do you
8  recall?
9      A. Yes.
10     Q. Do you know who Sergeant Butler who is
11 mentioned on the front page of this, do you know who he is?
12     A. Yes.
13     Q. Were both sergeant supervisors of you folks
14 that day, do you recall?
15     A. Yes.
16     Q. Now, it's my understanding on this particular
17 day that marked money was being used to estimate buys of
18 narcotics?
19     A. It's not marked money. It's not marked in any
20 way.
21     Q. 1505 funds?
22     A. Yes, it's prerecorded is what it is.
23         The serial numbers are prerecorded.
24     Q. So, were prerecorded funds being used on that

**Page 13**

1 particular day?
2    A. Yes.
3    Q. What's your understanding of the use of
4 prerecorded funds?
5    A. Essentially an officer will check out money,
6 you know, get money from our bursar and the money -- all of
7 the serial numbers are logged. You make sure that the
8 numbers are all matched.
9      You make a copy of the list of the log and
10 once -- you use the money -- now, this situation, the
11 enforcement officers were given a list of the serial
12 numbers of the money that was going to be used, that was to
13 be used.
14      And then, you know, that's it, you know.
15      Then they would use it and include a copy of
16 the funds sheet, the log, with the arrest.
17    Q. So, was it your understanding that these
18 prerecorded funds were to be used to make buys, and that
19 you were supposed to try and recover these funds when you
20 made the arrest?
21    A. Right.
22    Q. And you had some sort of log that you would
23 compare the funds with?
24    A. Yes, a written -- a written list.

**Page 14**

1      I don't remember exactly in this situation what
2 occurred, but it was either a handwritten list by an
3 undercover officer, "This is the money I'm using," a ten
4 dollar bill with the serial number, or they give it to you
5 verbally and you write it down yourself, you know, being an
6 enforcement officer.
7    Q. Had you worked as an enforcement officer prior
8 to the date of Reno's arrest?
9    A. Yeah. It wasn't my regular assignment, but I
10 have had the opportunity to work in enforcement as an
11 enforcement officer.
12    Q. What about, had you been a buy bust officer?
13    A. Yes, and a surveillance officer as well.
14    Q. When you guys set up that day, which shift were
15 you working, do you recall?
16    A. I don't remember what time we started.
17      I know it was during the day.
18    Q. So, this arrest, it looks like, took place
19 around a quarter to five or so in the afternoon?
20    A. Yes.
21    Q. Would that tell you or give you an idea as to
22 what time you would have started roughly?
23    A. Honestly, we could have been there since 7:00
24 in the morning, which is usually what time these types of

**Page 15**

1 missions start.
2      I mean, it was daytime. That I know for sure.
3    Q. All right. Whatever time you started that day,
4 is it the procedure that you get a briefing from your
5 sergeant or from somebody in connection with what you're
6 going to be doing that day?
7    A. Yes.
8    Q. On this particular day, you were told that you
9 were going to be part of the surgical strike mission for
10 the day?
11    A. That's correct.
12    Q. And then you were given your assignment that
13 day, which in this case would have been as an enforcement
14 officer?
15    A. Correct.
16    Q. How do you know where you're going to go?
17    A. The surgical strike missions are usually in a
18 targeted area.
19      So, there was probably an order, written order
20 given to the supervisors as to what area we would be
21 traveling to or what areas to target.
22    Q. Is it your function to go to a location
23 somewhere within the targeted area and then just wait for
24 further orders to take whatever enforcement action is

**Page 16**

1 appropriate?
2    A. As an enforcement officer, yes.
3    Q. How do you keep in communication with the other
4 officers on your surgical strike team?
5    A. We communicate with Nextel phones, I guess
6 radios.
7    Q. On this particular day of Reno's arrest, do you
8 recall making any other arrests of any other persons before
9 Reno's arrest?
10    A. I believe we did.
11      I can't -- I can't be 100 percent sure.
12    Q. Did you know who Reno was before the day of his
13 arrest?
14    A. No.
15    Q. To your knowledge, you had no prior contact
16 with him?
17    A. That's right.
18    Q. At the time before -- at some point during that
19 day, you were called in to detain somebody who matched the
20 description of Reno, is that correct?
21    A. That's correct.
22    Q. Where were you roughly at that time?
23    A. I don't remember exactly where.
24      We would have been several blocks away, you

## Page 17

1  know, out of the area so as not to, you know, be seen.
2      Q. Were you in a marked or an unmarked car?
3      A. Unmarked squad car.
4      Q. And you were in plain clothes?
5      A. Correct, with duty belts, you know, vests,
6  badge.
7      Q. Who was your partner that day?
8      A. I believe I was working with Officer Hoffman.
9      Q. And Officer Hoffman, he was someone who was
10 typically on the same team as you?
11     A. No. He was on team B2.
12         As a matter of fact, they were short.
13 Obviously, they were shorthanded, obviously shorthanded,
14 and, so, they put us together.
15        The sergeant put us together.
16     Q. And then Harris and Gonzalez were also on a
17 different team typically than you were, than you would be?
18     A. Correct, team B5, you know, Butler, Harris,
19 Gonzalez, Konior, K-O-N-I-O-R, and Sanchez were all on the
20 same team.
21     Q. So, on this particular day, what was the first
22 communication you can recall hearing that was in connection
23 with the arrest of Reno?
24     A. I don't remember the exact wording, but

## Page 18

1  typically it would be one of the surveillance officers
2  giving a description of what was going on, you know, being
3  our eyes because we weren't on the scene.
4         So, as far as exact wording as to what was
5  said, I don't remember.
6      Q. But typically, and I understand you don't
7  remember what was said, but typically, if Gonzalez was a
8  surveillance officer in this case, he would be giving a
9  description of what he was watching and you would be
10 listening over the radio for this information?
11     A. That's correct.
12     Q. Would the surveillance officer typically give
13 a description of what he's observing in connection with
14 somebody he's targeting, a particular individual?
15     A. Yes.
16     Q. Can you give me an example of the kinds of
17 things he might say?
18     A. For example, if he observed somebody standing
19 on a corner, a subject standing on a corner, he would give
20 a description of that subject, what the person looked like,
21 what the person was wearing.
22        Then describe what the person was doing, if
23 they were selling drugs or standing there, just talking to
24 someone else or talking on the phone, he would give that

## Page 19

1  description.
2      Q. As we sit here now and talking about this, do
3  you remember anything that Officer Gonzalez said in
4  particular about what the person you later found out was
5  Reno what he was doing that day?
6      A. No.
7      Q. Specifically, let me ask you, do you remember
8  him saying anything about observing Reno engaging in any
9  hand-to-hand sales?
10     A. I don't remember.
11     Q. Or what appeared to be hand-to-hand sales?
12     A. I don't remember.
13     Q. If a surveillance officer, and I'm not talking
14 about this case specifically but just generically, if a
15 surveillance officer says some guy appeared to be engaging
16 in hand-to-hand sales of narcotics, that has a meaning to
17 you?
18     A. Yes.
19     Q. And that means that this person might be
20 actually engaging in selling narcotics if that's what you
21 hear over the radio?
22     A. That's correct.
23     Q. Do you recall getting a description of Reno
24 before arresting him?

## Page 20

1      A. I would have. I don't remember what the
2  description was.
3      Q. At some point, you were told to go to detain
4  this fellow who did a hand-to-hand sale with Officer
5  Harris, is that correct?
6      A. That's correct.
7      Q. Do you remember who it was that gave you the
8  directive to do that, to detain the fellow who did the
9  hand-to-hand sales with Officer Harris?
10     A. No, I don't.
11     Q. In the context of doing this stuff, would it
12 necessarily be the surveillance officer or would a
13 supervisor do it or a different person do it, or it could
14 be anybody?
15     A. Depending on the circumstances, it's usually
16 the supervisor who would direct an enforcement officer to
17 go in and place the subject into custody, or at least --
18 let me rephrase that.
19        Not place him into custody, but detain him, you
20 know, upon further investigation, hopefully leading up to
21 placing him into custody.
22     Q. At any rate, at some point during that day, you
23 got a directive by somebody to go and detain who you later
24 found out was Reno, is that correct?

McCorkle Court Reporters, Inc.
Chicago, Illinois   (312) 263-0052

## Page 21

1  A. That's correct.
2  Q. Can you remember anything at all that was said
3  over the radio about going to detain Reno before you were
4  told to detain him?
5  A. I remember that the subject went into a store
6  out of -- essentially ran into a store out of a
7  surveillance officer's view and was not seen exiting.
8      Like I said, we were given a description.
9      I don't remember the description.
10     Myself and Officer Hoffman and I believe the
11 other two enforcement officers then went in to look for the
12 subject.
13 Q. In the store?
14 A. Yes.
15 Q. So, the only thing you can recall being told
16 prior to being told to detain him was is that this fellow
17 ran into a store?
18 A. That's correct.
19 Q. You weren't told anything about his activity,
20 true?
21 A. We were given -- we were typically given a
22 play by play of what is occurring.
23     So, from what I recall, the subject was
24 involved in a hand-to-hand transaction with the undercover

## Page 22

1  officer.
2      And at that point, when the undercover received
3  drugs from the target, then the target ran into the store.
4      And then the undercover would have gotten on
5  the air and said that -- whether it was a positive
6  transaction or a negative transaction, but what the
7  undercover bought, how much was spent, and then basically
8  wait for our order to go in and arrest that target.
9  Q. Who was it that typically gives you the play by
10 play of what goes down?
11 A. Whoever the surveillance office may be.
12     Usually it's one officer giving, you know, the
13 most description, but it could be more than one officer,
14 depending on angles and what not.
15 Q. Do you recall any of the words that were used
16 at all, or you just recall generally or probably what most
17 likely would have happened?
18 A. I recall that there was a transaction. I
19 remember about Officer Harris going in.
20     I remember the target, you know, running into
21 the store, being given that description, and I don't
22 remember the exact words that were used two and a half
23 years ago.
24 Q. All right. And then at some point after that,

## Page 23

1  you were told that you should go to the store to detain
2  this fellow?
3  A. That's correct.
4  Q. But you don't remember who gave you that
5  direction?
6  A. One of the sergeants. I don't remember who.
7  Q. Have you told me everything that you can recall
8  about what you were told about what was being said before
9  you were told to go to the store to detain this individual?
10 A. Yes, I believe so.
11 Q. When you went to the store to detain, this was
12 at -- was it at 97th and Essex?
13     MS. BENSON: 79th.
14     THE WITNESS: 79th.
15 BY MR. FOX:
16 Q. I'm sorry, 79th and Essex, is that correct?
17 A. Yes.
18 Q. Do you remember which corner it was?
19 A. I believe it was -- I recall the southwest
20 corner, if I'm not mistaken.
21 Q. Were you familiar with that intersection before
22 that day?
23 A. I mean, we've been over there.
24     I'm just familiar with it in passing.

## Page 24

1  Q. Did that intersection have a knowledge of being
2  one in which there was a lot of narcotics activity
3  generally?
4  A. Yes.
5  Q. Did you know before you went to that store, did
6  you know what kind of store it was?
7  A. No.
8  Q. And when you say "we went to the store," it
9  would have been you and Officer Hoffman, correct?
10 A. Yes, and Officer Konior and Officer Sanchez, I
11 remember they went in there as well.
12 Q. They were in a different car than you?
13 A. That's correct.
14 Q. Who got there first?
15 A. I don't remember.
16 Q. When you did get there, did you see Reno on the
17 street, or did you have to go into the store to see him?
18 A. I remember him being in the store.
19 Q. What kind of a store was this?
20 A. To be honest, that day, I wasn't sure, and to
21 this day, I'm still not sure what kind of a store it was.
22     I have no idea what they sold in that store.
23     It was basically counters and a register.
24 Q. Do you remember if there was scaffolding in

1 front of the store?
2   A. I believe there was, yes.
3   Q. So, when you walked into the store, how many
4 people in the store, non-police officers?
5   A. As I recall, it was three people total.
6   Q. I'm sorry, did you say you got there first or
7 the other two officers?
8   A. I don't remember who it was.
9   Q. So, when you saw the three folks in the store,
10 what was Reno doing when you first walked in?
11   A. I don't remember.
12   Q. When you first walked in, was he doing anything
13 in your view which you thought was being evasive?
14   A. I don't recall.
15   Q. You know, did it look like he was trying to
16 hide something or anything like that?
17   A. I don't recall.
18   Q. And then the other two people that were in the
19 store other than Reno, could you tell if they were folks
20 that worked in the store?
21   A. There was a woman. I believe she was an Asian
22 woman who appeared to be working behind the counter.
23       You know, she appeared to be an employee or
24 owner, and then there was another male in the store.

25

1 It looked like he was just in the store, from
2 what I recall.
3   Q. And from what you observed, what was Reno's
4 reaction when you walked in, if anything?
5   A. I don't remember.
6   Q. What did you do when you walked in?
7   A. From what -- I don't remember exactly what I
8 did.
9       I would have -- if he would have matched the
10 description I was given, I would have placed him -- well,
11 detained him and then taken him out of the store.
12   Q. Do you remember the description you were given
13 before you went into the store?
14   A. No, I don't.
15   Q. So, I take it from your answer you do or you do
16 not remember detaining Reno?
17   A. I don't remember -- I remember -- no, I do
18 remember detaining him, but I don't remember as far as what
19 his reaction was or anything like that.
20   Q. So, when you detained him, I take it you would
21 have padded him down?
22   A. Correct.
23   Q. What did you find on him, if anything?
24   A. The pat down would have been for weapons, so I

26

1 didn't find any weapons.
2   Q. Did you ask him -- would you have looked for
3 the money that was used in the buy bust operation?
4   A. Yes.
5   Q. Do you remember what you did to look for the
6 money?
7   A. Well, once we took him out of the store so he
8 could be identified by the undercover officer as being the
9 same person, then he would have been placed into custody
10 and then basically searched and money, you know, retrieved,
11 looked at, looking to see if any serial numbers matched.
12   Q. So, in this case, do you remember if you
13 handcuffed him inside the store?
14   A. I don't remember.
15   Q. But in any case, you would have detained him in
16 some fashion, or you did detain him in some fashion and
17 bring him outside the store?
18   A. That's correct.
19   Q. Do you remember having any conversation with
20 the Asian woman or the man who was in the store?
21   A. Yes.
22   Q. Was that before you took Reno outside the
23 store?
24   A. I think it was after I took him outside the

27

1 store.
2   Q. All right. We'll get to that in a minute.
3       When you took Reno outside of the store, what
4 are you doing at that point?
5       What is your function?
6   A. I was just taking him out and letting the
7 undercover officer in a covert capacity take a look at him
8 and identify him as being the person that sold him the
9 narcotics.
10   Q. Okay. And did that happen?
11   A. Yes.
12   Q. How much time lapsed from the time you took
13 Reno outside the store until the time that Harris -- and
14 that would have been Harris, correct?
15   A. Yes.
16   Q. How much time lapsed roughly between the time
17 you took him out outside the store and Harris made this
18 identification?
19   A. Not more than a couple of minutes.
20   Q. Do you recall how much time lapsed roughly
21 between the time you were told that the transaction had
22 gone down between Harris and Reno and the time that you
23 were asked to do the enforcement action?
24   A. That was probably at least ten minutes because

28

**Page 29**

1 I think that -- from what I recall, they were waiting for
2 him to come back out.
3     Q. So, what did Harris do, to your recollection,
4 to make the identification of Reno?
5     A. I don't remember how he got back to the area,
6 but I do remember him saying that, yes, that was the person
7 that sold him the narcotics.
8     Q. So, when you got that information, this would
9 have been over your radio?
10     A. Yes.
11     Q. And this is the same Nextel you're using or
12 something different?
13     A. Yes, a Nextel phone.
14     Q. So, once you got the identification from
15 Harris, what's the next thing that you guys would have --
16 what's the next thing you guys did with Reno?
17     A. Placed him into custody and then a custodial
18 search.
19     Q. And custodial search is a more thorough search
20 than the original pat down?
21     A. That's correct.
22     Q. And what did you find on the custodial search?
23     A. I believe he had money on him, I don't
24 remember what else he may have had.

**Page 30**

1     Q. Do you remember how much money he had on him?
2     A. No.
3     Q. Do you remember if it was a lot of money or a
4 little money or what?
5     A. Honestly, I don't remember.
6     Q. Whatever money he had, do you remember looking
7 at the serial numbers to compare it to your log to see if
8 it matched, the money that was used by Harris in the buy?
9     A. Yes.
10     Q. And what happened when you did that?
11     A. The money did not match anything on the log, or
12 the money that Officer Harris may have used.
13     Q. You said it did not match?
14     A. Right.
15     Q. When you found out, when you realized the
16 money did not match, did you ask Reno about the money?
17     A. I don't recall asking him about the money.
18     Q. Do you remember the denominations of the money
19 Reno had on him?
20     A. No.
21     Q. You don't remember if it was ones or fives or
22 tens, whatever?
23     A. No.
24     Q. Once you realized the money didn't match, what

**Page 31**

1 did you do next?
2     A. We went back into the store, and I spoke with
3 the woman behind the counter to see if Mr. Reno may have
4 given her money, you know, or exchanged money, cashed out
5 and then I kind of did a search, a cursory search of the
6 premises to see if we could possible find where it was, if
7 he had hidden it in the store.
8     Q. What did the woman tell you when you talked to
9 her about the money?
10     A. I don't remember what she said, if -- if she --
11 if he had given her money or not.
12     I don't think -- I don't think he did.
13     I don't think she replied that he did.
14     Q. And when you did this cursory search, are you
15 looking for money and/or drugs?
16     A. That's correct.
17     Q. Did you find anything?
18     A. No.
19     Q. Did the people in the store, either this Asian
20 woman or this other guy that was in there, did they
21 impede -- let me ask it this way: Was the Asian woman
22 cooperative with you?
23     A. Yes.
24     Q. What about the man who was in the store, was he

**Page 32**

1 cooperative with you?
2     A. I believe so.
3     Q. So, after you talked to the man and woman in
4 the store and you did a search of the store, what was the
5 next thing you did in connection with Reno?
6     A. We transported him to the station to process
7 the arrest.
8     Q. Did you form any opinions as to what happened
9 to the money?
10     A. No.
11     Q. Did you have any idea what could have happened
12 to it?
13     A. I mean, anything could have happened to it.
14     Q. Do you remember getting any information that
15 Reno was working with anybody before you detained him?
16     A. Not that I recall.
17     Q. Do you remember having any conversation with
18 Reno about whether or not he had any drugs around in the
19 area or money?
20     A. Not that I recall.
21     Q. Would this have been something that one of you
22 officers would have talked to him about, though?
23     A. Most likely, yes.
24     Q. Do you remember any conversation about another

**Page 33**

1 arrestee or another drug user informing on Reno that day?
2    A. No.
3    Q. You said that you found some money on Reno, is
4 that correct?
5    A. Yes.
6    Q. Would that typically have been inventoried?
7    A. I think it -- I'm sorry, excuse me, it depends
8 on the amount.
9    Q. What's the criteria for that?
10    A. If it's -- if it's a substantial amount to be
11 seized or if it's commingled with the 1505 funds, the
12 garage, they'll usually specifically take it in the past.
13    Q. And if it's a small amount of money and it's
14 not commingled with the 1505 funds, they will usually not
15 inventory it?
16    A. Right.
17    Q. Do you remember anything that any of the other
18 enforcement officers that were there with you, Hoffman,
19 Konior, or Sanchez did to look for the 1505 funds or drugs?
20    A. No, I don't remember.
21    Q. Do you remember any conversations you had while
22 you were still at the scene of the arrest of Reno over your
23 radio with anybody else, either your supervisor or anybody
24 else on your team about the fact that you hadn't found any

**Page 34**

1 of the 1505 funds or drugs?
2    A. I don't remember any conversation with anyone
3 regarding the 1505s.
4       There could have been, but I don't recall.
5    Q. Was Reno cooperative with you when you were in
6 his presence?
7       Well, let me break it down.
8    A. Yeah, break it down because it's a little --
9    Q. Sure. Did he resist being handcuffed at any
10 time?
11    A. No, not that I recall.
12    Q. Did he appear to you that he was getting ready
13 to try and flee?
14    A. No.
15    Q. Did he refuse to answer any questions that you
16 put to him, if you can recall?
17    A. That, I don't remember.
18    Q. Who transported him back to the police station?
19    A. I don't remember which one. I don't remember.
20    Q. So, I take it that you wouldn't remember any
21 conversations that may have taken place on the way back to
22 the station?
23    A. No.
24    Q. So, when you got back to the -- what police

**Page 35**

1 station did you go to?
2    A. I believe it was the Area 2 police facility.
3    Q. When you got back to Area 2, did all of you
4 guys begin preparing reports in connection with this
5 arrest?
6    A. Yes.
7    Q. Did you participate in writing any of the
8 reports?
9    A. Yes.
10    Q. It's not the one you have in front of you, is
11 that correct?
12    A. No, it's not.
13    Q. Let me show you what we've marked as Harris
14 4, did you have anything to do with that report?
15       (Whereupon, the document was
16       tendered to the witness.)
17 BY THE WITNESS:
18    A. I believe I did do this report.
19 BY MR. FOX:
20    Q. And then generally, what is this report used
21 for?
22    A. It's just a summary of all of the numbers, RD
23 number, rate number, incident number, the date and time of
24 the incident, the location of the incident, what type of

**Page 36**

1 incident it was, what was recovered as far as contraband,
2 gang affiliation, etc.
3    Q. You have on here that he's a member of the
4 Black P Stone Nation?
5    A. Yes.
6    Q. Do you recall if he admitted this to you, or
7 did you find out in a different way?
8    A. I would have -- well, I can't be 100 percent
9 sure either way.
10    Q. So, you could run his name and find out that
11 way, or he could have told you that he was?
12    A. That's correct.
13    Q. Towards the bottom of the document, it looks
14 like there's some questions where you're supposed to check
15 yes or no, do you see that?
16    A. Yes.
17    Q. And then one says "narcotics complaint
18 related," what does that mean?
19    A. What was the reason we were in the area
20 investigating that particular area.
21    Q. Okay, I see. And then you wrote in the reason
22 why you were in there was because you were doing a
23 surgical strike mission?
24    A. That's correct. It's not my handwriting, but

McCorkle Court Reporters, Inc.
Chicago, Illinois    (312) 263-0052

```
 1    it's written in there.
 2         Q. And that's accurate, I take it, right?
 3         A. Yes.
 4         Q. Do you know whose handwriting that is?
 5         A. No, I don't.
 6         Q. And at the very bottom, it says "COH" with a
 7    question mark and an "OSO" with a question mark," do you
 8    see that?
 9         A. Yes.
10         Q. Do you know what that means?
11         A. A "COH" is a consensual overhear.
12            It's a court ordered --
13         Q. Right.
14         A. -- buzz or whatever you want to call it.
15            And then an "OSO" is officer safety overhear.
16            That is essentially used for officer safety,
17    and it's also overheard device, but we didn't use either
18    one.
19         Q. So, that would mean that if you were using an
20    officer overheard device, for example, Harris would have
21    been transmitting his actual buy as he was doing it?
22         A. It wouldn't be a -- it would be a live
23    transmission that was being recorded, yes, if we did use
24    that.
                                                          37
```

```
 1         Q. And that would have required Harris to be
 2    wearing something to make that happen?
 3         A. Yeah, or a cell phone or other protected
 4    device.
 5         Q. Which would be on at the time?
 6         A. Yes.
 7         Q. And then I'm going to show you -- this is
 8    marked Harris No. 5.
 9             (Whereupon, the document was
10              tendered to the witness.)
11    BY MR. FOX:
12         Q. Is that the large sheet that you used to
13    compare the funds, or is that something different?
14         A. This is -- yes.
15            This is -- this is typical of our 1505 fund
16    sheet, the log sheet that we were talking about.
17         Q. Okay. And then you would have -- you would
18    have looked at a sheet that looks like this to determine
19    whether or not the money that you found on Reno were the
20    1505 funds used to make the buy?
21         MS. BENSON: Objection, form.
22            Go ahead.
23    BY THE WITNESS:
24         A. Or a written piece of paper with the serial
                                                          38
```

```
 1    numbers on there and the denominations or, like I said, any
 2    kind of combination of things.
 3    BY MR. FOX:
 4         Q. Do you keep like a clipboard with this
 5    information on it?
 6         A. It depends on how it was presented to me.
 7            I don't usually use a clipboard.
 8         Q. Do you know if anybody else was?
 9         A. I don't remember.
10         Q. I'm going to show you what has been marked as
11    Harris No. 9.
12             (Whereupon, the document was
13              tendered to the witness.)
14    BY MR. FOX:
15         Q. I'm sorry, is that 9 or 7?
16            I'm sorry, Harris No. 7.
17             (Whereupon, the document was
18              tendered to the witness.)
19    BY MR. FOX:
20         Q. Is this a document that you prepared?
21         A. Yes.
22         Q. And is this your handwriting or does anybody
23    else's handwriting appear on this document?
24         A. From top to bottom, it's my handwriting.
                                                          39
```

```
 1         Q. So, in the narrative, you have "Time of buy,
 2    1648," that would indicate that Harris actually made this
 3    buy at 4:48 in the afternoon?
 4         A. Correct.
 5         Q. Then there's a little bit cutoff on the next
 6    line down, maybe you can tell what it is, where it says
 7    something "of arrest, 1700 hours," do you see that?
 8         A. Time of arrest.
 9         Q. And a couple of lines down before that, the
10    word before "purchased," can you tell what that word is?
11         A. "Item purchased."
12         Q. Then where it says "sheet" under that, do you
13    know what the word is in front of "sheet"?
14         A. "Fund sheet."
15         Q. What does that refer to, the fund sheet?
16         A. That is the inventory number that the fund
17    sheet was -- the original fund sheet that was given, the
18    1505 fund sheet, that's the inventory number that it was
19    inventoried under.
20         Q. And then where you have "notification," and you
21    have "OEC Williams," what does that refer to?
22         A. When an officer, depending on who it is, makes
23    a narcotics purchase, they call the OEC to get the RD
24    number, which is the case number, and, so, I put down what
                                                          40
```

**Page 41**

1 time.
2 Q. Okay. And then here you have that -- you
3 called -- somebody called.
4 Was that you that called for the RD number?
5 A. It's usually the case officer; not the case
6 officer but the buy officer.
7 Q. So, whoever did this, did this at 1803, 6:03?
8 A. Yes.
9 Q. In the afternoon, correct? Is that correct?
10 A. Yes.
11 Q. And then bellow that, we have "wearing a black
12 skull cap, black coat, black pants with orange trim, blue/
13 white shoes," did I read that correctly?
14 A. Correct.
15 Q. Is this what you observed him to be wearing, or
16 is this a description that you were given or both?
17 A. Both.
18 Q. How far is the Area 2 where you took Reno back
19 from where he was arrested at 79th and Essex?
20 A. Area 2 -- Area 2 is on 111th, right off the
21 expressway, right off of 99th, around there.
22 Q. Right.
23 A. I don't know. It's spread out.
24 Q. Do you normally work out of that station?

**Page 42**

1 A. Yes.
2 Q. Do you know if the other officers that were in
3 the other units that were there, do they work out of Area 2
4 as well?
5 A. Yes.
6 Q. What's the distance of that from where you were
7 in terms of time?
8 Was that like a 15 minute ride?
9 A. It might be longer, depending on traffic.
10 At this time, there was probably a lot of
11 traffic. There are several stops getting off at 79th
12 Street onto Stony Island would be -- it's kind of a bear to
13 get through, and then once you hit 95th Street also.
14 Q. All of the information that you have above here,
15 this is all pretty much a description of -- it's his name
16 and address and so forth, is that correct?
17 A. Correct.
18 Q. And you would get this either from him or his
19 identification or both?
20 A. No. I would go in there and ask him this
21 information, if he had an ID on him, and write his driver's
22 license number down or ID number.
23 Q. And looking at this, does this refresh your
24 recollection as to whether he was cooperative or

**Page 43**

1 uncooperative when you were getting this information?
2 A. Yes. It didn't seem like he was giving me that
3 hard of a time because I had most of the information I
4 needed.
5 Q. Now, I'll show you what has been marked
6 already. This is No. 8.
7 (Whereupon, the document was
8 tendered to the witness.)
9 BY MR. FOX:
10 Q. Is this your writing on this paper?
11 A. Yes.
12 Q. What is this?
13 A. This is a debriefing report.
14 Q. What's it used for?
15 A. Once you have an arrestee, you talk to them and
16 basically ask them if there was any information they would
17 be willing to give regarding any crimes that occurred.
18 Q. On the second page, you say, "Subject had no
19 information to give."
20 And do you remember, from looking at that, was
21 he not talking to you at all, or he just indicated that he
22 didn't know anything about any of the things that you were
23 asking him?
24 A. He most likely said he didn't know anything or

**Page 44**

1 wasn't willing to give any information.
2 Q. Do you remember what he said?
3 A. No.
4 Q. Do you remember, while you were at the -- while
5 you were at the police station, do you remember if you had
6 any conversation with any of the other officers that were a
7 part of your team that day about looking for the funds, the
8 1505 funds?
9 A. No, I don't recall.
10 Q. Did you ever see the narcotics that Officer
11 Harris said that he bought?
12 A. I don't remember.
13 Q. Do you officers that are on your team, do you
14 do a debriefing amongst yourselves about these arrests
15 after you're done?
16 A. I wouldn't call it a debriefing exactly.
17 You know, something major happens during the
18 arrest or the buy itself, we may discuss that.
19 Just basically, in general, just getting
20 numbers from each other as far as, you know, "What did you
21 get, you know, how much did you purchase?" That type of
22 information, just pertinent to the arrest and to the
23 paperwork.
24 Q. Do you remember anything specifically that was

```
 1   said in connection with writing up the paperwork on this
 2   arrest?
 3      A. No.
 4      Q. Do you remember anything in particular that
 5   Reno said in your presence after he was in your presence
 6   that day?
 7      A. No.
 8      Q. In particular I'm asking, if he admitted to any
 9   criminal activity?
10      A. No.
11      Q. Did you observe, you, yourself, Reno engage in
12   any criminal activity?
13      A. No, I did not.
14      Q. Did he appear to you to be under the influence
15   of anything?
16      A. I don't remember.
17      Q. Do you remember if this was the last arrest you
18   made that day?
19      A. I don't remember.
20      Q. Have you been back to that store where Reno was
21   arrested since the day of his arrest?
22      A. Not to the store, no.
23      Q. Were you asked to testify at the criminal trial
24   in this matter?
                                                        45
```

```
 1      A. I was actually an IOD, injury on duty, so I
 2   wasn't available.
 3      MR. FOX: I have nothing further.
 4      MS. BENSON: Okay. I'll reserve signature.
 5      MR. FOX: We're done. Thank you.
 6      THE WITNESS: Thank you.
 7            FURTHER DEPONENT SAITH NOT.
                                                        46
```

```
 1         IN THE UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF ILLINOIS
 2                  EASTERN DIVISION

 4   MICHAEL RENO,           )
                             )
 5      Plaintiff,           )
                             )
 6      vs.                  )  No. 10 CV 6114
                             )
 7   CHICAGO OF CHICAGO,     )
     A Municipal Corporation, et al,)
 8                           )
        Defendants.          )

12      This is to certify that I have read the transcript of
13   my deposition taken in the above-entitled cause by JOSEPH
14   T. MELARKEY, Certified Shorthand Reporter, on October 10,
15   2011, and that the foregoing transcript accurately states
16   the questions asked and the answers given by me as they
17   now appear.


                    _____
                    POLICE OFFICER KHALED SHAAR
                                                        47
```

```
 1   STATE OF ILLINOIS )
                      ) SS:
 2   COUNTY OF L A K E )

 4      I, JOSEPH T. MELARKEY, Certified Shorthand Reporter,
 5   a Notary Public in and for the County of Lake, State of
 6   Illinois, do hereby certify that previous to the
 7   commencement of the examination of the said POLICE OFFICER
 8   KHALED SHAAR, he was sworn to testify the truth in
 9   relation to the matters in controversy herein insofar as
10   he should be interrogated concerning the same; that the
11   testimony given by said witness was reduced to writing by
12   means of shorthand and thereafter transcribed into
13   typewritten form; and that the foregoing is a true,
14   correct, and complete transcript of my shorthand notes so
15   taken as aforesaid.
16      The said deposition was taken at the time and place
17   specified hereinbefore; and there were present counsel as
18   previously set forth.
19      I further certify that by stipulation of the parties
20   the reading and signing of the deposition was reserved.
21      I further certify that I am not counsel for nor in
22   any way related to any of the parties to this suit, nor
23   am I in any way interested in the outcome thereof.
                                                        48
```

```
1    IN TESTIMONY WHEREOF, I have hereunto set my
2    hand and affixed my notarial seal this 16th day
3    of January, A.D., 2012.
4
     [signature: Joseph T. Melarkey]  [notary seal]
5
6        Notary Public, Lake County, Illinois,
             and
7        Certified Shorthand Reporter.
8
9    My Commission Expires:
     March 19, 2012
10
11
12
...
24
                                            49
```

McCorkle Court Reporters, Inc.
Chicago, Illinois (312) 263-0052

**A**
aboveentitled 47:13
accompanying 11:24
accurate 37:2
accurately 47:15
action 15:24 28:23
activity 8:21 9:4,23 10:3 21:19 24:2 45:9,12
actual 37:21
adams 1:18 2:2,6
address 5:20 42:16
admitted 36:6 45:8
affiliation 36:2
affixed 49:2
aforesaid 48:15
afternoon 14:19 40:3 41:9
ago 4:20 7:13 10:1 22:23
ahead 4:1 38:22
air 22:5
al 1:7 47:7
amount 33:8,10,13
angles 22:14
answer 5:3,4,7 26:15 34:15
answers 47:16
anybody 8:18 20:14 32:15 33:23,23 39:8,22
appear 34:12 39:23 45:14 47:17
appearances 2:1
appeared 2:4,8 19:11,15 25:22 25:23
appears 11:12
applicable 4:10
application 8:16
appropriate 16:1
approximately 4:20 6:1

area 8:1,3 15:18,20 15:23 17:1 29:5 32:19 35:2,3 36:19,20 41:18 41:20,20 42:3
areas 15:21
arrest 6:13,18 7:14 7:16 8:6 10:11 12:1 13:16,20 14:8,18 16:7,9,13 17:23 22:8 32:7 33:22 35:5 40:7,8 44:18,22 45:2,17 45:21
arrested 7:20 41:19 45:21
arrestee 33:1 43:15
arresting 19:24
arrests 8:24 9:15 9:18,20 10:5 16:8 44:14
asian 25:21 27:20 31:19,21
asked 8:12 28:23 45:23 47:16
asking 30:17 43:23 45:8
assigned 8:13 11:21,22
assignment 5:24 6:2 12:3 14:9 15:12
associates 2:2
assume 12:6
audibly 5:8
author 6:18
available 46:2

**B**
b2 11:11,15,22 17:11
b3 11:11,15,16
b5 11:8 17:18
back 29:2,5 31:2 34:18,21,24 35:3 41:18 45:20
badge 17:6

basically 9:18 22:7 24:23 27:10 43:16 44:19
bear 42:12
behalf 2:4,8
believe 8:4 9:17 16:10 17:8 21:10 23:10,19 25:2,21 29:23 32:2 35:2 35:18
bellow 41:11
belts 17:5
benson 2:6,8 23:13 38:21 46:4
bigger 8:5
bill 14:4
bit 40:5
black 36:4 41:11 41:12,12
blanks 11:19 12:7
blocks 16:24
blue 41:12
bottom 36:13 37:6 39:24
bought 22:7 44:11
break 5:12 34:7,8
briefing 15:4
briefly 6:11 7:22
bring 27:17
brought 8:15
bureau 5:22 8:8
bursar 13:6
bust 7:24 14:12 27:3
busts 8:3
butler 12:10 17:18
buy 7:24 8:3 14:12 27:3 30:8 37:21 38:20 40:1,3 41:6 44:18
buys 12:17 13:18
buzz 37:14

**C**
call 37:14 40:23 44:16
called 1:13 4:13

7:10,11 11:1 16:19 41:3,3,4
cap 41:12
capacity 28:7
car 4:23 17:2,3 24:12
career 9:7
case 4:22,23 6:21 7:3,9 11:7 15:13 18:8 19:14 27:12 27:15 40:24 41:5 41:5
cashed 31:4
cause 47:13
cell 38:3
certified 47:14 48:4 49:7
certify 47:12 48:6 48:19,21
changed 10:22
check 13:5 36:14
chicago 1:7,7,18 2:3,7 5:15 9:14 47:7,7
circumstances 20:15
civil 1:14 4:11
clipboard 39:4,7
clothes 17:4
coat 41:12
coh 37:6,11
combination 39:2
come 29:2
commencement 48:7
commingled 33:11 33:14
commission 49:9
communicate 16:5
communication 16:3 17:22
compare 13:23 30:7 38:13
complaint 36:17
complete 48:14
computer 9:13,14

concerning 48:10
connection 8:18 15:5 17:22 18:13 32:5 35:4 45:1
consensual 37:11
contact 16:15
context 20:11
contraband 36:1
controversy 48:9
conversation 27:19 32:17,24 34:2 44:6
conversations 33:21 34:21
cooperative 31:22 32:1 34:5 42:24
copy 13:9,15
corner 18:19,19 23:18,20
corporation 1:7 47:7
correct 6:24 7:1 8:8 10:9,10 11:12 11:13 15:11,15 16:20,21 17:5,18 18:11 19:22 20:5 20:6,24 21:1,18 23:3,16 24:9,13 26:22 27:18 28:14 29:21 31:16 33:4 35:11 36:12,24 40:4 41:9,9,14 42:16 42:17 48:14
correctly 41:13
counsel 48:17,21
counter 25:22 31:3
counters 24:23
county 1:17 48:2,5 49:6
couple 7:8 28:19 40:9
court 1:1 5:5 37:12 47:1
courts 1:15
covert 28:7

crime 5:22
crimes 43:17
criminal 6:21,23
    45:9,12,23
criteria 33:9
cuisinier 2:6
current 5:20
currently 5:15
cursory 31:5,14
custodial 29:17,19
    29:22
custody 20:17,19
    20:21 27:9 29:17
cutoff 40:5
cv 1:6 47:6

**D**

daily 8:23 9:3,5,8
database 9:13,18
date 4:21 14:8
    35:23
day 1:18 7:16,20
    10:11,19 12:1,4,7
    12:14,17 13:1
    14:14,17 15:3,6,8
    15:10,13 16:7,12
    16:19 17:7,21
    19:5 20:22 23:22
    24:20,21 33:1
    44:7 45:6,18,21
    49:2
daytime 15:2
debriefing 43:13
    44:14,16
decide 8:1
defendants 1:8 2:8
    7:3 47:8
denominations
    30:18 39:1
department 5:16
    9:14
depending 20:15
    22:14 40:22 42:9
depends 33:7 39:6
deponent 46:7
deposition 1:12 4:8
    4:17 6:9 47:13

48:16,20
depositions 1:15
    7:3
describe 7:22
    18:22
describes 11:11
description 16:20
    18:2,9,13,20 19:1
    19:23 20:2 21:8,9
    22:13,21 26:10
    26:12 41:16
    42:15
detain 16:19 20:3,8
    20:19,23 21:3,4
    21:16 23:1,9,11
    27:16
detained 26:11,20
    27:15 32:15
detaining 26:16,18
determine 38:18
device 37:17,20
    38:4
didn 27:1 30:24
    37:17 43:2,22,24
different 17:17
    20:13 24:12
    29:12 36:7 38:13
direct 4:15 20:16
direction 23:5
directive 20:8,23
discuss 44:18
distance 42:6
district 1:1,1,14
    4:10 6:3,8 47:1,1
division 1:2 5:23
    8:9,11 47:2
document 11:2,8
    35:15 36:13 38:9
    39:12,17,20,23
    43:7
documents 6:10
doing 5:24 12:6
    15:6 18:22 19:5
    20:11 25:10,12
    28:4 36:22 37:21
dollar 14:4

don 5:10 6:19 9:17
    10:17,20 14:1,16
    16:23 17:24 18:5
    18:6 19:10,12
    20:1,10 21:9
    22:21 23:4,6
    24:15 25:8,11,14
    25:17 26:5,7,14
    26:17,18 27:14
    29:5,23 30:5,17
    30:21 31:10,12
    31:12,13 33:20
    34:2,4,17,19,19
    37:5 39:7,9 41:23
    44:9,12 45:16,19
driver 42:21
drug 33:1
drugs 18:23 22:3
    31:15 32:18
    33:19 34:1
duly 4:2,14
duty 17:5 46:1

**E**

eastern 1:2 47:2
edward 2:2,4 3:4
either 7:7 14:2
    31:19 33:23 36:9
    37:17 42:18
employee 25:23
encompassing 9:6
enforcement 10:17
    10:18 13:11 14:6
    14:7,10,11 15:13
    15:24 16:2 20:16
    21:11 28:23
    33:18
engage 45:11
engaging 19:8,15
    19:20
essentially 7:24 8:2
    13:5 21:6 37:16
essex 23:12,16
    41:19
estimate 12:17
et 1:7 47:7
evasive 25:13

exact 4:21 17:24
    18:4 22:22
exactly 14:1 16:23
    26:7 44:16
examination 1:13
    3:3 4:15 48:7
examined 4:14
example 18:16,18
    37:20
exchanged 31:4
excuse 33:7
exhibit 3:11,11,12
    3:12,13 10:24
exhibits 3:10
exiting 21:7
expires 49:9
expressway 41:21
eyes 18:3

**F**

facility 35:2
fact 17:12 33:24
familiar 8:21 9:11
    23:21,24
familiarity 9:12
far 9:15 18:4 26:18
    36:1 41:18 44:20
farahvar 2:6
fashion 27:16,16
federal 4:11
fellow 20:4,8 21:16
    23:2
fellows 11:23
felonies 9:19
find 26:23 27:1
    29:22 31:6,17
    36:7,10
first 4:14 8:3 11:7
    17:21 24:14 25:6
    25:10,12
five 6:6 14:19
fives 30:21
flee 34:13
folks 12:13 25:9,19
follows 4:14
foregoing 47:15
    48:13

form 32:8 38:21
    48:13
former 8:12
forth 42:16 48:18
found 19:4 20:24
    30:15 33:3,24
    38:19
fox 2:2,4 3:4 4:1,4
    4:8,16 11:4 23:15
    35:19 38:11 39:3
    39:14,19 43:9
    46:3,5
front 11:10 12:11
    25:1 35:10 40:13
function 15:22
    28:5
fund 38:15 40:14
    40:15,16,17,18
funds 12:21,24
    13:4,16,18,19,23
    33:11,14,19 34:1
    38:13,20 44:7,8
further 15:24
    20:20 46:3,7
    48:19,21

**G**

gang 6:4 36:2
garage 33:12
gatlin 11:20,24
general 44:19
generally 22:16
    24:3 35:20
generically 19:14
getting 19:23
    32:14 34:12
    42:11 43:1 44:19
give 14:4,21 18:12
    18:16,19,24
    43:17,19 44:1
given 13:11 15:12
    15:20 21:8,21,21
    22:21 26:10,12
    31:4,11 40:17
    41:16 47:16
    48:11
gives 22:9

giving 18:2,8 22:12 43:2
go 4:1 8:6,13 15:16 15:22 20:3,17,23 22:8 23:1,9 24:17 35:1 38:22 42:20
goes 11:10 22:10
going 4:24 10:23 12:6 13:12 15:6,9 15:16 18:2 21:3 22:19 38:7 39:10
gonzalez 7:8 17:16 17:19 18:7 19:3
gotten 22:4
grubs 11:20,24
guess 16:5
guns 9:1,15
guy 19:15 31:20
guys 14:14 29:15 29:16 35:4

**H**
hadn 33:24
half 5:19 22:22
hand 49:2
handcuffed 27:13 34:9
handtohand 19:9 19:11,16 20:4,9 21:24
handwriting 36:24 37:4 39:22,23,24
handwritten 14:2
happen 28:10 38:2
happened 22:17 30:10 32:8,11,13
happens 44:17
hard 43:3
harris 3:11,11,12 3:12,13 7:7 11:1 17:16,18 20:5,9 22:19 28:13,14 28:17,22 29:3,15 30:8,12 35:13 37:20 38:1,8 39:11,16 40:2 44:11

head 5:8 10:20
hear 19:21
hearing 17:22
hereinbefore 48:17
hereunto 49:1
hidden 31:7
hide 25:16
higher 8:1
hit 42:13
hoffman 7:8 17:8,9 21:10 24:9 33:18
honest 24:20
honestly 10:20 14:23 30:5
hopefully 20:20
hopkins 11:22
hours 40:7

**I**
id 42:21,22
idea 14:21 24:22 32:11
identification 28:18 29:4,14 42:19
identified 27:8
identify 28:8
illinois 1:1,17,18 2:3,7 4:11 47:1 48:1,6 49:6
impede 31:21
incident 35:23,24 35:24 36:1
include 13:15
index 3:1
indicate 40:2
indicated 43:21
individual 18:14 23:9
influence 45:14
information 18:10 29:8 32:14 39:5 42:14,21 43:1,3 43:16,19 44:1,22
informing 33:1
injury 46:1
inside 27:13

insofar 48:9
interested 48:23
interrogated 48:10
intersection 23:21 24:1
interviewed 8:18
inventoried 33:6 40:19
inventory 33:15 40:16,18
investigating 36:20
investigation 20:20
involved 7:11 21:24
iod 46:1
island 42:12
item 40:11

**J**
january 49:3
joseph 1:16 2:17 47:13 48:4

**K**
keep 16:3 39:4
khaled 1:12 3:3 4:6,7,12 47:19 48:8
kind 4:22 24:6,19 24:21 31:5 39:2 42:12
kinds 18:16
know 5:11,12 7:10 8:1,5,21 9:13 11:17 12:3,10,11 13:6,14,14 14:5 14:17 15:2,16 16:12 17:1,1,5,18 18:2 20:20 22:12 22:20 24:5,6 25:15,23 27:10 31:4 37:4,10 39:8 40:13 41:23 42:2 43:22,24 44:17 44:20,21
knowledge 16:15 24:1

konior 17:19,19 24:10 33:19

**L**
lake 1:17 48:5 49:6
lapsed 28:12,16,20
large 38:12
lawsuit 7:12
leading 20:20
letting 28:6
license 2:18 42:22
lieutenant 8:12
likewise 5:3
line 40:6
lines 40:9
list 13:9,11,24 14:2
listening 18:10
little 30:4 34:8 40:5
live 37:22
location 15:22 35:24
log 8:23 13:9,16,22 30:7,11 38:16
logged 13:7
long 5:18,24 6:5 7:13
longer 42:9
look 9:22 21:11 25:15 27:5 28:7 33:19
looked 6:20 9:24 11:5 18:20 26:1 27:2,11 38:18
looking 11:14,18 27:11 30:6 31:15 42:23 43:20 44:7
looks 14:18 36:13 38:18
lot 24:2 30:3 42:10

**M**
major 44:17
making 10:5,6 16:8
male 25:24
man 27:20 31:24

32:3
march 49:9
mark 37:7,7
marked 12:17,19 12:19 17:2 35:13 38:8 39:10 43:5
mass 8:6
match 30:11,13,16 30:24
matched 13:8 16:19 26:9 27:11 30:8
matter 17:12 45:24
matters 48:9
mean 10:22 15:2 23:23 32:13 36:18 37:19
meaning 19:16
means 19:19 37:10 48:12
melarkey 1:16 2:17 47:14 48:4
member 36:3
mentioned 11:23 12:11
michael 1:4 6:17 47:4
mine 8:12
minute 28:2 42:8
minutes 28:19,24
misdemeanors 9:19
mission 7:17,19,23 7:24 12:1 15:9 36:23
missions 15:1,17
mistaken 23:20
money 12:17,19 13:5,6,6,10,12 14:3 27:3,6,10 29:23 30:1,3,4,6 30:8,11,12,16,16 30:17,18,24 31:4 31:4,9,11,15 32:9 32:19 33:3,13 38:19

monthly 9:8
months 7:8 8:14
morning 14:24
municipal 1:7 47:7

**N**

name 4:4,4,6 11:12 36:10 42:15
narcotics 5:23 8:3 8:8,9,10,14 11:8 11:11 12:18 19:16,20 24:2 28:9 29:7 36:17 40:23 44:10
narrative 40:1
nation 36:4
necessarily 20:12
needed 43:4
negative 22:6
nextel 16:5 29:11 29:13
nodding 5:8
nonpolice 25:4
normally 41:24
northern 1:1 4:10 47:1
notarial 49:2
notary 1:16 48:5 49:6
notes 48:14
notice 4:9
notification 40:20
notified 7:12
number 8:24 10:5 14:4 35:23,23,23 40:16,18,24,24 41:4 42:22,22
numbers 12:23 13:7,8,12 27:11 30:7 35:22 39:1 44:20

**O**

objection 38:21
observe 45:11
observed 18:18 26:3 41:15
observing 18:13 19:8
obviously 17:13,13
occasion 9:22
occurred 14:2 43:17
occurring 21:22
october 1:19 47:14
oec 40:21,23
office 4:12 22:11
officer 1:12 3:3 4:6 4:9 5:21 6:4 7:7 11:20,20,21,22 13:5 14:3,6,7,11 14:12,13 15:14 16:2 17:8,9 18:8 18:12 19:3,13,15 20:4,9,12,16 21:7 21:10 22:1,12,13 22:19 24:9,10,10 27:8 28:7 30:12 37:15,16,20 40:22 41:5,6,6 44:10 47:19 48:7
officers 7:2 12:5 13:11 16:4 18:1 21:11 25:4,7 32:22 33:18 42:2 44:6,13
oh 9:10
okay 5:13,14 9:10 28:10 36:21 38:17 41:2 46:4
once 13:10 27:7 29:14 30:24 42:13 43:15
ones 30:21
operation 27:3
opinions 32:8
opportunity 14:10
orange 41:12
order 15:19,19 22:8
ordered 37:12
orders 15:24
organized 5:22
original 29:20 40:17
oso 37:7,15
outcome 48:23
outside 27:17,22 27:24 28:3,13,17
overall 9:10
overhear 37:11,15
overheard 37:17 37:20
owner 25:24

**P**

padded 26:21
page 3:2 11:7,10 11:11,12 12:11 43:18
pants 41:12
paper 38:24 43:10
paperwork 44:23 45:1
part 7:16 8:7,10 15:9 44:7
participate 35:7
particular 12:16 13:1 15:8 16:7 17:21 18:14 19:4 36:20 45:4,8
parties 48:19,22
partner 17:7
passing 23:24
pat 26:24 29:20
patrol 6:8
people 25:4,5,18 31:19
percent 16:11 36:8
person 18:20,21,22 19:4,19 20:13 27:9 28:8 29:6
persons 16:8
pertaining 1:15
pertinent 44:22
phone 18:24 29:13 38:3
phones 16:5
piece 38:24
place 14:18 20:17 20:19 34:21 48:16
placed 26:10 27:9 29:17
placing 20:21
plain 17:4
plaintiff 1:5,13 2:4 4:13 47:5
play 21:22,22 22:9 22:10
please 4:1
point 16:18 20:3 20:22 22:2,24 28:4
police 1:12 3:3 4:12 5:15,21 9:14 10:23 11:5 34:18 34:24 35:2 44:5 47:19 48:7
positive 22:5
possible 31:6
premises 31:6
preparation 6:9
prepared 39:20
preparing 35:4
prerecorded 12:22 12:23,24 13:4,18
presence 34:6 45:5 45:5
present 48:17
presented 39:6
pretty 42:15
previous 48:6
previously 48:18
prior 14:7 16:15 21:16
probably 4:24 9:24 10:1 15:19 22:16 28:24 42:10
procedure 1:14 4:11 15:4
process 32:6
protected 38:3
public 1:16 48:5 49:6
purchase 40:23
44:21
purchased 40:10 40:11
pursuant 1:13 4:9 4:9
put 9:9 17:14,15 34:16 40:24

**Q**

quarter 14:19
question 5:2,4,10 37:7,7
questions 5:1,7 34:15 36:14 47:16

**R**

radio 18:10 19:21 21:3 29:9 33:23
radios 16:6
ran 21:6,17 22:3
rate 20:22 35:23
rd 35:22 40:23 41:4
reaction 26:4,19
read 41:13 47:12
reading 48:20
ready 34:12
realized 30:15,24
reason 5:11 36:19 36:21
recall 6:19 12:8,14 14:15 16:8 17:22 19:23 21:15,23 22:15,16,18 23:7 23:19 25:5,14,17 26:2 28:20 29:1 30:17 32:16,20 34:4,11,16 36:6 44:9
received 22:2
recites 11:7
recollection 29:3 42:24
record 4:5,8
recorded 37:23
records 8:24

recover 13:19
recovered 36:1
reduced 48:11
refer 40:15,21
refrain 5:8
refresh 42:23
refuse 34:15
regarding 7:13
  34:3 43:17
register 24:23
regular 6:8 14:9
related 36:18
  48:22
relation 48:9
remember 4:20
  7:14 10:12,13,21
  14:1,16 16:23
  17:24 18:5,7 19:3
  19:7,10,12 20:1,7
  21:2,5,9 22:19,20
  22:22 23:4,6,18
  24:11,15,18,24
  25:8,11 26:5,7,12
  26:16,17,17,18
  26:18 27:5,12,14
  27:19 29:5,6,24
  30:1,3,5,6,18,21
  31:10 32:14,17
  32:24 33:17,20
  33:21 34:2,17,19
  34:19,20 39:9
  43:20 44:2,4,5,12
  44:24 45:4,16,17
  45:19
reno 1:4 6:17 7:14
  7:16,20 10:11
  12:1 14:8 16:7,9
  16:12,20 17:23
  19:5,8,23 20:24
  21:3 24:16 25:10
  25:19 26:3,16
  27:22 28:3,13,22
  29:4,16 30:16,19
  31:3 32:5,15,18
  33:1,3,22 34:5
  38:19 41:18 45:5

  45:11,20 47:4
repeat 5:11
rephrase 5:11 7:6
  20:18
replied 31:13
report 6:13,18 9:4
  9:23 10:3,23 11:5
  35:14,18,20
  43:13
reported 2:16
reporter 5:5 47:14
  48:4 49:7
reports 8:22 35:4,8
required 38:1
reserve 46:4
reserved 48:20
resist 34:9
retrieved 27:10
review 6:10,12,16
ride 42:8
right 13:21 15:3
  16:17 22:24 28:2
  30:14 33:16 37:2
  37:13 41:20,21
  41:22
roughly 14:22
  16:22 28:16,20
rules 1:14 4:10,11
run 36:10
running 22:20

**S**

safety 37:15,16
saith 46:7
sale 20:4
sales 19:9,11,16
  20:9
sanchez 17:19
  24:10 33:19
saw 7:5 25:9
saying 19:8 29:6
says 12:5 19:15
  36:17 37:6 40:6
  40:12
scaffolding 24:24
scene 18:3 33:22
seal 49:2

search 29:18,19,19
  29:22 31:5,5,14
  32:4
searched 27:10
second 6:3,8 11:12
  43:18
see 11:8 24:16,17
  27:11 30:7 31:3,6
  36:15,21 37:8
  40:7 44:10
seen 17:1 21:7
seized 9:1 33:11
selling 18:23 19:20
send 8:2,4
sergeant 11:19
  12:7,10,13 15:5
  17:15
sergeants 23:6
serial 12:23 13:7
  13:11 14:4 27:11
  30:7 38:24
series 5:1
set 14:14 48:18
  49:1
shaar 1:12 3:3 4:6
  4:7,9,12 47:19
  48:8
sheet 13:16 38:12
  38:16,16,18
  40:12,13,14,15
  40:17,17,18
shift 14:14
shoes 41:13
short 17:12
shorthand 47:14
  48:4,12,14 49:7
shorthanded 10:16
  17:13,13
show 10:23 35:13
  38:7 39:10 43:5
signature 46:4
signing 48:20
similar 4:24
sit 19:2
situation 8:6 13:10
  14:1

six 6:1
skull 41:12
small 33:13
sold 24:22 28:8
  29:7
somebody 15:5
  16:19 18:14,18
  20:23 41:3
sorry 23:16 25:6
  33:7 39:15,16
sort 7:19 9:1 13:22
southwest 23:19
specifically 19:7
  19:14 33:12
  44:24
specified 48:17
spell 4:4
spent 22:7
spoke 31:2
spread 41:23
squad 17:3
ss 48:1
standing 18:18,19
  18:23
start 15:1
started 14:16,22
  15:3
state 1:17 4:4 48:1
  48:5
states 1:1,14 47:1
  47:15
stating 9:3
station 32:6 34:18
  34:22 35:1 41:24
  44:5
stipulation 48:19
stone 36:4
stony 42:12
stops 42:11
store 21:5,6,13,17
  22:3,21 23:1,9,11
  24:5,6,8,17,18,19
  24:21,22 25:1,3,4
  25:9,19,20,24
  26:1,11,13 27:7
  27:13,17,20,23

  28:1,3,13,17 31:2
  31:7,19,24 32:4,4
  45:20,22
street 1:18 2:2,6
  24:17 42:12,13
strike 7:17,22 12:1
  15:9,17 16:4
  36:23
stuff 20:11
subject 18:19,20
  20:17 21:5,12,23
  43:18
substantial 33:10
suit 48:22
suite 1:17 2:3,7
summary 35:22
supervisor 10:2
  11:19,20 20:13
  20:16 33:23
supervisors 12:13
  15:20
supposed 13:19
  36:14
sure 13:7 15:2
  16:11 24:20,21
  34:9 36:9
surgical 7:17,22
  12:1 15:9,17 16:4
  36:23
surveillance 12:5,6
  14:13 18:1,8,12
  19:13,15 20:12
  21:7 22:11
swear 4:1
sworn 4:3,14 48:8
system 9:13,14

**T**

tactical 6:4
tag 10:24
take 5:12 15:24
  26:15,20 28:7
  33:12 34:20 37:2
taken 1:13,15 4:9
  4:17 5:9 26:11
  34:21 47:13
  48:15,16

talk 43:15
talked 7:2,5,7 10:2
   31:8 32:3,22
talking 9:10 18:23
   18:24 19:2,13
   38:16 43:21
tallies 9:15
target 15:21 22:3,3
   22:8,20
targeted 8:1 15:18
   15:23
targeting 18:14
team 10:8,12,22
   11:8,14,17,21
   16:4 17:10,11,17
   17:18,20 33:24
   44:7,13
teams 10:13,15
   11:11
tell 9:12 14:21
   25:19 31:8 40:6
   40:10
ten 14:3 28:24
tendered 11:3
   35:16 38:10
   39:13,18 43:8
tens 30:22
terms 42:7
testified 4:14
testify 6:23 45:23
   48:8
testimony 48:11
   49:1
thank 46:5,6
theft 4:23
thereof 48:23
thing 8:23 9:2
   21:15 29:15,16
   32:5
things 9:16 18:17
   39:2 43:22
think 10:15,16
   27:24 29:1 31:12
   31:12,13 33:7
thompson 11:21
   11:24

thorough 29:19
thought 25:13
three 10:15 25:5,9
tickets 9:1
time 4:19 5:6 7:5
   9:23,23,24 11:21
   14:16,22,24 15:3
   16:18,22 28:12
   28:12,13,16,16
   28:20,21,22
   34:10 35:23 38:5
   40:1,8 41:1 42:7
   42:10 43:3 48:16
timeframe 9:9
today 6:9
told 15:8 20:3 21:4
   21:15,16,19 23:1
   23:7,8,9 28:21
   36:11
top 10:20 39:24
tort 4:23
total 25:5
traffic 42:9,11
transaction 21:24
   22:6,6,18 28:21
transcribed 48:12
transcript 47:12
   47:15 48:14
transcripts 6:20
transmission 37:23
transmitting 37:21
transported 32:6
   34:18
traveling 15:21
trial 6:21,23 45:23
trim 41:12
true 8:5 21:20
   48:13
truth 48:8
try 5:2,7 13:19
   34:13
trying 25:15
two 21:11 22:22
   25:7,18
type 8:6,23 9:20
   35:24 44:21

types 14:24
typewritten 48:13
typical 38:15
typically 17:10,17
   18:1,6,7,12 21:21
   22:9 33:6

                  U
uncooperative
   43:1
undercover 14:3
   21:24 22:2,4,7
   27:8 28:7
understand 5:10
   18:6
understanding
   12:16 13:3,17
unit 8:5
united 1:1,14 47:1
units 8:5 42:3
unmarked 17:2,3
ups 8:1
use 13:3,10,15
   37:17,23 39:7
user 33:1
usually 10:17
   14:24 15:17
   20:15 22:12
   33:12,14 39:7
   41:5

                  V
vaguely 7:15
verbally 14:5
vests 17:5
victoria 2:8
view 21:7 25:13
vs 1:6 47:6

                  W
wait 5:2,3 15:23
   22:8
waiting 29:1
walked 25:3,10,12
   26:4,6
want 5:12 9:9
   37:14

wanted 8:13
wasn 10:18 14:9
   24:20 44:1 46:2
watching 18:9
way 12:20 31:21
   34:21 36:7,9,11
   48:22,23
weapons 26:24
   27:1
wearing 18:21
   38:2 41:11,15
went 21:5,11 23:11
   24:5,8,11 26:13
   31:2
weren 18:3 21:19
west 1:18 2:2,6
whereof 49:1
white 41:13
williams 40:21
willing 43:17 44:1
withdraw 7:6
witness 3:2 4:1,2,6
   4:13 11:3 23:14
   35:16,17 38:10
   38:23 39:13,18
   43:8 46:6 48:11
woman 25:21,22
   27:20 31:3,8,20
   31:21 32:3
word 40:10,10,13
wording 17:24
   18:4
words 22:15,22
work 5:21,22 8:13
   10:17 14:10
   41:24 42:3
worked 6:3 10:8
   14:7 25:20
working 10:18
   12:7 14:15 17:8
   25:22 32:15
wouldn 34:20
   37:22 44:16
write 14:5 42:21
writing 35:7 43:10
   45:1 48:11

written 9:1 13:24
   13:24 15:19 37:1
   38:24
wrote 36:21

                  X

                  Y
yeah 9:11 14:9
   34:8 38:3
year 4:20 10:1
years 5:19 6:1,6
   10:1 22:23

                  Z

                  0
00 14:23
03 41:7

                  1
1 1:19
10 1:6,19 47:6,14
100 16:11 36:8
10th 1:18
11 3:11
111th 41:20
12 5:19
15 42:8
1505 12:21 33:11
   33:14,19 34:1
   38:15,20 40:18
   44:8
1505s 34:3
1648 40:2
16th 49:2
1700 40:7
1803 41:7
19 49:9

                  2
2 35:2,3 41:18,20
   41:20 42:3
200 2:6
2011 1:19 47:15
2012 49:3,9

                  3

**3** 3:11 11:1
**300** 1:18 2:2
**330** 1:17 2:3
**35** 3:11
**38** 3:12
**39** 3:12

---
**4**
---
**4** 3:4,11 35:14 40:3
**43** 3:13
**430** 2:7
**48** 40:3

---
**5**
---
**5** 3:12 38:8

---
**6**
---
**6** 41:7
**60606** 2:3,7
**6114** 1:6 47:6

---
**7**
---
**7** 3:12 14:23 39:15
  39:16
**79th** 23:13,14,16
  41:19 42:11

---
**8**
---
**8** 3:13 43:6
**84686** 2:18

---
**9**
---
**9** 39:11,15
**95th** 42:13
**97th** 23:12
**99th** 41:21