IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHAEL RENO, )
Plaintiff, )
vs. )
City of Chicago Police Officer )
KEITH HARRIS, Star #19542; City )
of Chicago Police Officer JEROME )
HOFFMAN, Star #19110; City of ) No. 10 CV 06114
Chicago Police Officer SCHAAR )
KW, Star #9039; City of Chicago )
Police Officer NELSON GONZALEZ, )
Star #7235 and the CITY OF )
CHICAGO, )
Defendants. )

The deposition of DARWIN BUTLER, called for examination pursuant to notice and the Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, taken before Martha C. Newton, a notary public within and for the County of Kane and State of Illinois, at 300 West Adams Street, Suite 330, Chicago, Illinois, on the 17th day of November 2011, at the hour of 3:01 p.m.

Reported By: Martha C. Newton, CSR, RPR, RMR
License No.: 084-003632

1

APPEARANCES:

EDWARD FOX & ASSOCIATES, by
MR. EDWARD FOX
300 West Adams Street, Suite 330
Chicago, Illinois 60606
(312) 345-8877
Representing the Plaintiff;

CUISINIER, FARAHVAR & BENSON, LTD., by
MS. VICTORIA R. BENSON
vbenson@cfblaw.net
200 West Adams Street, Suite 430
Chicago, Illinois 60606
(312) 634-0412
Representing the Defendants.

2

INDEX


| WITNESS | EXAMINATION |
|---|---|
| DARWIN BUTLER | |
| BY MR. FOX | 5 |


EXHIBITS


| NUMBER | MARKED FOR ID |
|---|---|
| Butler Exhibit | |
| Exhibit No. 1 | 37 |


3

(Witness sworn.)

MR. FOX: Could you state your name and spell your name.

THE WITNESS: Darwin. Spell my last name? First Darwin Butler, B-u-t-l-e-r.

MR. FOX: Have you had your deposition taken before?

THE WITNESS: No. I have not.

MR. FOX: I'm going to ask you a series of questions.

THE WITNESS: Yes, sir.

MR. FOX: Answer them out loud like you've just done.

THE WITNESS: Yes, sir.

MR. FOX: Because nods of the head don't work well. And then try and wait for me to be done with your question -- with my question before you answer. Likewise I'll try and wait for you to be done with your answer so we don't talk over each other.

THE WITNESS: Yes, sir.

MR. FOX: And then if you need a break for anything let me know.

THE WITNESS: Okay.

4

DEFENDANT'S EXHIBIT I

MR. FOX: Also if you don't understand any of my questions for any reason, just let me know and I'll repeat or rephrase it.
THE WITNESS: Yes, sir.
DARWIN BUTLER,
called as a witness herein, having been first duly sworn, was examined and testified as follows:
EXAMINATION
BY MR. FOX:
Q. All right. You're with the Chicago Police Department?
A. Yes, I am.
Q. And what's your current assignment?
A. Seventh District.
Q. And what's your rank?
A. Sergeant.
Q. How long have you been in the 7th District?
A. Six months.
Q. How long have you been a sergeant?
A. Five years.
Q. Are you a patrol sergeant or.....
A. Patrol sergeant now, yes, sir.
Q. What about back in March 28 of '09?



A. Yeah, I was working narcotics as a sergeant.
Q. And did you supervisor a particular team?
A. Yes, I did.
Q. What team did you supervise?
A. I believe it was team B5 if I can recall.
Q. All right. And then what was the -- what was your -- what was your general duties as the sergeant of this team?
A. Supervising, I actually also worked surveillance.
Q. And did you -- did you folks work all over the city as part of this assignment?
A. No, this assignment was area two assignment.
Q. All right. So when you say you were supervising, also worked surveillance, what did you mean by the also worked surveillance part?
A. That particular day my job was to supervise as well as work surveillance.
Q. Okay. Now, your team, you said -- what was your team, B9 you said?
A. No, B5.
Q. I'm sorry. B5. Did you have -- do you



remember who the guys are -- were on your team?
A. I don't recall everybody, no.
Q. On this particular day, were the -- you using guys from different teams on your assignment?
A. We had two separate teams working in conjunction with one another.
Q. What was the other team you had?
A. I don't remember. I don't recall that number but it was under Calvin, Sergeant Calvin, plain supervision.
Q. All right. And then it was a surgical strike mission that you folks were doing?
A. Yes, sir.
Q. And what was your assignment for that day?
A. Narcotics and gang suppression and in the area of 79th, Jeffrey, Yates, points east.
Q. Now, the name Michael Reno, did you know that name from anywhere before March 28 of '09?
A. No, I did not.
Q. And as I understand it, you folks would go out and -- and try and do buy bust, make buy bust arrests; is that correct?



A. Yes, that's what we did. Yes.
Q. And this was to be done with 1505 funds?
A. Yes, sir.
Q. Which these are funds with prerecorded numbers on it?
A. Yes, sir.
Q. So as -- as the supervisor and the surveillance officer on -- for that team that day, what was -- did you have any specific role in terms of each buy bust that would occur?
A. Yes.
Q. And what was that?
A. Surveillance.
Q. Anything else?
A. On this particular day?
Q. Yes.
A. That's all I did, surveillance as well as being the supervisor, team supervisor.
Q. Was it your function also once a buy was made to give the -- well, let me back up a minute.
A. Yes, sir.
Q. In addition to being a surveillance officer you also had another --

(Interruption.)
BY MR. FOX:
Q. In addition to being a supervisor and surveillance officer for that team that day you also had on the team that day another surveillance officer; is that -- is that right?
A. Yes.
Q. And that would be Gonzalez?
A. Yes, sir.
Q. And the buy officer that day would have been Officer Harris?
A. Yes, sir.
Q. And then you had some enforcement officers?
A. Yes, sir.
Q. Do you remember who they were?
A. I do not.
Q. If I showed you the police report, would that refresh your recollection?
A. Yes, it would.
Q. Okay. So I'll show you this -- this police report. We'll mark this as Exhibit 1 to this deposition.
A. Okay. Okay. Yes. Brian Kanur and



Richard -- Rick Sanchez.
Q. Okay. Look at the second page too.
A. Okay.
Q. And then also was Schaar and Hoffman enforcement officers as well?
A. Yes, they were.
Q. And then these other folks that are listed as surveillance Thompson, Grubbs, Gadien and Blanks, were they present that day, do you know?
A. Galden, Grubbs, yes. Yes, they were.
Q. Okay. Now, at some point in time that day you folks set up in the vicinity of 79th and Essex?
A. Yes, sir.
Q. Do you remember roughly what time of day that was?
A. It was -- it was kind of late like 4, 4 o'clock, 4:30, something in that area.
Q. Do you recall if your team had made any arrests prior to that, that day?
A. I can't recall. We was out there for a while. We might have. I can't recall.
Q. All right. What time did your shift



start that day, do you remember?
A. We started early, probably like 8 or 9 o'clock in the morning.
Q. So when -- at the point -- do you know why you set up particularly at 79th and Essex in that vicinity?
A. Well, what we do is -- yeah, we drove -- we surveil the area and we pretty much looking for any gang or narcotic activity.
Q. And that you folks felt that this was an area where you might find some of that?
A. Well, not that we found that we saw. We thought would be -- was narcotics activity.
Q. Did you see anything before -- so to understand this, did you -- did -- you folks were driving around that day in that vicinity and then decided at some point during the day that that's where you would set up in the vicinity of 79th and Essex?
A. What happened is because we keep in contact via radios and -- or other surveillance officers, you know, surveiling the area, 79th and Exodus -- Essex, you know, they alerted team members that, okay, look like we have -- might



have some narcotics activity going on here, looks like we have some sales going on here, so everybody come over here and set up.
Q. All right. So when you hear that and then there's announcement to come over here and set up, what -- what is -- what then happened?
A. We go over there. We set up. We get positions of surveillance and just see what we see. We just conduct observations.
Q. And then what was your position when you went over in that area?
A. Where I was located or what was I doing?
Q. Well, I'll ask you both. Where were you located?
A. I was on Essex just south of 79th Street. I can't recall which way I was facing but.....
Q. Okay. So Essex is a -- is a.....
A. I think a one-way going north I believe. I believe it is.
Q. And at that time when you set up there, did you know -- were you informed via your radio where the other guys on your team were being -- were setting up?

A. No, not really. No, no. Not that I can recall.
Q. And you don't recall which way you were facing?
A. No.
Q. So you don't know if you were actually facing the intersection of 79th and Essex as opposed to facing south of the intersection?
A. Right. I can't recall if I was facing it or turned away from it. I believe I was facing it. Either way I had the vision -- a visual of intersection of 79th and Essex.
Q. All right. And then did you know Officer Gonzalez to be in that vicinity as well?
A. Yes, I did.
Q. Did you know any other surveillance officers to be in that vicinity as well?
A. Yeah, we all were. I didn't know what they -- their positions of surveillance were.
Q. Did you know where Gonzalez's position of surveillance was?
A. I believe he was right across from me on Essex.
Q. Okay.



A. If I can recall.
Q. Right across the street from you?
A. Yes.
Q. And so if he was on the east side of the street, you would have been on the west side of the street or vice versa?
A. Yes sir.
Q. All right.
A. As I can recall.
Q. All right. And then when you got to the scene, what did you observe?
A. Several male black individuals standing on the corner in front of a store. It was phone shop or convenience store.
Q. Do you remember which corner it was on, north, south, east, west?
A. Yeah, the north -- northwest corner, 79th and Essex.
Q. And -- and you believe that to be a convenience store or a -- what did you say?
A. Some type of store.
Q. All right. And when you say several male blacks were over there, how many do you recall seeing?



A. More than two, three.
Q. Okay. So two to four, is that an estimate or a range?
A. Could be, several. I don't remember the actual number.
Q. All right. And then what did they appear to you to be doing when you were watching them?
A. As I could -- it appeared to me that they were standing around congregating, talking, loitering.
Q. I take it you were in an unmarked vehicle?
A. Covert.
Q. Which is different because it doesn't have an "M" plate on it?
A. Correct. It's just a regular -- regular vehicle.
Q. And you were plain clothes?
A. Yes, sir.
Q. Were you in your car by yourself or was any other officer?
A. By myself.
Q. And I take it you were in radio contact with other officers from your team?



A. Yes, sir.
Q. So as you were watching this, how did this proceed or change if at all?
A. It appeared at some point that these individuals or individual were potentially engaging in hand-to-hand transactions with unknown individuals.
Q. Did you see more than one of these individuals engaging in hand-to-hand transactions?
A. I believe so, yes. Yes, sir.
Q. Do you know if it was more than two that were engaging in hand-to-hand transactions?
A. I can't recall to be exact.
Q. But at least two and maybe more but you just can't recall?
A. Yes, sir.
Q. And then can you give a description of these fellows that you believe you saw engaging in hand-to-hand transactions?
A. Not at that -- male blacks.
Q. But beyond that you can't give a description or.....
A. The other ones that -- yeah, other -- other -- of the one in question, yes. But the

other individuals, no.
Q. All right. So the one in question you're talking about is Michael Reno; is that right?
A. Yes, sir.
Q. And what was his -- can you describe him a little further?
A. Male black, kind of tall, dark completed, wearing a black jacket or hoodie, dark jeans with trimming like orange trimming, bright.
Q. And so did you see him engaging in what you believe to be -- Michael Reno, did you see him engage in what you --
A. What appeared, yes, sir.
Q. Can you describe what you saw?
A. An individual -- unknown individual would approach him, engage him -- engage him in conversation. The actual would go inside the store or, you know, shake hands. He would -- Reno would go inside the store or the individual follow behind him, they come back out.
Q. Which store would he go into?
A. Store the northwest corner that's convenience store or phone shop, whatever it was that day.



Q. So if I understand this correctly, he would appear to engage in a hand-to-hand transaction, walk into the store, then come out of the store and then -- and then -- and then do what?
A. Then the person goes away and he'll still stand there.
Q. Okay. And did you see the initial transaction, did you see anything being exchanged?
A. No.
Q. And when he came back out from the store it would be the same person would still be waiting there that he had initially had this hand-to-hand transaction with?
A. Either waiting there or come out the store with him.
Q. All right. Did you see another -- any other hand-to-hand transaction with the same person when they came out of the store or was waiting there?
A. With -- I'm not understanding --
Q. Sure.
A. -- the same person.
Q. I believe you said that you saw Reno



engage in hand-to-hand transaction then walk into the store; is that right?
A. Yes, sir.
Q. Is that the store the northwest corner?
A. Yes, sir.
Q. And then he would either -- would the person follow him into the store?
A. One person, yeah, might have followed him to the store, yes, sir.
Q. And you couldn't see what went on inside the store particularly?
A. No, sir.
Q. Did -- how many of these transaction did you see?
A. Two or three.
Q. And so did all two or three take place in the same fashion in the sense that you saw hand-to-hand transaction, they walked into the store together and came out together?
A. Not all three. One, like I said, stayed on the street and he went inside and came back out, shook hands.
Q. At any time could you see anything being -- anything specific being exchanged?



A. Not -- no, sir.
Q. And could you identify the persons that these -- you said there were two to three hand-to-hand transactions?
A. Yes, sir.
Q. Could you identify the persons with whom he was having these hand-to-hand transactions?
A. Just male blacks.
Q. And then when you -- when you heard -- when you were observing this, were you saying anything over your radio about it?
A. Yes, relaying what I saw and confirming it with other surveillance officers what they -- what they potentially might have seen.
Q. And then you said there were one or two other guys that were also engaging in -- you thought were engaging in hand-to-hand transactions on that corner as well?
A. Yes, sir.
Q. Okay. And were those transactions that you saw any different in the sense of how they took place than the one you described with Reno?
A. Pretty much the same fashion, standing in front, engaging in conversation with unknown,

male, female blacks, either walking into the store or standing right there or that individual follow them into the store.
Q. And it was always the store on the northwest corner?
A. I do recall a couple times maybe couple individuals. I believe Reno as well walked to the south side of the street as well.
Q. Do you recall that Reno walked to the south side of the street or.....
A. I can't -- I'm not a hundred percent, but yeah. That's a possibility. I can't recall a hundred percent.
Q. All right. And can you recall -- you said that the transactions that Reno you observed with Reno were with other male blacks; is that right?
A. Yes, sir.
Q. Okay. Do you recall any other persons with whom the other hand-to-hand transactions were taking place with? Can you identify any of the persons with whom it appeared?
A. Just male blacks.
Q. Okay. It was all male blacks?



A. Yeah, from what I observed, yes.
Q. The buyers and the sellers?
A. Yes.
Q. And did you have a good view of that intersection from where you were observing these things?
A. Yeah, it was a good view, but it was kind of raining out, kind of bad weather. Kind of cold too so had like coats on or hoods.
Q. Right. And by the way, in preparation for this deposition today, did you review any document?
A. Yes.
Q. What did you review?
A. My police report.
Q. Do you have a police report of your own?
A. No, I do not.
Q. Okay. So which police report did you review?
A. I had my own -- I didn't have -- I didn't bring a police report with me, but I do have police reports pertaining to this.
Q. Okay. And -- okay. What -- what tell me about those, how many pages are they? What do



they look like?
A. Same as these.
Q. Okay. And you wrote your own police reports that looks something like the police report you have in front of you except it's your own -- it's your own report?
A. No, sir, I didn't write them.
Q. Okay.
A. No, I approved these.
Q. Okay. So all right. Did you write any police reports?
A. No, sir.
Q. So the only police reports you're referring to are ones that were written by other folks on the team?
A. Yes, sir.
Q. And was this one of them, the one you have in front of you?
A. Yes, sir.
Q. Do you remember any others that you read or reviewed?
A. Maybe an arrest report.
Q. So then after you observed these transactions by these folks, did you make a



decision to do anything in connection with that?
A. Yes, I did.
Q. Okay. And what was the decision that was made?
A. To send in the undercover officer to -- to target these individuals that were standing on the corner that we -- appeared to be making hand-to-hand narcotic transactions.
Q. And that would have been Officer Harris?
A. Yes, sir.
Q. So -- and you do this via your radio?
A. Yes. Yes, sir.
Q. And this -- was this on your -- on your directive or somebody else's directive?
A. On mine.
Q. By the way, do you read the transcript from the criminal trial in connection with Reno?
A. I did not.
Q. Okay. So between the time you -- well, how much time lapsed roughly from the time you made the decision to send in Officer Harris to make the transaction and the time he actually arrived roughly?
A. Roughly five, ten minutes.

Q. And then when you did this, did you describe over the radio what you had observed?
A. Yeah, that's what surveillance does. We kind of describe what's going on, what we observed, clothing descriptions and buy -- undercover buy officer is actually listening as well.
Q. And you're giving descriptions so that the buy officer knows who to target?
A. Yes, sir.
Q. And when you did this in this case, did you give descriptions of more -- more than just Michael Reno?
A. Yes, sir.
Q. Do you remember how many other persons you gave descriptions for?
A. I do not.
Q. But it was one or two likely?
A. Probably a couple, yes, sir.
Q. So five or ten minutes -- roughly five or ten minutes later Harris comes to the scene. Are you still in the same location you are at?
A. I have not moved, yes, sir.
Q. And was Officer Gonzalez still in the



same location you described him?
A. Yes, sir.
Q. Did you hear Officer Gonzalez -- do you recall hearing Officer Gonzalez on the radio describing what he was observing?
A. Yes, sir.
Q. And was he -- did he describe -- can you recall him describing anything different than what you were describing?
A. I can't recall.
Q. So -- and you observed Officer Harris get to the scene?
A. Yes, sir.
Q. Okay. And then what did you observe after you got to the scene?
A. Standing on the corner engaging an individual in conversation.
Q. And was that Reno that he was engaging or somebody else?
A. I can't recall.
Q. When Harris arrived, was there still more than one guy, male black that was -- you thought was dealing drugs on the corner?
A. I believe so.



Q. And then -- and then after you observe -- and then tell me how your observations proceeded from there.
A. Pretty much he -- Officer Harris being undercover buy officer was now more so talking to Reno.
Q. Okay.
A. And --
Q. And then -- go ahead --
A. As if I recall, Reno -- they spoke, Reno went inside the store. I can't recall if Harris went inside with him or not.
Q. Which store did you see Reno go into?
A. That same store. I'm sorry the northwest corner.
Q. Okay. And then did you see any -- did you see what looked like a hand-to-hand transaction before he went into the store between Reno and Harris?
A. I can't recall. I have to look at my report. I can't recall.
Q. All right. And then -- but you said you saw Reno go into the store?
A. Yes, sir.



Q. And then what -- how did your observations proceed from there?
A. Pretty much just waited to see what happened from that point.
Q. Okay. So after Reno walked into the store, where did Harris go if anywhere?
A. I can't recall if he went inside the store or waited outside. I believe he waited outside but I can't recall.
Q. And the other male blacks that you believe were -- were selling drugs from that corner, did they stay there as well or did they leave or what?
A. They were milling around, walked off, came back.
Q. And then at some point Reno came out from -- did you observe him come out from the store?
A. Yes, sir.
Q. Roughly for how long was he in the store?
A. Couple minutes maybe, two or three minutes, if that.
Q. And when he came out what did you observe him to do?

A. Appeared to be talking to Harris.
Q. And then what did you observe after he was -- appeared to be talking to Harris?
A. They might have shook hands and Harris walked away.
Q. Okay. And where did Reno go when Harris walked away, if anywhere, do you recall?
A. I don't recall if he stood there or went back in the store. It was -- I believe back in the store maybe.
Q. Do you know if he went back in the same store or a different store?
A. I believe the same store.
Q. Which would be the northwest corner store?
A. Yes, sir.
Q. And then after that you called in for the enforcement officers?
A. No, sir. After that we waited for Harris to come back over the radio, come back over the air and describe what took place.
Q. And did Harris do that?
A. Yes, sir.
Q. What was the time frame from the time you



saw Harris shake hands or maybe shake hands and leave -- let me ask it this way.
What was the time frame from the time that Harris left that corner to the time he came back on the radio roughly?
A. Couple minutes, like two or three minutes.
Q. And then when Harris came back on the radio what did he say, if anything?
A. Say it was a positive buy and gave his description.
Q. And what description -- do you remember what description he gave?
A. Male black, maybe kind of tall, wearing a black jacket, hoodie, jeans with orange designs on the pockets or orange trim or something like that.
Q. And then once you heard the description over the radio, what was the next thing that you did?
A. Pretty much see if we saw the individual which we didn't.
Q. You did not?
A. We did not.
Q. Okay.



A. He -- yeah, he had gone into the store -- had gone into the store or something like that at this point. And we didn't see him come back out so we just relayed that.
Q. Do you remember which store you saw him go back into?
A. Right, that same store, the northwest corner.
Q. So you waited for some period of time after you went back in the store. He didn't come back out and then what did you do?
A. After period of time I believe I just sent enforcement in to go see if this individual's still inside the store, leave the store, we didn't see him. Did he go out the back but go see if he's in the store.
Q. So was that on your directive that you sent enforcement in?
A. Yes, sir.
Q. And then these other male blacks that you thought were dealing drugs from the corner, were they still milling around?
A. I can't recall.
Q. So do you know roughly how long -- what



kind of time frame it was from the time that you saw Reno go back to the store to the time you ordered enforcement to come?
A. Maybe five, ten minutes. I think we gave a little time.
Q. And do you remember which enforcement officers came?
A. I do not recall.
Q. If I said Schaar and Hoffman, does that sound right?
A. They were -- they were definitely on the scene. I'm not sure if they were the ones who detained Reno or not.
Q. Do you remember how many enforcement officers came?
A. I believe it was two cars. We had two cars.
Q. So if there's -- there's two cars, are there two officers in each car?
A. Yes, sir.
Q. And did you wait around to observe what went on at that point?
A. Yes, I was still there. Yes.
Q. So what did you observe when the

enforcement officers came?
A. It appeared that they went inside the store and brought out a male black individual.
Q. And did that turn out to be Reno?
A. Ultimately, yes.
Q. And then -- and then when they did that what occurred?
A. Via the radio undercover Officer Harris said that he drove by that location and positively identified via the radio that that was the individual that he had engaged in the positive narcotics transaction with.
Q. And so once that occurred, what was the next thing you observed happen?
A. At that point, you know, we -- enforcement officers, they placed him in the squad car. We left the area.
Q. And did you find out that the 1505 funds were not recovered?
A. I did.
Q. And did you ever -- do you know what was done to -- to search for the 1505 funds?
A. I believe that they said they talked with the individual, whoever works the store and asked



them if they could check the money in the draw or something like that. I believe that's what they told me that they did.
Q. And did they tell you anything else about what the store owner said?
A. No, just it wasn't recovered.
Q. And -- and when -- when the enforcement officers go in to make an arrest, do you expect that they will search around the store for the money and/or the other narcotics?
A. I suspect so, yes.
Q. Do you know if that was done in this case?
A. I do not.
Q. Okay. And Reno was -- as far as you know was not found to have any other narcotics on him; is that correct?
A. I don't recall he did.
Q. All right. And do you keep notes of your observations of your surveillance or do you make notes of your surveillance?
A. No, not -- not particularly, no.
Q. And you did not do that in this case?
A. No.



Q. Do you recall at any point earlier that day arresting somebody who -- who was wanting to act as an informant against other people?
A. I do not.
Q. And do you know why when Harris arrived to -- after Harris was called to make the buy, do you know why he targeted Reno to do the buy as opposed to any of these other male blacks around the corner?
A. No. Maybe Reno had the conversation, might have talked to him and got Reno's attention. I have no idea what actually went on with Harris while he was out there, so.....
Q. All right. And your team member, the persons on the team, they all got activity reports in connection with their -- are you familiar with activity reports that they have in connection with arrests and case reports and things of that nature?
A. Activity reports pertaining to this -- this incident?
Q. To any arrest that they make.
A. I'm not sure.
Q. All right. Did you go back to the



station after this?
A. Yes.
Q. And did you have any conversation back at the station with any of the other officers on the team in connection with what they believed happened with the 1505 funds?
A. Outside of enforcement, no.
Q. Did you have any conversation -- what do you mean outside of enforcement? Did you have a conversation with them, then, I take it?
A. Yes.
Q. And what did they say? They just said they couldn't find it?
A. They couldn't find it.
Q. Did you have any conversation with Reno?
A. No.
Q. And do you know if there were any other -- other than Gonzalez and yourself, do you know if there were any other surveillance officers that saw -- that were observing that intersection, 79th and Essex, at the same time you were observing it?
A. Yes, they were but I'm not sure who saw what or -- pretty much everybody that's on the





McCorkle Court Reporters, Inc.
Chicago, Illinois (312) 263-0052

reports was acting as surveillance, you know, under whatever their position was. But, you know, when we're on the radio it doesn't -- it doesn't say, you know, Butler saw this, you know.

Q. You just get on, say what you're looking at?

A. Exactly.

Q. All right. And do you recall Reno -- you said -- I think you said you saw him go into the southwest corner store at some point?

A. He might have walked -- he might have walked -- I don't recall him going into the store. I recall him maybe walking across the street to the store possibly.

Q. But you don't recall him going into that store?

A. I can't recall. He might have but.....

MR. FOX: I have nothing further.

MS. BENSON: Okay.

MR. FOX: All right. We're done.

THE WITNESS: Okay.

MS. BENSON: We'll waive signature.

(Butler Deposition Exhibit No. 1 was marked for



identification.)

(3:34 p.m. further deponent saith not.)



STATE OF ILLINOIS )
) SS:
COUNTY OF C O O K )

I, MARTHA C. NEWTON, a notary public within and for the County of Kane and State of Illinois, do hereby certify that heretofore, to-wit, on the 17th day of November 2011, personally appeared before me, at 300 West Adams Street, Suite 330, Chicago, Illinois, DARWIN BUTLER, in a cause now pending and undetermined in the United States District Court, wherein MICHAEL RENO is the Plaintiff, and KEITH HARRIS, et al. are the Defendants.

I further certify that the said witness was first duly sworn to testify the truth, the whole truth and nothing but the truth in the cause aforesaid; that the testimony then given by said witness was reported stenographically by me in the presence of the said witness, and afterwards reduced to typewriting by Computer-Aided Transcription, and the foregoing is a true and correct transcript of the testimony so given by said witness as aforesaid.

I further certify that the signature to the



foregoing deposition was waived by counsel for the respective parties.

I further certify that the taking of this deposition was pursuant to Notice, and that there were present at the deposition the attorneys hereinbefore mentioned.

I further certify that I am not counsel for nor in any way related to the parties to this suit, nor am I in any way interested in the outcome thereof.

I have hereunto set my hand this 13th day of January 2012.

NOTARY PUBLIC, KANE COUNTY, ILLINOIS

**A**

**act** 35:3
**acting** 37:1
**activity** 11:9,13 12:1 35:15,17,20
**actual** 15:5 17:17
**adams** 1:18 2:4,12 39:8
**addition** 8:23 9:3
**aforesaid** 39:17,23
**ahead** 27:9
**air** 29:21
**al** 39:12
**alerted** 11:23
**announcement** 12:5
**answer** 4:12,18,19
**appear** 15:6 18:2
**appearances** 2:1
**appeared** 15:8 16:4 17:13 21:22 24:7 29:1,3 33:2 39:7
**approach** 17:16
**approved** 23:9
**area** 6:14 7:18 10:19 11:8,11,22 12:11 33:17
**arrest** 23:22 34:8 35:22
**arresting** 35:2
**arrests** 7:24 10:21 35:18
**arrived** 24:23 26:21 35:5
**asked** 33:24
**assignment** 5:13 6:13,14,15 7:5,15
**associates** 2:2
**attention** 35:12
**attorneys** 40:5

**B**

**b5** 6:6,23,24
**b9** 6:22
**back** 5:24 8:20 17:20 18:11 19:21 28:15 29:9 29:9,11,20,20 30:5,8 31:3,6,10 31:11,15 32:2 35:24 36:3
**bad** 22:8
**believe** 6:6 12:19 12:20 13:10,22 14:19 16:10,18 17:11 18:24 21:7 26:24 28:8,11 29:9,13 31:12 32:16 33:23 34:2
**believed** 36:5
**benson** 2:9,10 37:19,22
**beyond** 16:21
**black** 14:12 17:7,8 26:22 30:14,15 33:3
**blacks** 14:23 16:20 20:8 21:1,16,23 21:24 28:10 31:20 35:8
**blanks** 10:9
**break** 4:22
**brian** 9:24
**bright** 17:9
**bring** 22:21
**brought** 33:3
**bust** 7:23,24 8:10
**butler** 1:12 3:3,9 4:5,5 5:5 37:4,23 39:9
**buy** 7:23,23 8:10 8:19 9:10 25:5,6 25:9 27:5 30:10 35:6,7
**buyers** 22:2

**C**

**called** 1:12 5:6 29:17 35:6
**calvin** 7:10,10
**cant** 10:22,23 12:16 13:9 16:13 16:15,21 21:11 21:12 26:10,20 27:11,20,21 28:7 28:9 31:23 37:17
**car** 15:20 32:19 33:17
**cars** 32:16,17,18
**case** 25:11 34:13 34:23 35:18
**cause** 39:9,16
**certify** 39:6,14,24 40:3,7
**cfblaw** 2:11
**change** 16:3
**check** 34:1
**chicago** 1:5,6,7,8,9 1:19 2:5,13 5:10 39:9
**city** 1:5,6,7,8,9 6:13
**civil** 1:14
**clothes** 15:18
**clothing** 25:5
**coats** 22:9
**cold** 22:8
**come** 12:3,5 17:20 18:3,15 28:17 29:20,20 31:3,10 32:3
**comes** 25:21
**complected** 17:8
**computeraided** 39:20
**conduct** 12:9
**confirming** 20:12
**congregating** 15:9
**conjunction** 7:7
**connection** 24:1,17 35:16,17 36:5
**contact** 11:21 15:23
**convenience** 14:14 14:20 17:23
**conversation** 17:17 20:24 26:17 35:10 36:3,8,10 36:15
**corner** 14:13,15,17 17:22 19:4 20:18 21:5 24:7 26:16 26:23 27:15 28:12 29:14 30:4 31:8,21 35:9 37:10
**correct** 7:24 15:16 34:17 39:22
**correctly** 18:1
**couldnt** 19:10 36:13,14
**counsel** 40:1,7
**county** 1:17 39:3,5 40:15
**couple** 21:6,6 25:19 28:21 30:6
**court** 1:1 39:11
**courts** 1:15
**covert** 15:13
**criminal** 24:17
**csr** 1:23
**cuisinier** 2:9
**current** 5:13
**cv** 1:7

**D**

**dark** 17:7,8
**darwin** 1:12 3:3 4:4,5 5:5 39:9
**day** 1:19 6:19 7:3 7:16 8:8,15 9:4,5 9:10 10:9,13,16 10:21 11:1,16,17 17:24 35:2 39:7 40:11
**dealing** 26:23 31:21
**decided** 11:17
**decision** 24:1,3,21
**defendants** 1:10 2:15 39:13
**definitely** 32:11
**department** 5:11
**deponent** 38:2
**deposition** 1:12 4:6 9:23 22:11 37:23 40:1,4,5
**depositions** 1:15
**describe** 17:5,14 25:2,4 26:7 29:21
**described** 20:22 26:1
**describing** 26:5,8,9
**description** 16:17 16:22 30:11,12 30:13,17
**descriptions** 25:5,8 25:12,16
**designs** 30:15
**detained** 32:13
**didnt** 13:18 22:20 22:20 23:7 30:21 31:3,10,14
**different** 7:4 15:14 20:21 26:8 29:12
**directive** 24:14,14 31:17
**district** 1:1,2,14 5:14,18 39:11
**division** 1:3
**document** 22:12
**doesnt** 15:14 37:3 37:3
**doing** 7:13 12:12 15:7
**dont** 4:15,19 5:1 7:2,9,9 13:3,6 15:4 29:8 34:18 37:12,15
**draw** 34:1
**driving** 11:16
**drove** 11:7 33:9
**drugs** 26:23 28:11 31:21
**duly** 5:6 39:15
**duties** 6:8

**E**

**earlier** 35:1
**early** 11:2
**east** 7:18 14:4,16
**eastern** 1:3

**edward** 2:2,3
**either** 13:11 18:15 19:6 21:1
**elses** 24:14
**enforcement** 9:13 10:5 29:18 31:13 31:18 32:3,6,14 33:1,16 34:7 36:7 36:9
**engage** 17:12,16,16 18:2 19:1
**engaged** 33:11
**engaging** 16:6,9,12 16:18 17:10 20:16,17,24 26:16,18
**essex** 10:14 11:5,19 11:23 12:15,18 13:7,12,23 14:18 36:21
**estimate** 15:3
**et** 39:12
**everybody** 7:2 12:3 36:24
**exact** 16:13
**exactly** 37:7
**examination** 1:13 3:2 5:8
**examined** 5:7
**exchanged** 18:9 19:24
**exhibit** 3:9,10 9:22 37:23
**exodus** 11:23
**expect** 34:8

**F**

**facing** 12:16 13:4,7 13:8,9,10
**familiar** 35:16
**far** 34:15
**farahvar** 2:9
**fashion** 19:17 20:23
**fellows** 16:18
**felt** 11:10
**female** 21:1
**find** 11:11 33:18 36:13,14
**first** 4:5 5:6 39:15
**five** 5:21 24:24 25:20,20 32:4
**folks** 6:12 7:13,22 10:7,13 11:10,15 23:15,24
**follow** 17:19 19:7 21:2
**followed** 19:8
**follows** 5:7
**foregoing** 39:21 40:1
**found** 11:12 34:16
**four** 15:2
**fox** 2:2,3 3:4 4:2,6 4:9,12,15,22 5:1 5:9 9:2 37:18,20
**frame** 29:24 30:3 32:1
**front** 14:13 20:24 23:5,18
**function** 8:19
**funds** 8:2,4 33:18 33:22 36:6
**further** 17:6 37:18 38:2 39:14,24 40:3,7

**G**

**gadien** 10:8
**galden** 10:11
**gang** 7:17 11:9
**general** 6:8
**give** 8:20 16:17,21 25:12
**given** 39:17,22
**giving** 25:8
**go** 7:23 12:7 17:17 17:19,21 27:9,13 27:23 28:6 29:6 31:6,13,15,15 32:2 34:8 35:24 37:9
**goes** 18:6
**going** 4:9 12:1,2,19 25:4 37:12,15
**gonzalez** 1:8 9:8 13:14 25:24 26:3 26:4 36:18
**gonzalezs** 13:20
**good** 22:4,7
**grubbs** 10:8,11
**guy** 26:22
**guys** 7:1,4 12:23 20:16

**H**

**hand** 40:11
**hands** 17:18 19:22 29:4 30:1,1
**handtohand** 16:6,9 16:12,19 18:2,13 18:18 19:1,18 20:4,7,17 21:20 24:8 27:17
**happen** 33:14
**happened** 11:20 12:6 28:4 36:6
**harris** 1:6 9:11 24:9,21 25:21 26:11,21 27:4,11 27:19 28:6 29:1,3 29:4,6,19,22 30:1 30:4,8 33:8 35:5 35:6,13 39:12
**head** 4:15
**hear** 12:4 26:3
**heard** 20:9 30:17
**hearing** 26:4
**hell** 18:6
**hereinbefore** 40:6
**heretofore** 39:6
**hereunto** 40:11
**hes** 31:16
**hoffman** 1:7 10:4 32:9
**hoodie** 17:8 30:15
**hoods** 22:9
**hour** 1:20
**hundred** 21:11,13

**I**

**id** 3:8
**idea** 35:12
**identification** 38:1
**identified** 33:10
**identify** 20:2,6 21:21
**ill** 4:18 5:3 9:21 12:13
**illinois** 1:2,18,19 2:5,13 39:1,5,9 40:15
**im** 4:9 6:24 18:21 21:11 27:14 32:12 35:23 36:23
**incident** 35:21
**individual** 16:5 17:15,15,19 21:2 26:17 30:20 33:3 33:11,24
**individuals** 14:12 16:5,7,9 17:1 21:7 24:6 31:13
**informant** 35:3
**informed** 12:22
**initial** 18:8
**initially** 18:13
**inside** 17:17,19 19:10,21 27:11 27:12 28:7 31:14 33:2
**interested** 40:9
**interruption** 9:1
**intersection** 13:7,8 13:12 22:5 36:20

**J**

**jacket** 17:8 30:15
**january** 40:12
**jeans** 17:9 30:15
**jeffrey** 7:18
**jerome** 1:6
**job** 6:19

**K**

**kane** 1:17 39:5 40:15
**kanur** 9:24
**keep** 11:20 34:19
**keith** 1:6 39:12
**kind** 10:18 17:7 22:7,8,8 25:4 30:14 32:1
**know** 4:23 5:2 7:19 10:10 11:4,22,23 12:22 13:6,13,16 13:18,20 16:11 17:18 29:11 31:24 33:15,21 34:12,15 35:5,7 36:17,19 37:1,2,4 37:4
**knows** 25:9
**kw** 1:8

**L**

**lapsed** 24:20
**late** 10:18
**leave** 28:13 30:2 31:14
**left** 30:4 33:17
**license** 1:24
**likewise** 4:18
**listed** 10:8
**listening** 25:6
**little** 17:6 32:5
**located** 12:12,14
**location** 25:22 26:1 33:9
**loitering** 15:10
**long** 5:17,20 28:20 31:24
**look** 10:2 11:24 23:1 27:20
**looked** 27:17
**looking** 11:8 37:5
**looks** 12:1 23:4
**loud** 4:12

**M**

**making** 24:7
**male** 14:12,22 16:20 17:7 20:8 21:1,16,23,24

26:22 28:10 30:14 31:20 33:3 35:8
**march** 5:24 7:20
**mark** 9:22
**marked** 3:8 37:24
**martha** 1:16,23 39:4
**mean** 6:18 36:9
**member** 35:14
**members** 11:24
**mentioned** 40:6
**michael** 1:4 7:19 17:3,11 25:13 39:11
**milling** 28:14 31:22
**mine** 24:15
**minute** 8:21
**minutes** 24:24 25:20,21 28:21 28:22 30:6,7 32:4
**mission** 7:13
**money** 34:1,10
**months** 5:19
**morning** 11:3
**moved** 25:23

**N**

**name** 4:2,3,4 7:19 7:20
**narcotic** 11:9 24:8
**narcotics** 6:1 7:17 11:13 12:1 33:12 34:10,16
**nature** 35:19
**need** 4:22
**nelson** 1:8
**net** 2:11
**newton** 1:16,23 39:4
**nods** 4:15
**north** 12:19 14:16 14:17
**northern** 1:2
**northwest** 14:17 17:22 19:4 21:5 27:14 29:14 31:7
**notary** 1:16 39:4 40:15
**notes** 34:19,21
**notice** 1:13 40:4
**november** 1:19 39:7
**number** 3:8 7:10 15:5
**numbers** 8:5

**O**

**observations** 12:9 27:2 28:2 34:20
**observe** 14:11 26:14 27:1 28:17 28:23 29:2 32:21 32:24
**observed** 21:15 22:1 23:23 25:2,5 26:11 33:14
**observing** 20:10 22:5 26:5 36:20 36:22
**occur** 8:10
**occurred** 33:7,13
**oclock** 10:19 11:3
**officer** 1:5,6,7,8 8:8,24 9:4,6,10 9:11 13:13 15:21 24:5,9,21 25:6,9 25:24 26:3,4,11 27:4,5 33:8
**officers** 9:14 10:5 11:22 13:17 15:24 20:13 29:18 32:7,15,19 33:1,16 34:8 36:4 36:19
**okay** 4:24 6:21 9:21,24,24 10:2,3 10:12 11:24 12:18 13:24 15:2 18:8 20:20 21:19 21:24 22:18,23 22:23 23:3,8,10 24:3,19 26:14 27:7,16 28:5 29:6 30:24 34:15 37:19,21
**once** 8:19 30:17 33:13
**ones** 16:23 23:14 32:12
**oneway** 12:19
**opposed** 13:8 35:8
**orange** 17:9 30:15 30:16
**ordered** 32:3
**outcome** 40:10
**outside** 28:8,9 36:7 36:9
**owner** 34:5

**P**

**page** 10:2
**pages** 22:24
**part** 6:13,18
**particular** 6:3,19 7:3 8:15
**particularly** 11:5 19:11 34:22
**parties** 40:2,8
**patrol** 5:22,23
**pending** 39:10
**people** 35:3
**percent** 21:11,13
**period** 31:9,12
**person** 18:6,12,19 18:23 19:7,8
**personally** 39:7
**persons** 20:2,6 21:19,22 25:15 35:15
**pertaining** 1:15 22:22 35:20
**phone** 14:13 17:23
**place** 19:16 20:22 21:21 29:21
**placed** 33:16
**plain** 7:11 15:18
**plaintiff** 1:4 2:7 39:12
**plate** 15:15
**pockets** 30:16
**point** 10:12 11:4 11:17 16:4 28:4 28:16 31:3 32:22 33:15 35:1 37:10
**points** 7:18
**police** 1:5,6,7,8 5:11 9:18,22 22:15,16,18,21 22:22 23:3,4,11 23:13
**position** 12:10 13:20 37:2
**positions** 12:8 13:19
**positive** 30:10 33:11
**positively** 33:9
**possibility** 21:12
**possibly** 37:14
**potentially** 16:5 20:14
**preparation** 22:10
**prerecorded** 8:4
**presence** 39:19
**present** 10:9 40:5
**pretty** 11:8 20:23 27:4 28:3 30:20 36:24
**prior** 10:21
**probably** 11:2 25:19
**procedure** 1:14
**proceed** 16:3 28:2
**proceeded** 27:2
**public** 1:16 39:4 40:15
**pursuant** 1:13 40:4

**Q**

**question** 4:17,17 16:24 17:2
**questions** 4:10 5:2

**R**

**radio** 12:22 15:23 20:11 24:11 25:2 26:4 29:20 30:5,9 30:18 33:8,10 37:3
**radios** 11:21
**raining** 22:8
**range** 15:3
**rank** 5:15
**read** 23:20 24:16
**really** 13:1
**reason** 5:2
**recall** 6:6 7:2,9 10:20,22,23 12:16 13:2,3,9 14:1,9,23 16:13 16:15 21:6,9,12 21:14,19 26:4,8 26:10,20 27:10 27:11,20,21 28:7 28:9 29:7,8 31:23 32:8 34:18 35:1 37:8,12,13,15,17
**recollection** 9:19
**recovered** 33:19 34:6
**reduced** 39:20
**referring** 23:14
**refresh** 9:19
**regular** 15:16,16
**related** 40:8
**relayed** 31:4
**relaying** 20:12
**remember** 7:1,9 9:16 10:16 11:1 14:15 15:4 23:20 25:15 30:12 31:5 32:6,14
**reno** 1:4 7:19 17:3 17:11,18 18:24 20:22 21:7,9,15 21:16 24:17 25:13 26:18 27:6 27:10,10,13,19 27:23 28:5,16 29:6 32:2,13 33:4 34:15 35:7,10 36:15 37:8 39:11

**renos** 35:11
**repeat** 5:3
**rephrase** 5:3
**report** 9:18,22 22:15,16,18,21 23:5,6,22 27:21
**reported** 1:23 39:18
**reports** 22:22 23:4 23:11,13 35:15 35:17,18,20 37:1
**representing** 2:7 2:15
**respective** 40:2
**review** 22:11,14,19
**reviewed** 23:21
**richard** 10:1
**rick** 10:1
**right** 5:10 6:7,16 7:12 9:6 10:24 12:4 13:9,13,22 14:2,8,10,22 15:6 17:2,3 18:17 19:2 21:2,14,17 22:10 23:10 27:22 31:7 32:10 34:19 35:14,24 37:8,20
**rmr** 1:23
**role** 8:9
**roughly** 10:16 24:20,23,24 25:20 28:20 30:5 31:24
**rpr** 1:23
**rules** 1:13

S

**saith** 38:3
**sales** 12:2
**sanchez** 10:1
**saw** 11:12 16:18 17:14 18:24 19:17 20:12,21 27:23 30:1,20 31:5 32:2 36:20 36:23 37:4,9
**saying** 20:10
**scene** 14:11 25:21 26:12,15 32:12
**schaar** 1:7 10:4 32:9
**search** 33:22 34:9
**second** 10:2
**see** 11:14 12:8,9 16:8 17:10,11 18:8,9,17 19:10 19:14,23 27:13 27:16,17 28:3 30:20 31:3,13,15 31:15
**seeing** 14:24
**seen** 20:14
**sellers** 22:2
**selling** 28:11
**send** 24:5,21
**sense** 19:17 20:21
**sent** 31:13,18
**separate** 7:6
**sergeant** 5:16,20 5:22,23 6:2,9 7:10
**series** 4:9
**set** 10:13 11:5,18 12:3,6,7,21 40:11
**setting** 12:24
**seventh** 5:14
**shake** 17:18 30:1,1
**shift** 10:24
**shook** 19:22 29:4
**shop** 14:14 17:23
**show** 9:21
**showed** 9:18
**side** 14:4,5 21:8,10
**signature** 37:22 39:24
**sir** 4:11,14,21 5:4 5:23 7:14 8:3,6 8:22 9:9,12,15 10:15 14:7 15:19 16:1,10,16 17:4 17:13 19:3,5,9,12 20:1,5,19 21:18 23:7,12,16,19 24:10,12 25:10 25:14,19,23 26:2 26:6,13 27:24 28:19 29:16,19 29:23 31:19 32:20
**six** 5:19
**somebody** 24:14 26:19 35:2
**sorry** 6:24 27:14
**sound** 32:10
**south** 12:15 13:8 14:16 21:8,10
**southwest** 37:10
**specific** 8:9 19:24
**spell** 4:2,4
**spoke** 27:10
**squad** 33:16
**ss** 39:2
**stand** 18:7
**standing** 14:12 15:9 20:23 21:2 24:6 26:16
**star** 1:6,7,8,9
**start** 11:1
**started** 11:2
**state** 1:17 4:2 39:1 39:5
**states** 1:1,14 39:10
**station** 36:1,4
**stay** 28:12
**stayed** 19:20
**stenographically** 39:18
**stood** 29:8
**store** 14:13,14,20 14:21 17:18,19 17:21,22,23 18:3 18:4,11,16,19 19:2,4,7,9,11,19 21:1,3,4 27:11,13 27:14,18,23 28:6 28:8,18,20 29:9 29:10,12,12,13 29:15 31:1,2,5,7 31:10,14,14,16 32:2 33:3,24 34:5 34:9 37:10,13,14 37:16
**street** 1:18 2:4,12 12:16 14:2,5,6 19:21 21:8,10 37:14 39:8
**strike** 7:13
**suit** 40:9
**suite** 1:18 2:4,12 39:8
**supervise** 6:5,20
**supervising** 6:10 6:17
**supervision** 7:11
**supervisor** 6:3 8:7 8:18,18 9:3
**suppression** 7:17
**sure** 18:22 32:12 35:23 36:23
**surgical** 7:12
**surveil** 11:8
**surveiling** 11:22
**surveillance** 6:11 6:17,18,20 8:8,13 8:17,23 9:4,5 10:8 11:21 12:8 13:16,19,21 20:13 25:3 34:20 34:21 36:19 37:1
**suspect** 34:11
**sworn** 4:1 5:7 39:15

T

**take** 15:11,23 19:16 36:10
**taken** 1:16 4:6
**talk** 4:19
**talked** 33:23 35:11
**talking** 15:9 17:3 27:5 29:1,3
**tall** 17:7 30:14
**target** 24:6 25:9
**targeted** 35:7
**team** 6:3,5,6,9,21 6:22 7:1,8 8:8,18 9:4,5 10:20 11:23 12:23 15:24 23:15 35:14,15 36:5
**teams** 7:4,6
**tell** 22:23 27:2 34:4
**ten** 24:24 25:20,21 32:4
**terms** 8:10
**testified** 5:7
**testify** 39:15
**testimony** 39:17,22
**thats** 8:1,17 11:17 17:22 21:12 25:3 34:2 36:24
**thereof** 40:10
**theres** 12:5 32:18 32:18
**thing** 30:18 33:14
**things** 22:6 35:18
**think** 12:19 32:4 37:9
**thompson** 10:8
**thought** 11:13 20:17 26:22 31:21
**three** 15:1 19:15 19:16,20 20:3 28:21 30:6
**time** 10:12,16,24 12:21 19:23 24:19,20,20,22 29:24,24 30:3,3,4 31:9,12 32:1,1,2 32:5 36:21
**times** 21:6
**today** 22:11
**told** 34:3
**towit** 39:6
**transaction** 18:3,9 18:14,18 19:1,13 19:18 24:22 27:18 33:12
**transactions** 16:6 16:9,12,19 20:4,7 20:17,20 21:15

21:20 23:24 24:8
**transcript** 24:16 39:22
**transcription** 39:21
**trial** 24:17
**trim** 30:16
**trimming** 17:9,9
**true** 39:21
**truth** 39:15,16,16
**try** 4:16,18 7:23
**turn** 33:4
**turned** 13:10
**two** 6:14 7:6 15:1,2 16:11,14 19:15 19:16 20:3,15 25:18 28:21 30:6 32:16,16,18,19
**type** 14:21
**typewriting** 39:20

**U**

**ultimately** 33:5
**undercover** 24:5 25:6 27:5 33:8
**understand** 5:1 7:22 11:15 18:1
**understanding** 18:21
**undetermined** 39:10
**united** 1:1,14 39:10
**unknown** 16:6 17:15 20:24
**unmarked** 15:11

**V**

**vbenson** 2:11
**vehicle** 15:12,17
**versa** 14:6
**vice** 14:6
**vicinity** 10:13 11:6 11:16,18 13:14 13:17
**victoria** 2:10
**view** 22:4,7
**vision** 13:11
**visual** 13:11
**vs** 1:5

**W**

**wait** 4:16,18 32:21
**waited** 28:3,8,8 29:19 31:9
**waiting** 18:12,15 18:20
**waive** 37:22
**waived** 40:1
**walk** 18:3 19:1
**walked** 19:18 21:7 21:9 28:5,14 29:5 29:7 37:11,12
**walking** 21:1 37:13
**wanting** 35:2
**wasnt** 34:6
**watching** 15:7 16:2
**way** 12:16 13:3,11 22:10 24:16 30:2 40:8,9
**wearing** 17:8 30:14
**weather** 22:8
**went** 12:11 19:10 19:21 27:11,12 27:18 28:7 29:8 29:11 31:10 32:22 33:2 35:12
**west** 1:18 2:4,12 14:5,16 39:8
**whats** 5:13,15 25:4
**witness** 3:2 4:1,4,8 4:11,14,21,24 5:4 5:6 37:21 39:14 39:18,19,23
**work** 4:15 6:12,20
**worked** 6:10,17,18
**working** 6:1 7:6
**works** 33:24
**write** 23:7,10
**written** 23:14
**wrote** 23:3

**X**

**Y**

**yates** 7:18
**yeah** 6:1 11:7 13:18 14:17 16:23 19:8 21:12 22:1,7 25:3 31:1
**years** 5:21
**youre** 5:10 17:2 23:13 25:8 37:5
**youve** 4:12

**Z**

**0**

**01** 1:20
**06114** 1:7
**084003632** 1:24
**09** 5:24 7:20

**1**

**1** 3:10 9:22 37:24
**10** 1:7
**13th** 40:11
**1505** 8:2 33:18,22 36:6
**17th** 1:19 39:7
**19110** 1:7
**19542** 1:6

**2**

**200** 2:12
**2011** 1:20 39:7
**2012** 40:12
**28** 5:24 7:20

**3**

**3** 1:20 38:2
**30** 10:19
**300** 1:18 2:4 39:8
**312** 2:6,14
**330** 1:18 2:4 39:8
**34** 38:2
**3458877** 2:6
**37** 3:10

**4**

**4** 10:18,19,19
**430** 2:12

**5**

**5** 3:4

**6**

**60606** 2:5,13
**6340412** 2:14

**7**

**7235** 1:9
**79th** 7:18 10:13 11:5,18,22 12:15 13:7,12 14:17 36:21
**7th** 5:17

**8**

**8** 11:2

**9**

**9** 11:2
**9039** 1:8