# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| Michael Reno | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 10 C 6114 |
| City of Chicago Police Officer KEITH HARRIS, Star #19542, City of Chicago Police Officer JEROME HOFFMAN, Star #19110, City of Chicago Police Officer KHALED SHAAR, Star #9039, City of Chicago Police Officer NELSON GONZALEZ, Star #7235 and the CITY OF CHICAGO, | |

■ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in accordance with the jury's verdict on behalf of defendants on plaintiff's false arrest claim and malicious prosecution claim.

Thomas G. Bruton, Clerk of Court

Date: 8/21/2012  _____
/s/ Katie Franc, Deputy Clerk